IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HELIO LLC,                                                    No. C 06-7754 SBA

          Plaintiff,

   v.                                                        **ORDER**

PALM INC.,

          Defendant.
_____/

On December 19, 2006, Plaintiff filed an application for a Temporary Restraining Order in the above-captioned case.

IT IS HEREBY ORDERED THAT if Defendant wishes to file an opposition to Plaintiff's application, such opposition shall be filed no later than **December 20, 2006 at 9 a.m.** If the Court elects to have a hearing in this matter, it will be held on December 21, 2006 at 1:00 p.m. The Court may, in its discretion, adjudicate the application without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

IT IS SO ORDERED.

Dated: 12/19/06                                             SAUNDRA BROWN ARMSTRONG
                                                                  United States District Judge

United States District Court
For the Northern District of California

Dockets.Justia.com