1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Brian Cannon (Bar No. 193071)
     Doug Colt (Bar No. 210915)
3      claudestern@quinnemanuel.com
       briancannon@quinnemanuel.com
4      dougcolt@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
6  Facsimile:     (650) 801-5100

7  Attorneys for Defendant Palm, Inc.

8

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12                                          CASE NO. C 067754 SBA

13  HELIO LLC                               DECLARATION OF SCOTT HANCOCK
                                            IN SUPPORT OF PALM, INC.'S
14            Plaintiff,                    OPPOSITION TO PLAINTIFF'S
                                            APPLICATION FOR TEMPORARY
15      vs.                                 RESTRAINING ORDER AND ORDER TO
                                            SHOW CAUSE WHY A PRELIMINARY
16  PALM, INC.                              INJUNCTION SHOULD NOT ISSUE

17            Defendant.

18

19        I, Scott Hancock, declare as follows:

20  1.     I have personal knowledge of the matters stated herein, and if called as a witness, I could

21  testify competently thereto.

22                            **BACKGROUND**

23  2.     I am the Director of Marketing and Communications for Palm, Inc. and have been

24  employed by Palm since October 2001.  My duties and responsibilities include oversight over

25  Palm's marketing policies, strategies, and advertising.  I was responsible for the oversight of the

26  development and execution of Palm's current advertising campaign (hereinafter the "Campaign")

27  that is the subject of Helio LLC's complaint filed on December 19, 2006.

28

quinn emanuel

3.      Palm, Inc., headquartered in Sunnyvale, California, is a leader in mobile computing that was founded in 1992. The company's products include Palm® Treo™ smartphones, Palm LifeDrive™ mobile managers and Palm handheld computers, as well as software, services and accessories. Palm sells its products through select Internet, retail, reseller, and wireless operator channels throughout the world, and at Palm Retail Stores and Palm online stores. For nearly 15 years, Palm has developed, supported, and protected a brand that is known worldwide for innovation and quality. Since its founding, Palm has shipped more than 34 million mobile-computing products. Attached hereto as Exhibit A is a true and correct copy of a printout from the United States Patent and Trademark Office indicating that the "Palm" trademark was registered on August 29, 2001.

## DEVELOPMENT OF THE PALM CAMPAIGN

4.      The development of Palm's current advertising Campaign began nearly two years ago at the beginning of 2005, prior to Helio's existence. At that point, Palm's advertising agency, AKQA first developed the slogan, "NOT A CELL PHONE. A TREO" and presented it to Palm. Attached hereto as Exhibit B is a true and correct copy of 14 advertising mockups that were created by AKQA in January 2005. Each mockup contains the tagline "not a cell phone. a Treo." This tagline provided the foundation of Palm's current advertising slogan, "NOT JUST A CELL PHONE. A TREO." This final language was adopted by Palm in May 2006. The Campaign is highly stylized and each advertisement features bold orange coloring along with the Palm logo.

5.      During the Digital Life electronics expo in New York City on October 12, 2006, a significant electronics-industry event, Palm publicly launched the slogan, "NOT JUST A CELL PHONE. A TREO." The Digital Life expo is a major industry event that is billed as "the ultimate consumer technology, gaming & entertainment event of the year." In 2006, more than 100 vendors participated in the expo, including companies such as Dell, Intel, Kodak, Logitech, Napster, and Microsoft. Attached hereto as Exhibit C is a color representation of the banner that adorned Palm's display booth at the expedition. Attached hereto as Exhibit D is a true and correct copy of an October 12, 2006 article from "PDA Street" entitled "Treo 680 Cost Model Targets Wider Audience." The article states, "To support the roll out of the Treo 680, Palm is going to

60373/2021411.1

1  roll out $25 million advertising and marketing campaign. The main tag line will be 'Not Just A

2  Cell Phone. A Treo.'"

3  6.      I have reviewed Helio's complaint and its claim that "Defendant's advertising...is

4  designed to confuse consumers as to the source of Defendant's products and services and to

5  suggest some affiliation or sponsorship between Plaintiff and Defendant where there is none."

6  This claim is false.  At no point during the development of the Campaign were Helio's current

7  claims, "Don't call it a phone" and "Don't call us a phone company" ever discussed, considered,

8  or raised by Palm.  In summary, Palm's Campaign was never intended to have any relationship to

9  Helio's current advertising claims, nor was Palm's Campaign ever intended or expected to suggest

10  any relationship between Palm's well-known products and those of Helio.  Palm's Campaign and

11  its original slogan, "not just a phone. a Treo," was conceived prior to Helio's existence, let alone

12  Helio's current advertising campaign.

13  7.      Helio's repeated use of the phrase "NOT JUST A CELL PHONE" to refer to Palm's

14  current Campaign is incomplete and misleading.  Palm's Campaign always includes the full

15  slogan, "NOT JUST A CELL PHONE.  A TREO."  Nowhere in the Campaign is the phrase "not

16  just a cell phone" used in isolation without the additional phrase, "a Treo."

