```
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Brian Cannon (Bar No. 193071)
  Doug Colt (Bar No. 210915)
    claudestern@quinnemanuel.com
    briancannon@quinnemanuel.com
    dougcolt@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100
```

Attorneys for Defendant Palm, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HELIO LLC<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PALM, INC.<br><br>　　　　Defendant. | CASE NO. C 067754 SBA<br><br>**DECLARATION OF DOUG COLT IN SUPPORT OF PALM'S OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

I, Doug Colt, declare as follows:

1. I am an attorney, duly licensed and admitted to practice in the State of California. I am an associate of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel of record in this action for defendant Palm, Inc. ("Palm").

2. On December 20, 2006, I conducted searches on Google (http://www.google.com) concerning plaintiff's claimed slogans. Included in my searches were the following phrases: "not just a cell phone," and "not a cell phone company."

3. This search retrieved numerous results, including the following:

　　A.　"Consumer Electronics: Can Wireless Save PDAs?" Mike Musgrove, Forbes.com, December 1, 2003, http://www.forbes.com/2003/12/01/1201pdaspinnacor_ii_print.html.

1  This article contains the following quote from Palm founder, Jeff Hawkins: "We're not a
2  cell phone company, we're a mobile computing company." Attached hereto as Exhibit A is
3  a true and correct copy of a printout of this website.

4  B.  "Not just a camera phone." You For the Interactive Youth, Dec. 1, 2006,
5  http://showbizandstyle.inquirer.net/you/elife/view_article.php?article_id=35873. This
6  article discusses Sony Ericsson's K800i phone and its multimedia capabilities. Attached
7  hereto as Exhibit B is a true and correct copy of a printout of this website.

9  I declare under penalty of perjury of the laws of the United States that the foregoing is true
10 and correct.

11  Executed on December 20, 2006, at Redwood Shores, California.

_____
Doug Colt