| | |
|---|---|
| 1 | **Deborah Bailey-Wells**   (114630) |
| 2 | **Kevin C. Trock**   (161787) |
|   | **Harold H. Davis, Jr.**   (235552) |
| 3 | **KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP** |
|   | Four Embarcadero Center, 10th Floor |
| 4 | San Francisco, CA  94111 |
|   | Telephone   (415) 249-1000 |
| 5 | Fax:   (415) 249-1001 |
| 6 | dbaileywells@klng.com |
|   | ktrock@klng.com |
| 7 | hdavis@klng.com |
| 8 | Attorneys for HELIO LLC |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| HELIO LLC, | Case No. C 06-7754 SBA |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| PALM INC. | |
| Defendant. | |

1

PROOF OF SERVICE

118978-v1

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart LLP, 4 Embarcadero Center, 10th Floor, San Francisco, California 94111.**

On **December 19, 2006**, I served the foregoing document(s):

**DECLARATION OF HAROLD H. DAVIS, JR. REGARDING NOTICE OF HELIO'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER**

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

**Mary E. Doyle**
**Palm Inc.**
**950 W. Maude Avenue**
**Sunnyvale, California 94085**
**Facsimile: (408) 617-0100**
**mary.doyle@palm.com**

[ ] **BY MAIL (By Following Office Business Practice):** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ] **BY MAIL (By Person Depositing in Mail):** I deposited such envelope(s) in the mail at San Francisco, California with postage thereon fully prepaid to the office of the addressee(s) as indicated above.

[ ] **BY EXPRESS MAIL:** I deposited such envelope(s) in a post office, mailbox, subpost office, substation, mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail in a sealed envelope, with Express Mail postage fully prepaid, addressed to the office of the addressee(s) as indicated above.

[ ] **BY FACSIMILE:** Starting at 8:30 a.m., I caused the documents listed above to be transmitted by facsimile transmission from a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

[ ] **BY EMAIL:** By transmitting via electronic mail the document listed above to the email

2

address(s) set forth above.

[ X ] **BY PERSONAL SERVICE AT ATTORNEY'S OFFICE:** I caused to be delivered such envelope(s) to the offices of the addressee(s) either by leaving it with a receptionist or with a person having charge thereof, or if there was no person in the office, by leaving it in a conspicuous place in the office between the hours of 9 a.m. and 5 p.m. A proof of service will be executed by the delivery service.

[ ] **BY PERSONAL SERVICE AT ATTORNEY'S OFFICE:** I personally delivered such envelope(s) to the offices of the addressee(s) either by leaving it with a receptionist or with a person having charge thereof, or if there was no person in the office, by leaving it in a conspicuous place in the office between the hours of 9 a.m. and 5 p.m.

[ ] **BY FEDERAL EXPRESS:** I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 19, 2006, at San Francisco, California.

_____
Harold H. Davis, Jr.