# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 12/21/06

**C-06-07754 SBA**        **JUDGE:** SAUNDRA BROWN ARMSTRONG

**Title:**            HELIO LLC vs. PALM INC.
**Atty.:**  KEVIN TROCK/HAROLD DAVIS   DOUG COL/BRIAN CANNON

   DEBORAH BAILEY-WELLS       CHARLIE VERHOEVEN

**Deputy Clerk:** Lisa R. Clark       **Court Reporter:** DIANE SKILLMAN

**PROCEEDINGS**
Plt   DFT
(X) ( ) 1. MOTION FOR A TEMPORARY RESTRAINING ORDER - HELD
( ) ( ) 2.
( ) ( ) 3.
( ) ( ) 4.
( ) Motion(s)   ( ) Granted    (1) Denied    ( ) Off Calendar
            ( ) Granted/Part   ( ) Denied/Part   ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  (X) Deft  ( ) Court

## RESULT OF CASE MANAGEMENT CONFERENCE

Case Continued to _____ for a Telephone Case Management Conference at p.m.
Case Continued to _____ for OSC RE: _____
Case Continued to 3/6/07 @ 1:00 PM for PRELIMINARY INJUNCTION HEARING
Brief Sched. Motion papers by 1/30/07   Opposition by 2/13/07   Reply by 2/20/07
EXPEDITED Discovery Cut-off 1/26/07   Expert Discovery Cut-off _____
Plft to name Experts by _____   Deft to name Experts by _____
All Dispositive Motions to be heard by ( Motion Cut-off) _____
Case Continued to _____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due _____ Motions in limine/objections to evidence due _____ Responses to motions in limine and/or responses to objections to evidence due _____
Case Continued to _____ for Trial(Court/Jury: _____ Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE _____ FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes:  ORAL ARGUMENT HELD ON MOTION FOR TRO

cc: