NAME ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
HAROLD H. DAVIS, JR. (SBN 235552)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
4 Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 249-1000

ATTORNEY(S) FOR: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - (OAKLAND)

HELIO LLC

        Plaintiff,

V.

PALM INC.

        Defendant.

CASE NUMBER
06-7754

**DECLARATION OF SERVICE**

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

PLAINTIFF HELIO LLC'S EXPEDITED DOCUMENT DISCOVERY REQUESTS IN ADVANCE OF THE PRELIMINARY INJUNCTION HEARING

in the within action by personally delivering true copies thereof to the person served as follows:

| | | |
|---|---|---|
| Served | : | CLAUDE M. STERN, ESQ., BRIAN CANNON, ESQ., DOUG COLT, ESQ. |
| By serving | : | Faye Wilhelm, Receptionist |
| Address | : | Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, CA 94065 |
| Date of Service | : | December 27, 2006 |
| Time of Service | : | 2:40 PM |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date: December 28, 2006

SPECIALIZED LEGAL SERVICES
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500
Registered San Francisco
Number 945

Signature: _____
JENNIFER MARTINEZ

205867