1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HELIO, LLC,                                          No. C 06-07754 SBA

          Plaintiff,                          **CLERK'S NOTICE**

    v.

PALM INC.,

          Defendant.
_____/

**Counsel for the plaintiff is directed to serve a copy of this Notice upon any other party in this action not enrolled in the e-filing program. Following service, Counsel shall file a certificate of service with the Clerk of the Court.**

        YOU ARE HEREBY NOTIFIED THAT the Case Management Conference set for , **March 28, 2007, at 3:00 p.m., has been moved to, March 29, 2007, at 2:45 p.m., via telephone.**

        **Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.**

        **(NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.)**

        **Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference.**

**Dated: 1/4/07**

                                        **FOR THE COURT,**

                                        **Richard W. Wieking, Clerk**

                                        **By: s/Lisa R. Clark_____**
                                             **Courtroom Deputy**