| | |
|---|---|
| 1 | **Deborah Bailey-Wells**  (114630) |
| 2 | **Kevin C. Trock**  (161787) |
|   | **Harold H. Davis, Jr.**  (235552) |
| 3 | **KIRKPATRICK & LOCKHART** |
|   | **PRESTON GATES ELLIS LLP** |
| 4 | Four Embarcadero Center, 10th Floor |
|   | San Francisco, CA  94111 |
| 5 | Telephone   (415) 249-1000 |
| 6 | Fax:        (415) 249-1001 |
|   | deborah.baileywells@klgates.com |
| 7 | kevin.trock@klgates.com |
|   | harold.davis@klgates.com |
| 8 | |
| 9 | Attorneys for HELIO LLC |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | | |
|---|---|---|
| HELIO LLC, | | Case No. C 06-7754 SBA |
| | Plaintiff, | |
| | | **NOTICE OF FIRM NAME CHANGE** |
| vs. | | |
| PALM INC., | | |
| | | Date Filed: December 19, 2006 |
| | Defendant. | |

NOTICE OF FIRM NAME CHANGE

**PLEASE TAKE NOTICE THAT** the name of the firm representing Plaintiff HELIO LLC has changed to Kirkpatrick & Lockhart Preston Gates Ellis LLP. The firm's and its lawyers' addresses, telephone numbers and fax numbers have not been affected by this change. Lawyers' email addresses shall be as follows:

1. Kevin C. Trock: kevin.trock@klgates.com;
2. Deborah Bailey-Wells: deborah.bailey-wells@klgates.com;
3. Harold H. Davis: harold.davis@klgates.com.

Dated: January 9, 2007

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By: _/s/_
Deborah Bailey-Wells
Kevin C. Trock
Harold H. Davis, Jr.

ATTORNEYS FOR PLAINTIFF
HELIO LLC