1  Deborah Bailey-Wells      (114630)
2  Kevin C. Trock            (161787)
   Harold H. Davis, Jr.      (235552)
3  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   Four Embarcadero Center, 10th Floor
4  San Francisco, CA  94111
   Telephone    (415) 249-1000
5  Fax:         (415) 249-1001
   deborah.bailey-wells@klgates.com
6  kevin.trock@klgates.com
7  harold.davis@klgates.com

8  Attorneys for HELIO LLC

9              UNITED STATES DISTRICT COURT FOR THE

10        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

11

12  HELIO LLC,                          Case No. 06-7754

13              Plaintiff,              JOINT STIPULATION TO EXTEND DATE
                                        OF PRELIMINARY INJUNCTION
14                                      HEARING AND BRIEFING SCHEDULE

15       vs.
                                        Hearing Date:   March 6, 2006
16  PALM INC.,                          Judge:    Hon. Saundra B. Armstrong

17
                                        Date Action Filed:  December 19, 2006
18              Defendant.

19

20

21

22

23

24

25

26

27

28

1175/2044480.1 JOINT STIPULATION TO EXTEND DATE OF PRELIMINARY INJUNCTION HEARING
               Case No. C-06-7754 SBA

1    Pursuant to Civil L.R. 6-2 and 7-12, Plaintiff Helio LLC and Defendant Palm,

2  Inc., state that:

3    1.    The parties are requesting an extension of the preliminary injunction

4  hearing date and corresponding briefing deadlines to give each party adequate time

5  to complete preliminary discovery in advance of the preliminary injunction hearing.

6    2.    This is the first request for an extension of time, and the parties have

7  only requested an additional two (2) weeks.

8    3.    The extension will only affect the preliminary injunction hearing and will

9  have no other corresponding effects on the litigation.

10    Thus, the parties hereby stipulate and agree as follows:

11    (a)    That the date of the hearing will be extended to **Tuesday, March 20, 2007**;

12

13    (b)    That Helio LLC's opening brief will be due on **Tuesday, February 13, 2007**;

14

15    (c)    That Palm Inc.'s response brief will be due on **Tuesday, February 27, 2007**;

16

17    (d)    That Helio LLC's reply will be due on **Tuesday, March 6, 2007**; and

18    (e)    That close of preliminary discovery will be by **February 9, 2007**.

19  SO STIPULATED:

20  DATED: ___1/25___, 2007

21

22    By _____

23    Claude M. Stern
      Quinn Emanuel Urquhart Oliver & Hedges, LLP
24    Attorneys for Defendant Palm Inc.

25

26

27

28

1175/2044480.1                        1

**JOINT STIPULATION TO EXTEND DATE OF PRELIMINARY INJUNCTION HEARING**
Case No. C-06-7754 SBA

1

2  DATED: _____1/25/_____, 2007

3

4  By _____

   Kevin Trock

5  K&L Gates LLP

   Attorneys for Plaintiff Helio LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1175/2044480.1                                    2

JOINT STIPULATION TO EXTEND DATE OF PRELIMINARY INJUNCTION HEARING
Case No. C-06-7754 SBA