```
1  RAYMOND L. GILL (SBN 153529)
   JOHNNY D. KNADLER (SBN 220942)
2  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   Four Embarcadero Center, 10th Floor
3  San Francisco, CA 94111
   Telephone: (415) 249-1000
4  Facsimile:  (415) 249-1001

5  Attorneys for Defendant
   SQUARE D COMPANY
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

CIVIL UNLIMITED JURISDICTION

| | |
|---|---|
| PEDRO BARRAGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ACCO-AIR CONDITIONING COMPANY, et al., <br><br> Defendants. | Case No. BC 343999 <br><br> **[PROPOSED] ORDER GRANTING SQUARE D COMPANY'S MOTION TO CONTINUE THE TRIAL DATE** <br><br> Date: February 5, 2007 <br> Time: 9:00 a.m. <br> Dept.: 51 <br> Judge: Hon. Irving Feffer <br><br> Trial Date: April 23, 2007 <br> Complaint Filed: December 6, 2005 |

**ORDER GRANTING MOTION TO CONTINUE THE TRIAL DATE**

1 | The above matter came before the Honorable Irving Feffer, on February 5, 2007, at 9:00 A.M.
2 | in Department 51, on Defendant SQUARE D COMPANY'S Motion to Continue the Trial Date.
3 | _____, Esq. of Keller Fishback, LLP, appeared for the Plaintiffs, and Johnny Knadler,
4 | Esq., of Kirkpatrick & Lockhart Preston Gates Ellis LLP appeared on behalf of SQUARE D
5 | COMPANY.

After considering the parties' moving papers and hearing argument, the Court finds that defendant SQUARE D COMPANY needs additional time to prepare for trial given Plaintiffs' inadequate discovery responses and the pending motion to compel further responses.

Accordingly, **IT IS HEREBY ORDERED** that Defendant SQUARE D COMPANY'S Motion to Continue the Trial Date is **GRANTED** and the trial is continued for 180 days or as the court orders. The new trial date is _____.

**IT IS SO ORDERED.**

Date:

_____
Hon. Superior Court Judge

---

**ORDER GRANTING MOTION TO CONTINUE THE TRIAL DATE**