UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| HELIO LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>PALM INC.,<br><br>    Defendant. | Case No. 06-7754<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DATE OF PRELIMINARY INJUNCTION AND BRIEFING SCHEDULE**<br><br>Hearing Date:   March 6, 2006<br>Judge:   Hon. Saundra B. Armstrong<br><br>Date Action Filed: December 19, 2006 |

**ORDER**

Pursuant to stipulation, it is so ordered that:

(1) The date of the preliminary injunction hearing will be extended to Tuesday, April 3, 2007 at 1:00 P.M.

(2) Helio LLC's opening brief will be due on Tuesday, February 13, 2007.

(3) Palm Inc.'s response brief will be due on Tuesday, February 27, 2007.

(4) Helio LLC's reply will be due on Tuesday, March 6, 2007.

(5) Close of preliminary discovery will be on February 9, 2007.

_____
Hon. Saundra B. Armstrong

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DATE OF PRELIMINARY INJUNCTION HEARING**
Case No. C-06-7754 SBA

Dockets.Justia.com