UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELIO LLC<br><br>    Plaintiff,<br><br>vs.<br><br>PALM, INC.<br><br>    Defendant. | **CASE NO. C 06 7754 SBA**<br><br>[~~XXXXXXXX~~] **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DATE OF PRELIMINARY INJUNCTION HEARING DATE AND BRIEFING SCHEDULE**<br><br>**Judge:**    Hon. Saundra Brown Armstrong<br>**Action Filed:**    December 19, 2006 |

**ORDER**

Pursuant to stipulation, it is ordered that:

1. The date of the preliminary injunction hearing shall be extended to Tuesday, April 10, 2007 at 1:00 p.m.

2. Helio LLC's opening brief shall be due on Tuesday, March 6, 2007.

3. Palm Inc.'s response brief shall be due on Tuesday, March 20, 2007.

4. Helio LLC's reply shall be due on Tuesday, March 27, 2007.

DATED: February 12, 2007

_____
Hon. Saundra B. Armstrong

Case No. C 06 7754 SBA
[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DATE OF PRELIMINARY INJUNCTION HEARING AND BRIEFING SCHEDULE

Dockets.Justia.com