1  Deborah Bailey-Wells (114630)
2  Kevin C. Trock (161787)
   Harold H. Davis, Jr. (235552)
3  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   55 Second St., Suite 1700
4  San Francisco, CA 94105
   Telephone: (415) 882-8200
5  Fax: (415) 882-8220
6  deborah.baileywells@klgates.com
   kevin.trock@klgates.com
7  harold.davis@klgates.com

8  Attorneys for HELIO LLC

9  UNITED STATES DISTRICT COURT FOR THE
10 NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| HELIO LLC, | Case No. C 06-7754 SBA |
| Plaintiff, | **NOTICE OF ADDRESS CHANGE** |
| vs. | Date Filed: December 19, 2006 |
| PALM INC. | |
| Defendant. | |

TO THE ABOVE-CAPTIONED COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective February 18, 2007, Kirkpatrick & Lockhart Preston Gates Ellis LLP serving as counsel for Plaintiff Helio LLC, has changed its office location and numbers as follows:

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA  94105
Telephone:  (415) 882-8200
Facsimile:   (415) 882-8220

Dated: February 22, 2007

KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP

By: /s/ Hal D.

Deborah Bailey-Wells
Kevin C. Trock
Harold H. Davis, Jr.

ATTORNEYS FOR PLAINTIFF
HELIO LLC