Deborah Bailey-Wells     (114630, deborah.bailey-wells@klgates.com)
Kevin C. Trock           (161787, kevin.trock@klgates.com)
Harold H. Davis, Jr.     (235552, harold.davis@klgates.com)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second St., Suite 1700
San Francisco, CA 94105
Telephone   (415) 882-8200
Fax:        (415) 882-8220

Attorneys for Plaintiff HELIO LLC

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELIO, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PALM INC.<br><br>Defendant. | Case No. C 06-7754 SBA<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED ATTORNEYS-EYES ONLY**<br><br>Date Filed: December 19, 2006 |

PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL
DOCUMENTS DESIGNATED ATTORNEYS-EYES ONLY
Case No. C 06-7754 SBA

Dockets.Justia.com

1   Plaintiff Helio LLC ("Helio") submits this administrative motion pursuant to Civil Local
2  Rules 79-5(b) for an order to seal the following documents attached to the Declaration of
3  Harold H. Davis, Jr. in support of Helio's Motion for a Preliminary injunction:
4       1.   Exhibit 4 which contains copies of documents labeled PALM 3338, showing
5  the phrase "Treo by Palm" and PALM10214, showing the phrase "Only Looks Serious."
6       2.   Exhibit 5 which contains copies of documents labeled PALM 003329, an e-
7  mail string between Palm and AKQA employees from during June 2006; a PowerPoint
8  presentation dated "6/21/06" labeled PALM 000035-90; and AKQA 3242, a July 17, 2006 e-
9  mail from Page Murray to Rose Rodd and Scott Hancock labeled PALM 003336-3339, and
10 a August 1, 2006 e-mail from Julie Patterson to Bob Pullum regarding the changing Palm
11 advertising campaign.
12      3.   Exhibit 6 which is a copy of a Palm organization chart that is labeled PALM
13 009241.
14      4.   Exhibit 10 which is a copy of a document titled Treo Online Advertising" dated
15 August 2, 2006.
16      5.   Exhibit 11 which is a copy of a series of June 2006 e-mails labeled PALM
17 003329-003333.
18      6.   Exhibit 12 which is a copy of a July 14, 2006 e-mail to Scott Hancock that is
19 labeled PALM 003338.
20      7.   Exhibit 13 which is a copy of a series of July 2006 e-mails labeled AKQA
21 004661-4663.
22      8.   Exhibit 15 which contains copies of documents labeled AKQA 5415, 5419,
23 5220, 5227, 5420, 5422, 5416 and consist of various e-mails sent to and/or from AKQA
24 employees.
25      9.   Exhibit 16 which is a copy of an August 15, 2006 e-mail, labeled AKQA 3246,
26 from Gina Cold to "palmteam" regarding Helio's opening of a Helio branded store.
27
28

1

PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL
DOCUMENTS DESIGNATED ATTORNEYS-EYES ONLY
Case No. C 06-7754 SBA

10. Exhibit 17 which is a copy of an August 16, 2006 e-mail, labeled AKQA 3249, referencing Helio's retail store, and Palm's advertising strategy in light of Helio's new retail store.

11. Exhibit 18 which is a copy of an August 24, 2006 e-mail, labeled AKQA 3244.

12. Exhibit 19 which is a copy of excerpts from the May 2006 Mobile Services Watch publication, labeled PALM 20458-20493.

13. Exhibit 20 which is copy of excerpts from the April 2006 Mobile Services Watch publication, labeled PALM 20420, 20424, and 20425.

14. Exhibit 21 which is a copy of a June 16, 2006 e-mail to Julie Peterson from CNet mentioning Helio's Hero device.

15. Exhibit 22 which is a copy of a July 26, 2006 e-mail from Kate Harris to "palmteam", labeled AKQA 3778, containing a link to an AdWeek article about Helio.

16. Exhibit 23 which contains copies of November 2006 e-mails from AKQA to Palm which include articles that mention Helio.

17. Exhibit 24 which is a copy of a July 31, 2006 e-mail scheduling a meeting regarding "Discuss POV on Helio campaign."

18. Exhibit 25 which is a copy of August 9, 2006 e-mail from Kate Harris, an AKQA employee, regarding "Not Just a tell phone".

19. Exhibit 26 which is a copy of a document entitled "Palm OOH Rotation", dated December 19, 2006 and labeled PALM 023007-023010 .

20. Exhibit 27 which is a copy of a document with the tag "Media Plan Master" and labeled PALM 015584-15612.

21. Exhibit 28 which is a copy of a series of e-mails labeled PALM 002519-2523 .

22. Exhibit 29 which is a copy of a document titled "Palm Treo 680 Launch Campaign Activity" that is labeled PALM 021614-21617 .

**PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED ATTORNEYS-EYES ONLY**
Case No. C 06-7754 SBA

1  23. Exhibit 33 which contains copies of three December 2006 e-mails which include the AdWeek article in which Mr. Hancock concedes the similarity between Helio and Palm's advertising.

24. Exhibit 34 which is a copy of a November 28, 2006 e-mail from Scott Hancock to all Palm employees worldwide discussing the launch of Palm's "Not Just a Cell Phone" advertising campaign.

25. Exhibit 36 which is a copy of a series of e-mails labeled PALM 2826 through 2827.

26. Exhibit 37 which is a copy of a document entitled "Sequence Descriptions", labeled AKQA 004824-4825, that contains a listing of all the different lifestyle features that Palm advertises for its Treo 680 including Fandango, Orbitz, E-Bay, G-mail, Chat, Yahoo Music, Google Maps, and Treo Camera.

27. Exhibit 39 which is a true and correct copy of a brand equity study commissioned by Helio.

This motion is supported by the accompanying Declaration of Harold Davis in Support of Helio's Administrative Motion pursuant to Civil. L.R. 79-5(b) To File Under Seal Documents Designated Attorneys' Eyes Only (the "Davis Declaration").

The Exhibits contain material designated as "Attorneys' Eyes Only" pursuant to a pending protective order. Accordingly, pursuant to Local Rule 79-5(b), Helio is concurrently lodging with the Court Exhibits 4-6, 10-13, 15-29, 33-34, 36-37, 39.

As set forth in the Davis Declaration, Exhibits 4-6, 10-13, 15-29, 33-34, 36-37, 39 constitute "sealable" material within the meaning to Civil Local Rule 79-5(b). Helio respectively requests that the Court order these documents filed under seal.

| | |
|---|---|
| Dated: March 6, 2007 | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br><br>By: _____<br>Deborah Bailey-Wells<br>Kevin C. Trock<br>Harold H. Davis, Jr.<br><br>ATTORNEYS FOR PLAINTIFF<br>HELIO LLC |

4

PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED ATTORNEYS-EYES ONLY
Case No. C 06-7754 SBA