1  Deborah Bailey-Wells      (114630, deborah.bailey-wells@klgates.com)
   Kevin C. Trock           (161787, kevin.trock@klgates.com)
2  Harold H. Davis, Jr.     (235552, harold.davis@klgates.com)
3  KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
   55 Second St., Suite 1700
4  San Francisco, CA  94105
   Telephone   (415) 882-8200
5  Fax:        (415) 882-8220

6  Attorneys for Plaintiff HELIO LLC

7

8                UNITED STATES DISTRICT COURT FOR THE

9                NORTHERN DISTRICT OF CALIFORNIA

10                       OAKLAND DIVISION

11

12  HELIO, LLC,                          Case No. C 06-7754 SBA

13          Plaintiff,                   DECLARATION OF HAROLD H. DAVIS,
                                         JR. IN SUPPORT OF ADMINISTRATIVE
14                                       MOTION TO SEAL EXHIBITS

15      vs.
                                         Date Filed:  December 19, 2006
16  PALM INC.

17

18          Defendant.

19

20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────────────────
        DAVIS DECLARATION ISO ADMINISTRATIVE MOTION TO SEAL EXHIBITS
                        Case No. C 06-7754 SBA

1      I, Harold H. Davis, do hereby declare as follows:

2      1.      I am an attorney duly licensed to practice before the courts in the State of

3   California and this Court, and am an associate with the law firm of Kirkpatrick & Lockhart

4   Preston Gates Ellis LLP, attorneys of record herein for Plaintiff Helio LLC.  I am personally

5   familiar with the facts set forth to competently testify to them if required to do so.

6      2.      I submit this Declaration in support of Helio's Administrative Motion Pursuant

7   to Civ. L.R. 79-5(b) To File Under Seal Documents Designated Attorneys' Eyes Only in this

8   case.

9      3.      The documents that Helio asks to be filed under seal are Exhibits 4-6, 10-13,

10  15-29, 33-34, 36-37, 39 submitted in connection with Helio's Motion for a Preliminary

11  Injunction.

12     4.      The documents at issue are Exhibit 4 which contains copies of documents

13  labeled PALM 3338, showing the phrase "Treo by Palm" and PALM10214, showing the

14  phrase "Only Looks Serious."; Exhibit 5 which contains copies of documents labeled PALM

15  003329, an e-mail string between Palm and AKQA employees from during June 2006; a

16  PowerPoint presentation dated "6/21/06" labeled PALM 000035-90; and AKQA 3242, a July

17  17, 2006 e-mail from Page Murray to Rose Rodd and Scott Hancock labeled PALM 003336-

18  3339, and a August 1, 2006 e-mail from Julie Patterson to Bob Pullum regarding the

19  changing Palm advertising campaign; Exhibit 6 which is a copy of a Palm organization chart

20  that is labeled PALM 009241; Exhibit 10 which is a copy of a document titled Treo Online

21  Advertising" dated August 2, 2006; Exhibit 11 which is a copy of a series of June 2006 e-

22  mails labeled PALM 003329-003333; Exhibit 12 which is a copy of a July 14, 2006 e-mail to

23  Scott Hancock that is labeled PALM 003338; Exhibit 13 which is a copy of a series of July

24  2006 e-mails labeled AKQA 004661-4663; Exhibit 15 which contains copies of documents

25  labeled AKQA 5415, 5419, 5220, 5227, 5420, 5422, 5416 and consist of various e-mails

26  sent to and/or from AKQA employees; Exhibit 16 which is a copy of an August 15, 2006 e-

27  mail, labeled AKQA 3246, from Gina Cold to "palmteam" regarding Helio's opening of a

28

1

1  Helio branded store; Exhibit 17 which is a copy of an August 16, 2006 e-mail, labeled AKQA

2  3249, referencing Helio's retail store, and Palm's advertising strategy in light of Helio's new

3  retail store; Exhibit 18 which is a copy of an August 24, 2006 e-mail, labeled AKQA 3244;

4  Exhibit 19 which is a copy of excerpts from the May 2006 Mobile Services Watch

5  publication, labeled PALM 20458-20493; Exhibit 20 which is copy of excerpts from the April

6  2006 Mobile Services Watch publication, labeled PALM 20420, 20424, and 20425; Exhibit

7  21 which is a copy of a June 16, 2006 e-mail to Julie Peterson from CNet mentioning Helio's

8  Hero device; Exhibit 22 which is a copy of a July 26, 2006 e-mail from Kate Harris to

9  "palmteam", labeled AKQA 3778, containing a link to an AdWeek article about Helio; Exhibit

10  23 which contains copies of November 2006 e-mails from AKQA to Palm which include

11  articles that mention Helio; Exhibit 24 which is a copy of a July 31, 2006 e-mail scheduling a

12  meeting regarding "Discuss POV on Helio campaign."; Exhibit 25 which is a copy of August

13  9, 2006 e-mail from Kate Harris, an AKQA employee, regarding "Not Just a tell phone";

14  Exhibit 26 which is a copy of a document entitled "Palm OOH Rotation", dated December

15  19, 2006 and labeled PALM 023007-023010; Exhibit 27 which is a copy of a document with

16  the tag "Media Plan Master" and labeled PALM 015584-15612; Exhibit 28 which is a copy of

17  a series of e-mails labeled PALM 002519-2523; Exhibit 29 which is a copy of a document

18  titled "Palm Treo 680 Launch Campaign Activity" that is labeled PALM 021614-21617;

19  Exhibit 33 which contains copies of three December 2006 e-mails which include the

20  AdWeek article in which Mr. Hancock concedes the similarity between Helio and Palm's

21  advertising; Exhibit 34 which is a copy of a November 28, 2006 e-mail from Scott Hancock

22  to all Palm employees worldwide discussing the launch of Palm's "Not Just a Cell Phone"

23  advertising campaign; Exhibit 36 which is a copy of a series of e-mails labeled PALM 2826

24  through 2827; Exhibit 37 which is a copy of a document entitled "Sequence Descriptions",

25  labeled AKQA 004824-4825,that contains a listing of all the different lifestyle features that

26  Palm advertises for its Treo 680 including Fandango, Orbitz, E-Bay, G-mail, Chat, Yahoo

27

28

DAVIS DECLARATION ISO ADMINISTRATIVE MOTION TO SEAL EXHIBITS
Case No. C 06-7754 SBA

1 | Music, Google Maps, and Treo Camera; Exhibit 39 which is a true and correct copy of a

2 | brand equity study commissioned by Helio.

3 |      5.     The above cited exhibits have been designated "Attorneys' Eyes Only"

4 | pursuant to the pending protective order.

5 |      6.     Helio has not taken a position on whether this material actually constitutes

6 | "sensitive confidential technical information", but because Palm has designated the material

7 | "Attorneys' Eyes Only," and for the purposes of submitting Helio's Preliminary Injunction

8 | motion in a timely fashion, Helio has agreed to file the documents under seal for purposes

9 | of the motion only.

10 |      7.     Accordingly, Exhibits 4-6, 10-13, 15-29, 33-34, 36-37, 39 constitute "sealable"

11 | material within the meaning of Civil Local Rule 79-5(a) at this time, though Helio reserves

12 | the right to challenge this designation at a future time.

13 |

14 |      I declare under penalty of perjury under the laws of the United States of America that

15 | the foregoing is true and correct.

16 |

17 |      Executed this 6th day of March, 2007 in San Francisco.

18 |

19 |      _____
     Harold H. Davis, Jr.

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

DAVIS DECLARATION ISO ADMINISTRATIVE MOTION TO SEAL EXHIBITS
Case No. C 06-7754 SBA