Deborah Bailey-Wells (114630, deborah.bailey-wells@klgates.com)
Kevin C. Trock (161787, kevin.trock@klgates.com)
Harold H. Davis, Jr. (235552, harold.davis@klgates.com)
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
55 Second St., Suite 1700
San Francisco, CA 94105
Telephone (415) 882-8200
Fax: (415) 882-8220

Attorneys for Plaintiff HELIO LLC

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELIO, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PALM INC.<br><br>Defendant. | Case No. C 06-7754 SBA<br><br>**[PROPOSED] ORDER GRANTING HELIO'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED ATTORNEYS' EYES ONLY**<br><br>Date Filed: December 19, 2006 |

Whereas the Court has considered Helio's Administrative Motion Pursuant to Civil L. R. 79-5(b) To File Under Seal Documents Designated Attorneys' Eyes Only;

Whereas the Court has determined that the following documents are properly sealable under Civil Local Rule 79-5:

Exhibits 4-6, 10-13, 15-29, 33-34, 36-37, 39 attached to the Davis Declaration in support of Helio's Motion for a Preliminary Injunction

IT IS HEREBY ORDERED that the following documents be filed under seal:

Exhibits 4-6, 10-13, 15-29, 33-34, 36-37, 39 attached to the Davis Declaration in support of Helio's Motion for a Preliminary Injunction

Dated:_____   Hon._____
                              Judge Saundra B. Armstrong