1  **Deborah Bailey-Wells    (114630, deborah.bailey-wells@klgates.com)**
**Kevin C. Trock          (161787, kevin.trock@klgates.com)**
2  **Harold H. Davis, Jr.    (235552, harold.davis@klgates.com)**
**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
3  55 Second St., Suite 1700
4  San Francisco, CA  94105
Telephone   (415) 882-8200
5  Fax:           (415) 882-8220

6  Attorneys for Plaintiff HELIO LLC

7

8  UNITED STATES DISTRICT COURT FOR THE

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

11

12  HELIO, LLC,                              Case No. C 06-7754 SBA

13           Plaintiff,
                                             **PROOF OF SERVICE**
14

15      vs.

16  PALM INC.
17
18           Defendant.

---

PROOF OF SERVICE
Case No. C 06-7754 SBA

Dockets.Justia.com

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105**.

On **March 6, 2007**, I served the foregoing document(s):

**PLAINTIFF HELIO LLC'S MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

**DECLARATION OF HAROLD H. DAVIS, JR. IN SUPPORT OF PLAINTIFF HELIO LLC'S MOTION FOR PRELIMINARY INJUNCTION;**

**DECLARATION OF KATHRYN M. WHEBLE. IN SUPPORT OF PLAINTIFF HELIO LLC'S MOTION FOR PRELIMINARY INJUNCTION;**

**[PROPOSED] ORDER GRANTING HELIO'S MOTION FOR PRELIMINARY INJUNCTION;**

**PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED ATTORNEYS-EYES ONLY;**

**DECLARATION OF HAROLD H. DAVIS, JR. IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL EXHIBITS;**

**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED ATTORNEYS-EYES ONLY**

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

**COUNSEL FOR DEFENDANTS**

Claude M. Stern
Brian Cannon
Doug Colt
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
claudestern@quinnemanuel.com
briancannon@quinnemanuel.com
dougcolt@quinnemanuel.com
(650) 801-5100 (fax)

1  [X]   **BY ELECTRONIC SERVICE [Fed. R. Civ. P. Rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Kirkpatrick & Lockhart Nicholson Graham's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 6, 2007, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　**Meykuei Saephan**