

| | |
|---|---|
| 1 | Deborah Bailey-Wells     (114630) |
| | Kevin C. Trock            (161787) |
| 2 | Harold H. Davis, Jr.      (235552) |
| 3 | **KIRKPATRICK & LOCKHART** |
| | **PRESTON GATES ELLIS LLP** |
| 4 | 55 Second Street, Suite 1700 |
| | San Francisco, CA 94105 |
| 5 | Telephone:   (415) 882-8200 |
| | Facsimile:    (415) 882-8220 |
| 6 | deborah.baileywells@klgates.com |
| 7 | kevin.trock@klgates.com |
| | harold.davis@klgates.com |
| 8 | |
| | Attorneys for HELIO LLC |
| 9 | |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | | |
|---|---|---|
| 12 | HELIO LLC, | Case No. C 06-7754 SBA |
| 13 |      Plaintiff, | **PROOF OF SERVICE** |
| 14 | | |
| 15 | vs. | |
| 16 | PALM INC., | |
| 17 | | **Date Filed:  December 19, 2006** |
| 18 |      Defendant. | |

1

PROOF OF SERVICE

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis LLP, 4 Embarcadero Center, 10th Floor, San Francisco, CA 94111**.

On **March 7, 2007**, I served the foregoing document(s):

**PLAINTIFF HELIO LLC'S MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

**DECLARATION OF HAROLD H. DAVIS, JR. IN SUPPORT OF PLAINTIFF HELIO LLC'S MOTION FOR PRELIMINARY INJUNCTION (with unredacted exhibits)**

**DECLARATION OF KATHRYN M. WHEBLE IN SUPPORT OF PLAINTIFF HELIO LLC'S MOTION FOR PRELIMINARY INJUNCTION**

**[PROPOSED] ORDER GRANTING HELIO'S MOTION FOR PRELIMINARY INJUNCTION**

**PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED ATTORNEYS-EYES ONLY**

**DECLARATION OF HAROLD H. DAVIS, JR. IN SUPPORT OF ADMINISTRATIVE MOTION TO SEAL EXHIBITS**

**[PROPOSED] ORDER GRANTING HELIO'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED ATTORNEYS-EYES ONLY**

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

2

**COUNSEL FOR DEFENDANTS**

Claude M. Stern
Brian Cannon
Doug Colt
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
claudestern@quinnemanuel.com
briancannon@quinnemanuel.com
dougcolt@quinnemanuel.com
(650) 801-5100 (fax)

[ ]    **BY ELECTRONIC SERVICE [Fed. R. Civ. P. Rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Kirkpatrick & Lockhart Preston Gates Ellis LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

[ ]    **BY MAIL (By Following Office Business Practice):** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ]    **BY EXPRESS MAIL:** I deposited such envelope(s) in a post office, mailbox, subpost office, substation, mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail in a sealed envelope, with Express Mail postage fully prepaid, addressed to the office of the addressee(s) as indicated above.

[ ]    **BY FACSIMILE:** The Court has ruled that service of this document by facsimile is acceptable. At __:__ _.m., I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmission report is attached hereto.

[ ]    **BY FEDERAL EXPRESS**: I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

PROOF OF SERVICE

[ X ]  **BY PERSONAL SERVICE AT ATTORNEY'S OFFICE:**  I caused such document to be hand-delivered to the addressee(s) as indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 7, 2007, at San Francisco, California.

_____
Catherine J. Williams

4

PROOF OF SERVICE