1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Claude M. Stern (Bar No. 96737)
2 | Brian Cannon (Bar No. 193071)
Doug Colt (Bar No. 210915)
3 | Andrea Pallios Roberts (Bar No. 228128)
    claudestern@quinnemanuel.com
4 |    briancannon@quinnemanuel.com
    dougcolt@quinnemanuel.com
5 |    andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
6 | Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
7 | Facsimile:    (650) 801-5100

8 | Attorneys for Defendant Palm, Inc.

9

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | OAKLAND DIVISION

13 | CASE NO. C 06 7754 SBA

14 | HELIO LLC

15 |                Plaintiff,    DECLARATION OF ANDREA PALLIOS
                              ROBERTS IN SUPPORT OF
16 |      vs.                  DEFENDANT PALM, INC.'S
                              EMERGENCY MOTION FOR AN
17 | PALM, INC.               EXPEDITED BRIEFING AND HEARING
                              SCHEDULE
18 |                Defendant.

19

20

21 |      I, Andrea Pallios Roberts, declare as follows:

22 |      1.      I am an attorney licensed to practice law in the State of California.  I am an

23 | associate with the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel of record

24 | for Defendant Palm, Inc. in this matter.  I make this declaration in support of Palm's Emergency

25 | Motion for an Expedited Briefing and Hearing Schedule.  I have personal knowledge of the facts

26 | stated herein and if called to testify could and would competently testify thereto.

27 |      2.      After having been served with a Notice of Deposition pursuant to Rule 30(b)(6),

28 | Helio never objected to Palm taking a Rule 30(b)(6) deposition in this action.

3.    I deposed two of Helio's 30(b)(6) designees on behalf of Palm on February 7, 2007 for a total of approximately 5.5 hours.

4.    At no point during either deposition did Mr. Trock state that Palm's questioning was unreasonable.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  March 9, 2007

_____
Andrea Pallios Roberts