QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Brian Cannon (Bar No. 193071)
  Doug Colt (Bar No. 210915)
  Andrea Pallios Roberts (Bar No. 228128)
    claudestern@quinnemanuel.com
    briancannon@quinnemanuel.com
    dougcolt@quinnemanuel.com
    andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendant Palm, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELIO LLC<br><br>           Plaintiff,<br><br>     vs.<br><br>PALM, INC.<br><br>           Defendant. | CASE NO. C 06 7754 SBA<br><br>**DECLARATION OF BRIAN CANNON IN SUPPORT OF DEFENDANT PALM, INC.'S EMERGENCY MOTION FOR AN EXPEDITED BRIEFING AND HEARING SCHEDULE** |

I, Brian Cannon, declare as follows:

1.   I am an attorney licensed to practice law in the State of California. I am a partner at the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel of record for Defendant Palm, Inc. in this matter. I make this declaration in support of Palm's Emergency Motion for an Expedited Briefing and Hearing Schedule. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2.   Palm's opposition to Helio's motion for a preliminary injunction is due on March 20, 2007 and the preliminary injunction hearing is scheduled for April 10, 2007.

3. Expedited resolution of Palm's motion to compel the deposition of Jessica Weeks is necessary so that Palm may obtain the discovery it needs, and that Helio agreed to provide, to defend itself against the extraordinary relief requested by Helio. Palm will suffer significant prejudice if it is not permitted sufficient time to depose the Helio employee who submitted a declaration in support of Helio's application for a temporary restraining order and motion for a preliminary injunction. Helio's case is based upon Ms. Weeks' testimony and Palm needs to complete her deposition before opposing Helio's motion for a preliminary injunction.

4. On March 9, 2007, after Helio's counsel ended the deposition, I called Harold Davis, counsel for Helio, to request that Helio stipulate to a hearing on this motion on Wednesday, March 14. Mr. Davis could not be reached so I left a voicemail message for him. I also sent an email to Kevin Trock, counsel for Helio, requesting that Helio stipulate to the expedited schedule.

5. At 6:00 p.m. on March 9, I received an email from Mr. Trock stating that Helio will not agree to an expedited schedule.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 9, 2007          /s/ Brian Cannon
                              Brian Cannon

### ATTESTATION OF E-FILED SIGNATURE

I, Andrea Pallios Roberts, attest that signatory Brian Cannon has read and approved the Declaration of Brian Cannon in Support of Defendant Palm, Inc.'s Emergency Motion for an Expedited Briefing and Hearing Schedule and consents to its filing in this action.

                              /s/ Andrea Pallios Roberts
                              Andrea Pallios Roberts