1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Brian Cannon (Bar No. 193071)
     Doug Colt (Bar No. 210915)
3    Andrea Pallios Roberts (Bar No. 228128)
       claudestern@quinnemanuel.com
4      briancannon@quinnemanuel.com
       dougcolt@quinnemanuel.com
5      andreaproberts@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California 94065-2139
   Telephone:   (650) 801-5000
7  Facsimile:   (650) 801-5100

8  Attorneys for Defendant Palm, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELIO LLC<br><br>          Plaintiff,<br><br>     vs.<br><br>PALM, INC.<br><br>          Defendant. | CASE NO. C 06 7754 SBA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PALM, INC.'S EMERGENCY MOTION FOR AN EXPEDITED BRIEFING AND HEARING SCHEDULE** |

Upon consideration of Defendant Palm, Inc.'s emergency motion for an expedited briefing and hearing schedule for its motion to compel deposition and for sanctions, the Court finds that such an expedited schedule is warranted. The hearing on Defendant's motion shall be at 10:00 a.m. on Wednesday, March 14, 2007. Any responsive briefing by Plaintiff Helio LLC shall be filed by Tuesday, March 13, 2007.

So ordered.

Dated: March ___, 2007

_____
Saundra B. Armstrong
United States District Judge