IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELIO LLC, | No. C 06-07754 SBA |
| Plaintiff, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| v. | |
| PALM INC., | |
| Defendant. | |

PURSUANT TO CIVIL L.R. 72-1

IT IS HEREBY ORDERED that this case is referred to a Magistrate Judge for Emergency Motion for Expedited Briefing and Hearing and Motion to Compel Deposition and For Sanctions. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 3/13/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

Dockets.Justia.com