**EXHIBIT A**

# HOWARD MARYLANDER
**President Marylander Marketing Research, Inc.**

Howard Marylander's over 40 years of experience in marketing research includes almost every research discipline. He has worked for research firms and corporations. He has pioneered research techniques, lectured and served as an expert witness in law cases.

## PROFESSIONAL EXPERIENCE

MARYLANDER MARKETING RESEARCH, INC., 1974 to present
President

- The firm specializes in custom consumer research and also does business-to-business studies and surveys for litigation.

- MMR is estimated to be among the 10 largest marketing research firms in Southern California. Clients include major national companies in package goods, finance, retail, foodservice, healthcare, automobiles and entertainment.

HAUG ASSOCIATES, INC., 1967 to 1974
President

- Joined small research firm as a project director in 1967. At the time left the company to form MMR, Haug Associates was the largest research firm in Southern California. Promoted to president.

- The company conducted virtually all types of consumer and business-to-business research domestically and internationally. Oversaw the majority of the company's activities.

MATTEL, INC., 1965 to 1967
Assistant Research Director

- Started as Advertising Research Director. Developed and implemented Mattel's first advertising research program. Promoted to Assistant Research Director.

- Responsible for all marketing research conducted at Mattel except for sales analysis.

CARNATION Co. (NOW NESTLE S.A.), 1960 to 1965
<u>Assistant Research Director</u>

- Began as Junior Project Director; promoted regularly and was Assistant Research Director.

- Responsible for the majority of projects conducted in department. Personally handled all research in connection with the conceptualization through introduction of several national brands including Coffee-Mate, Instant Breakfast, and several Friskies line extensions.

## TYPES OF RESEARCH CONDUCTED

The types of research conducted include:

- Attitude and usage studies
- Customer exit interviews
- New product screenings (concept evaluations)
- Test market evaluations
- Product/service evaluations
- Product positionings
- Communication and advertising research including pre-and post- tests
- Brand strategy studies
- Tracking studies
- Public opinion measurements
- Store location
- Customer profile
- Consumer research for litigation
- Employee attitudes
- Customer attitudes
- Focus groups
- Readership studies
- Pseudo-shopper studies
- Logo evaluations
- Taste tests
- Home-use tests

## PROFESSIONAL CONTRIBUTIONS

Pioneered new research technologies in several areas, including:

- Developed a low cost method of random digit dialing (a system which permits the interviewer to conduct telephone interviews with persons having unlisted telephone numbers)

- Created a system which permits retail establishments to accurately estimate share of market

- Developed a portable tachistoscope, a device used in certain types of advertising and packaging research

- Devised a methodology for approximating the extent to which racial or ethnic bias is present in political campaigns

- Conducted a pioneering study on the causes of cancer: Journal of the National Cancer Institute, Vol. 45, No. 6, December, 1970

## PROFESSIONAL ACTIVITIES

- Has lectured on both advanced and introductory marketing research for the American Management Association and American Marketing Association.

- Guest lectured at UCLA, USC and several other colleges and universities.

- Has been a member of the American Marketing Association for over 35 years.

## EDUCATION

University of Southern California. Received an M.B.A. in Marketing, 1963

University of California at Berkeley. Received a Bachelor of Science in Accounting, 1957