**EXHIBIT B**

## DEPOSITION AND TRIAL TESTIMONY OF
## HOWARD MARYLANDER DURING PAST FOUR YEARS

| Case | Court | Type Of Testimony | |
|---|---|---|---|
| | | Deposition | Trial |
| General Motors Corporation vs. vs. Lanard Toys, Inc. | U.S. District Court, Eastern District of Michigan | X | X |
| Mattel, Inc. vs. RealToy International | U.S. District Court, Central District of California | X | X |
| International Coffee & Tea vs. Starbucks | U.S. District Court, Central District of California | X | |
| Ava Enterprises, Inc. vs. Audio Boss USA | U.S. Patent & Trademark Office | X | |
| Pharmavite vs. Weider Nutrition Group | U.S. District Court, Central District of California | X | |
| Starcrest Products of California vs. Publishers Clearing House | U.S. District Court, Central District of California | X | X |
| Icon Enterprises International vs. American Products | U.S. District Court, Central District of California | X | |
| Russell Christoff v. Nestlé USA, Inc. | Superior Court of the State of California for the County of Los Angeles | X | |
| Internet Specialties West, Inc. vs. ISPWest | U.S. District Court, Central District of California | X | X |
| E.S.S. vs. Rock Star Video | U.S. District Court, Central District of California | X | |