**EXHIBIT C**

Case 4:06-cv-07754-SBA    Document 57-4    Filed 03/20/2007    Page 1 of 8

Marylander Marketing Research
Study #402-040
January 2007
01-24-07

## MOBILE PHONE SURVEY

Thank you for accepting the invitation to participate in this survey. We encourage your honest responses. Your opinions will be combined with those provided by others in order to maintain your confidentiality.

This survey is about mobile phones and related services.

There are no right or wrong answers. If you don't know or are unsure of an answer to a question, then that is a perfectly acceptable response.

Please take a moment to maximize this window on your computer and complete all of the questions appearing on each page. Always scroll down to make sure you have answered all of the questions.

When you are ready to move on to the next page, click the ">>" button located at the bottom of the screen. **DO NOT** use your browser's "Forward" or "Back" button to go from one page to another.

### SCREENER QUESTIONS

1. Are you a male or a female? (SELECT ONE ANSWER)



| MAIN QUESTIONNAIRE QUOTA | |
|---|---|
| Male | 50% |
| Female | 50% |

Male — 1
Female — 2

2. So that we can be sure we are speaking with people of different ages, please tell me your age. (RECORD IN YEARS)

_____ Years

> **PLEASE SEND SAMPLE SO THAT THE DISTRIBUTION IS EQUALLY DIVIDED BY AGE YEARS.**
>
> **MAIN QUESTIONNAIRE - NEST AGE QUOTAS BY GENDER.**
>
> **IF RESPONDENT IS 17 YEARS OF AGE OR YOUNGER TERMINATE.**
>
> **IF RESPONDENT IS 18 TO 34 YEARS OF AGE, CHECK AGE/GENDER QUOTAS. IF QUOTA IS OPEN, CONTINUE; OTHERWISE, TERMINATE.**
>
> | 18 to 20 years | 18% |
> | 21 to 25 years | 30% |
> | 26 to 30 years | 29% |
> | 31 to 34 years | 23% |
>
> **IF RESPONDENT IS 35 YEARS OF AGE OR OLDER, TERMINATE.**

3.  Do you have a mobile phone or mobile communication device?  (SELECT ONE ANSWER)

    CONTINUE WITH Q.4 --- Yes    1
    TERMINATE --- No    N

4.  For convenience in the questions that follow, the term <u>mobile phones</u> will be used to refer to mobile phones and mobile communications devices.

5.  On average, about how many times a day do you use your <u>mobile phone</u> for any purpose? (SELECT ONE ANSWER)



    CONTINUE ---
        10 or more times    1
        6 to 9 times    1
        4 or 5 times    2
        2 or 3 times    2

    TERMINATE ---
        Once a day    N
        Less than once a day    N

6.  Which, if any, of these features do you regularly use on your <u>mobile phone</u>? (SELECT ONE ANSWER FOR EACH)

|   |   | Use Feature | Do Not Use Feature |
|---|---|---|---|
| a. | Regular calling | 1 | 2 |
| b. | Text messaging | 1 | 2 |
| c. | Sending or receiving e-mails | 1 | 2 |
| d. | Taking pictures or videos | 1 | 2 |
| e. | Using Bluetooth | 1 | 2 |
| f. | Downloading and listening to music | 1 | 2 |
| g. | Downloading and/or playing games | 1 | 2 |
| h. | Downloading ring tones | 1 | 2 |
| i. | Getting news, sports, or stock updates | 1 | 2 |
| j. | Listening to radio or watching television | 1 | 2 |
| k. | Other features | 1 | 2 |

7. Which, if any, of these features do you think you will regularly use on your <u>mobile phone</u> in the near future? (SELECT ONE ANSWER FOR EACH)

|   |   | Will Use Feature In the Near Future | Will Not Use Feature In the Near Future |
|---|---|---|---|
| a. | Regular calling | 1 | 2 |
| b. | Text messaging | 1 | 2 |
| c. | Sending or receiving e-mails | 1 | 2 |
| d. | Taking pictures or videos | 1 | 2 |
| e. | Using Bluetooth | 1 | 2 |
| f. | Downloading and listening to music | 1 | 2 |
| g. | Downloading and/or playing games | 1 | 2 |
| h. | Downloading ring tones | 1 | 2 |
| i. | Getting news, sports, or stock updates | 1 | 2 |
| j. | Listening to radio or watching television | 1 | 2 |
| k. | Other features | 1 | 2 |

**IF RESPONDENT ANSWERS:**

- "Use feature" IN Q.6

**AND/OR**

- "Will use feature in the near future" IN Q.7

TO <u>ANY</u> OF THE FEATURES "b" THROUGH ""j", CONTINUE TO Q.8.

