

# We value
## your time.

Thank you for accepting the invitation to participate in this survey. We encourage your honest responses. Your opinions will be combined with those provided by others in order to maintain your confidentiality.

This survey is about mobile phones and related services.

There are no right or wrong answers. If you don't know or are unsure of an answer to a question, then that is a perfectly acceptable response.

Please take a moment to maximize this window on your computer and complete all of the questions appearing on each page. Always scroll down to make sure you have answered all of the questions.

When you are ready to move on to the next page, click the ">>" button located at the bottom of the screen. DO NOT use your browser's "Forward" or "Back" button to go from one page to another.

Once you have completed the study, please allow up to 7-10 business days for your e-Rewards credit to appear in your e-Rewards account. Thank you for your time and opinions!

Please click on the '>>' button to continue to the next question.



©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.

Dockets.Justia.com



Are you a male or a female?

(Select one answer)

○ Male
○ Female

Please click on the '>>' button to continue to the next question.

[ >> ]

@1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



We **value**
your **time.**

What is your age?

Please select your answer ▾

Please click on the '>>' button to continue to the next question.



©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



Do you have a mobile phone or mobile communication device?

(Select one answer)

○  Yes
○  No

Please click on the '>>' button to continue to the next question.

[ >> ]

©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



For convenience in the questions that follow, the term <u>mobile phones</u> will be used to refer to mobile phones and mobile communications devices.

Please click on the '>>' button to continue to the next question.



©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



We value
your time.

On average, about how many times a day do you use your <u>mobile phone</u> for any purpose?

(Select one answer)

○ 10 or more times
○ 6 to 9 times
○ 4 or 5 times
○ 2 or 3 times
○ Once a day
○ Less than once a day

Please click on the '>>' button to continue to the next question.

>>

@1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



We **value**
your **time.**

Which, if any, of these features do you regularly use on your <u>mobile phone</u>?

(Select one answer in each row)

|  | Use Feature | Do Not Use Feature |
|---|:---:|:---:|
| Downloading ring tones | ○ | ○ |
| Downloading and/or playing games | ○ | ○ |
| Listening to radio or watching television | ○ | ○ |
| Sending or receiving e-mails | ○ | ○ |
| Taking pictures or videos | ○ | ○ |
| Text messaging | ○ | ○ |
| Using Bluetooth | ○ | ○ |
| Regular calling | ○ | ○ |
| Downloading and listening to music | ○ | ○ |
| Getting news, sports, or stock updates | ○ | ○ |
| Other features | ○ | ○ |

Please click on the '>>' button to continue to the next question.



©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



Which, if any, of these features do you think you will regularly use on your <u>mobile phone</u> in the near future?

(Select one answer in each row)

| | Will Use Feature In the Near Future | Will Not Use Feature In the Near Future |
|---|:---:|:---:|
| Downloading ring tones | ○ | ○ |
| Downloading and/or playing games | ○ | ○ |
| Listening to radio or watching television | ○ | ○ |
| Sending or receiving e-mails | ○ | ○ |
| Taking pictures or videos | ○ | ○ |
| Text messaging | ○ | ○ |
| Using Bluetooth | ○ | ○ |
| Regular calling | ○ | ○ |
| Downloading and listening to music | ○ | ○ |
| Getting news, sports, or stock updates | ○ | ○ |
| Other features | ○ | ○ |

Please click on the '>>' button to continue to the next question.

>>

©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



Do you or does anyone in your household work in the advertising industry?

(Select one answer)

○　Yes
○　No

Please click on the '>>' button to continue to the next question.

[ >> ]

@1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



Do you or does anyone in your household work for a marketing research company?

(Select one answer)

○ Yes
○ No

Please click on the '>>' button to continue to the next question.

[ >> ]

@1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



We value your time.

Do you or does anyone in your household work for a company that makes, markets, distributes, or sells mobile phones or mobile communication devices or provides service for mobile phones or mobile communication devices?

(Select one answer)

○ Yes

○ No

Please click on the '>>' button to continue to the next question.

[ >> ]

@1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



We value
your time.

You will see some statements that might be used by some companies and brands that put out mobile phones or mobile services or provide network service for mobile phones. Each statement will be shown for 30 seconds. You may view each statement as long as you want up to 30 seconds.

You will be asked a few questions about each statement. If you don't know or are unsure of the answer, that is a perfectly fine response.

Please click on the '>>' button to continue to the next question.



©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



We value
your time.

Here is the next statement:

# DON'T CALL IT A PHONE.



©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



Here is the next statement:

# DON'T CALL US A PHONE COMPANY.



©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



Here is the next statement:

# CAN YOU HEAR ME NOW?



©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



Here is the first statement:

# WHERE YOU AT?



©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



Here is the next statement:

# CALLING TOMORROW TODAY.



©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



Here is the next statement:

# EVEN MORE MOBILE THAN YOU EXPECTED.



©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



What company or companies or brand or brands, if any, use this description?
If you don't know or are not sure, please select the "Don't know / Not sure" box below.

☐ Don't know / Not sure

Please click on the '>>' button to continue to the next question.

>>

©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



Do you think that this description is used by only one company or brand, by more than one company or brand, or not by any companies or brands, or are you not sure?

(Select one answer)

○ The description is used by only one company or brand.
○ The description is used by more than one company or brand.
○ The description is not used by any companies or brands.
○ I don't know / I'm not sure.

Please click on the '>>' button to continue to the next question.

>>

©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



We **value**
your **time.**

Do you think that this description is not used by any companies or brands, by more than one company or brand, or by only one company or brand, or are you not sure?

(Select one answer)

○ The description is not used by any companies or brands.
○ The description is used by more than one company or brand.
○ The description is used by only one company or brand.
○ I don't know/I'm not sure.

Please click on the '>>' button to continue to the next question.

>>

©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.



We **value**
your **time.**

Please explain fully why you feel that way.

(Please be as detailed and specific as possible)

Please click on the '>>' button to continue to the next question.

>>

©1999-2006 e-Rewards, Inc. All rights reserved.
The e-Rewards logo is a trademark of e-Rewards, Inc.