17                    **COST AND SCOPE OF THE PALM CAMPAIGN**

18  8.      The slogan "NOT JUST A CELL PHONE.  A TREO." is part of a $25 million print,

19  outdoor and online advertising campaign designed to promote Palm's Treo 680 smartphone.  The

20  Campaign includes significant expenditures on outdoor advertising through billboards, bus

21  shelters, taxi-tops and "wild postings" as well as on print advertising through newspapers and

22  magazines, in both the United States and Europe.  Outdoor advertising was launched on

23  November 27, 2006 and is scheduled to terminate on December 31, 2006.

24  9.      Billboard, mass-transit station and taxi-top displays have already been launched in the top

25  10 advertising markets throughout the United States at a cost of more than $3,500,000.  Print has

26  also begun to run, of which approximately $3,500,000 has been spent to date. Palm has also begun

27  using "street teams" that utilize the slogan in New York, Los Angeles and San Francisco.  As

28

quinn emanuel

-3-

Case No. C067754SBA
DECLARATION OF SCOTT HANCOCK IN OPPOSITION TO APPLICATION FOR TRO AND OSC

1  stated above, the slogan always includes the Palm mark "Treo", is stylized to emphasize the Palm

2  mark and uses a unique orange color.

3  10.    All outdoor advertising associated with the Campaign, including billboards, taxi-top

4  displays and mass-transit displays, is scheduled to run only through December 31, 2006. Palm

5  does not intend to run any such advertising beyond that date.

6  11.    At a cost of more than $400,000, the Campaign also includes custom-designed and

7  manufactured interactive kiosks, which permit people to select and view category-specific content

8  on larger-than-life Treo smartphones. These kiosks contain a live monitor in place of the Treo

9  screen and are located at bus stops and window fronts in major metropolitan cities, including Los

10 Angeles, New York, and San Francisco.

11 12.    At a cost of approximately $2,000,000 thus far, the Campaign also includes significant

12 expenditures on online advertising, including materials on Fandango, Google, The Onion, Orbitz,

13 and Yahoo!

14 13.    The billboards, taxi-top and mass-transit advertising has been posted since November 27,

15 2006. There are over 21,000 of these outdoor units that can not be removed before the scheduled

16 media contract expiration date of December 31, 2006. Print insertions in weekly publications

17 typically require at least six weeks' notice for removal, depending on the publication. Online

18 publication typically requires at least two weeks' written notice for removal.

19 **RESPONSE TO CLAIMS MADE IN DECLARATION OF JESSICA WEEKS**

20 14.    I have reviewed the Declaration of Jessica Weeks submitted by Helio in support of its

21 application.

22 15.    Ms. Weeks stated that Helio's "DON'T CALL IT A PHONE" advertising has also been

23 featured on MTV, the Cartoon Network, Spike TV, VH-1, and other television networks. Palm's

24 Campaign does not include any television advertising and Palm has no plans to broadcast any such

25 materials in connection with the Campaign.

26 16.    Ms. Weeks claims that Palm "intentionally adopted its tagline to confuse consumers into

27 believing that there is some relationship between the two companies." This claim is false. Palm

28 first considered the tagline "not a cell phone" in January 2005, prior to Helio's existence. I am

Case No. C067754SBA
DECLARATION OF SCOTT HANCOCK IN OPPOSITION TO APPLICATION FOR TRO AND OSC

1   unaware of a single consumer who has expressed any confusion regarding Palm's Campaign and

2   Helio's advertising, nor am I aware of a single consumer who has confused Palm's and Helio's

3   products, services, or relationship.

4                    **NOTICE OF APPLICATION BY HELIO**

5   17.     I have discussed with Palm's legal department the issue of notice provided by Helio in

6   connection with its application for a temporary restraining order. I have been informed that the

7   first instance in which Helio expressed any concerns with the Campaign was on December 19,

8   2006 when counsel for Helio sent a copy of the complaint and moving papers. I am unaware of

9   Helio ever having expressed any concerns with the Campaign prior to that date.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**quinn emanuel**

Case No. C067754SBA
DECLARATION OF SCOTT HANCOCK IN OPPOSITION TO APPLICATION FOR TRO AND OSC

1

2        I declare under penalty of perjury of the laws of the United States that the foregoing is true

3    and correct. Executed on December 20, 2006, at Hayward, California.

4

5                                        Scott Hancock

Digitally signed by Scott Hancock
DN: cn=Scott Hancock, c=US, o=Palm, Inc.,
ou=Marketing Communications, email=scott.
hancock@palm.com
Location: Hayward, CA
Date: 2006.12.20 06:35:02 -08'00'

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**quinn emanuel**

-6-                                          Case No.

DECLARATION OF SCOTT HANCOCK IN OPPOSITION TO APPLICATION FOR TRO AND OSC