**IF RESPONDENT ANSWERS:**

- "Do not use feature" IN Q.6

**AND**

- "Will not use feature in the near future" IN Q.7

TO <u>ALL</u> OF THE FEATURES "b" THROUGH ""j", TERMINATE.

8. Do you or does anyone in your household work in the advertising industry? (SELECT ONE ANSWER)

   TERMINATE --- Yes    N
   CONTINUE WITH Q.9 --- No    2

9. Do you or does anyone in your household work for a marketing research company? (SELECT ONE ANSWER)

   TERMINATE --- Yes    N
   CONTINUE WITH Q.10 --- No    2

10. Do you or does anyone in your household work for a company that makes, markets, distributes, or sells mobile phones or mobile communication devices or provides service for mobile phones or mobile communication devices? (SELECT ONE ANSWER)

    TERMINATE --- Yes    N
    CONTINUE WITH Q.9 --- No    2

| QUALIFIED RESPONDENT MEETS THESE REQUIREMENTS: | |
|---|---|
| **QUESTION** | **RESPONSE** |
| 1 | MEETS GENDER QUOTA |
| 2 | MEETS AGE QUOTA BY GENDER |
| 3 | HAS A MOBILE PHONE |
| 5 | USES PHONE TWO OR MORE TIMES PER DAY |
| 6 & 7 | ANSWERS "Use feature" AND/OR "Will use feature" TO ONE OR MORE OF THE FEATURES "b" THROUGH "j" REGULARLY |
| 8 | NO |
| 9 | NO |
| 10 | NO |

A TOTAL OF 600 INTERVIEWS WILL BE COMPLETED.

THERE ARE TWO CELLS. HALF OF THE INTERVIEWS (300 INTERVIEWS) ARE TO BE COMPLETED WITH EACH OF THE CELLS.

HALF OF THE RESPONDENTS WILL BE RANDOMLY ASSIGNED TO CELL I. THE OTHER HALF OF THE RESPONDENTS WILL BE RANDOMLY ASSIGNED TO CELL II.

EACH CELL WILL BE TESTING FIVE STATEMENTS:

<u>CELL I</u>

| STATEMENT #1 | DON'T CALL IT A PHONE. |
| STATEMENT #2 | CAN YOU HEAR ME NOW? |
| STATEMENT #3 | WHERE YOU AT? |
| STATEMENT #4 | CALLING TOMORROW TODAY. |
| STATEMENT #5 | EVEN MORE MOBILE THAN YOU EXPECTED. |

<u>CELL II</u>

| STATEMENT #1 | DON'T CALL US A PHONE COMPANY. |
| STATEMENT #2 | CAN YOU HEAR ME NOW? |
| STATEMENT #3 | WHERE YOU AT? |
| STATEMENT #4 | CALLING TOMORROW TODAY. |
| STATEMENT #5 | EVEN MORE MOBILE THAN YOU EXPECTED. |

| MAIN QUESTIONS |
|---|

11. You will see some statements that might be used by some companies and brands that put out mobile phones or mobile services or provide network service for mobile phones. Each statement will be shown for 30 seconds. You may view each statement as long as you want up to 30 seconds.

    You will be asked a few questions about each statement. If you don't know or are unsure of the answer, that is a perfectly fine response.

---

SHOW Q.12 ON A SEPARATE PAGE.

TIME STAMP Q.12:   Begin
                   End
                   Duration (in seconds)

---

12. Here is the (first/next) statement:

# INSERT STATEMENT

When you have finished looking at this statement, click the ">>" button to continue.

---

Q.12 WILL BE ASKED FIVE TIMES FOR EACH OF THE FIVE STATEMENTS SHOWN TO THE RESPONDENT FOR THEIR RESPECTIVE CELLS.

### CELL I

| STATEMENT #1 | DON'T CALL IT A PHONE. |
| STATEMENT #2 | CAN YOU HEAR ME NOW? |
| STATEMENT #3 | WHERE YOU AT? |
| STATEMENT #4 | CALLING TOMORROW TODAY. |
| STATEMENT #5 | EVEN MORE MOBILE THAN YOU EXPECTED. |

### CELL II

| STATEMENT #1 | DON'T CALL US A PHONE COMPANY. |
| STATEMENT #2 | CAN YOU HEAR ME NOW? |
| STATEMENT #3 | WHERE YOU AT? |
| STATEMENT #4 | CALLING TOMORROW TODAY. |
| STATEMENT #5 | EVEN MORE MOBILE THAN YOU EXPECTED. |

SHOW THE STATEMENTS IN RANDOMIZED ROTATED ORDER, ONE AT A TIME. EACH STATEMENT SHOULD BE SHOWN FOR A MAXIMUM TIME LENGTH OF 30 SECONDS. THE FONT SHOULD BE AT LEAST 24 PT., BOLD. STATEMENTS SHOULD BE SHOWN IN ALL UPPERCASE LETTERS.

ALLOW RESPONDENT TO VIEW STATEMENT FOR AS LONG AS HE/SHE LIKES.

ONCE RESPONDENT HAS CONTINUED TO THE NEXT STATEMENT, DO NOT ALLOW HIM/HER TO RETURN TO PREVIOUS PAGES.

---

> **SHOW Q.13 ON A SEPARATE PAGE.**
>
> **TIME STAMP Q.13:**   **Begin**
>   **End**
>   **Duration (in seconds)**

13. What company or companies or brand or brands, if any, use this description? If you don't know or are not sure, please select the box to the right. ▶ ☐ I don't know/I'm not sure.

> **IF RESPONDENT WRITES IN ONE OR MORE COMPANIES OR BRANDS IN Q.13, CONTINUE TO Q.14.**
>
> **IF RESPONDENT CHECKS THE BOX INDICATING "I don't know/I'm not sure" IN Q.13, SKIP TO Q.15.**

> **SHOW Q.14 ON A SEPARATE PAGE.**
>
> **DO NOT TIME STAMP Q.14.**

14. Please explain fully why you feel that way.

> **WHEN RESPONDENT HAS FINISHED ANSWERING Q.14, SKIP TO Q.17.**

#402-039                               -6-

> **THERE ARE TWO VERSIONS OF Q.15 -- Q.15a AND Q.15b. RESPONDENTS SHOULD SEE THE SAME VERSION FOR ALL QUESTIONS, BUT THE VERSIONS SHOULD BE ALTERNATED FOR EACH OF THE RESPONDENTS.**
>
> **SHOW Q.15a/15b ON A SEPARATE PAGE.**
>
> **TIME STAMP Q.15a/15b:**    Begin
>                              End
>                              Duration (in seconds)
>
> **HALF OF THE RESPONDENTS IN EACH CELL SHOULD BE ASKED Q.15a.**
>
> 15a.  Do you think that this description is used by only one company or brand, by more than one company or brand, or not by any companies or brands, or are you not sure? (SELECT ONE ANSWER)
>
> | | |
> |---|---|
> | The description is used by only one company or brand. | 1 |
> | The description is used by more than one company or brand. | 2 |
> | The description is not used by any companies or brands. | 3 |
> | I don't know/I'm not sure. | 4 |
>
> **THE OTHER HALF OF THE RESPONDENTS IN EACH CELL SHOULD BE ASKED Q.15b.**
>
> 15b.  Do you think that this description is not used by any companies or brands, by more than one company or brand, or by only one company or brand, or are you not sure? (SELECT ONE ANSWER)
>
> | | |
> |---|---|
> | The description is not used by any companies or brands. | 3 |
> | The description is used by more than one company or brand. | 2 |
> | The description is used by only one company or brand. | 1 |
> | I don't know/I'm not sure. | 4 |
>
> **AFTER RESPONDENT ANSWERS Q.15a OR Q.15b, CONTINUE TO Q.16.**

> **SHOW Q.16 ON A SEPARATE PAGE.**
>
> **DO NOT TIME STAMP Q.16.**

16.  Please explain fully why you feel that way.

17.  Thank you for your participation in this study.

> **TIME STAMP INTERVIEW:**    Begin
>                              End
>                              Duration (in seconds)