**EXHIBIT E**

Dockets.Justia.com

MARYLANDER MARKETING RESEARCH          STUDY 402-040          JANUARY 2007
Table 1-1
Q.1 - Gender

|        | Total | Cell 1 | Cell 2 |
|--------|-------|--------|--------|
| Total  | 649   | 331    | 318    |
|        | 100%  | 100%   | 100%   |
| Male   | 326   | 169    | 157    |
|        | 50%   | 51%    | 49%    |
| Female | 323   | 162    | 161    |
|        | 50%   | 49%    | 51%    |

MARYLANDER MARKETING RESEARCH          STUDY 402-040          JANUARY 2007
Table 2-1
Q.2 - Age

|                | Total | Cell 1 | Cell 2 |
|----------------|-------|--------|--------|
| Total          | 649   | 331    | 318    |
|                | 100%  | 100%   | 100%   |
| 18 to 20 years | 122   | 63     | 59     |
|                | 19%   | 19%    | 19%    |
| 21 to 25 years | 196   | 99     | 97     |
|                | 30%   | 30%    | 31%    |
| 26 to 30 years | 181   | 91     | 90     |
|                | 28%   | 27%    | 28%    |
| 31 to 34 years | 150   | 78     | 72     |
|                | 23%   | 24%    | 23%    |

MARYLANDER MARKETING RESEARCH          STUDY 402-040          JANUARY 2007
Table 3-1
Q.5 - How many times a day do you use your mobile phone for any purpose?

|  | Total | Cell 1 | Cell 2 |
|---|---|---|---|
| Total | 649 100% | 331 100% | 318 100% |
| 10 or more | 272 42% | 131 40% | 141 44% |
| 6 to 9 | 126 19% | 67 20% | 59 19% |
| 4 or 5 | 155 24% | 90 27% | 65 20% |
| 2 or 3 | 96 15% | 43 13% | 53 17% |
| Mean base | 649 100% | 331 100% | 318 100% |
| Mean | 8.14 | 8.01 | 8.27 |
| Standard error | 0.16 | 0.22 | 0.23 |
| Median | 7.8 | 7.5 | 8.1 |

MARYLANDER MARKETING RESEARCH          STUDY 402-040          JANUARY 2007
Table 4-1
Q.6 - Which, if any, of these features do you regularly use on your mobile phone?

| | Total | Cell 1 | Cell 2 |
|---|---|---|---|
| Total | 649 100% | 331 100% | 318 100% |
| Mentioned one or more | 649 100% | 331 100% | 318 100% |
| Mentioned one or more of items b through j | 629 97% | 319 96% | 310 97% |
| a. Regular calling | 644 99% | 327 99% | 317 100% |
| b. Text messaging | 554 85% | 283 85% | 271 85% |
| c. Sending or receiving e-mails | 178 27% | 96 29% | 82 26% |
| d. Taking pictures or videos | 449 69% | 232 70% | 217 68% |
| e. Using Bluetooth | 196 30% | 112 34% | 84 26% |
| f. Downloading and listening to music | 103 16% | 53 16% | 50 16% |
| g. Downloading and/or playing games | 225 35% | 119 36% | 106 33% |
| h. Downloading ring tones | 262 40% | 141 43% | 121 38% |
| i. Getting news, sports, or stock updates | 130 20% | 68 21% | 62 19% |
| j. Listening to radio or watching television | 41 6% | 19 6% | 22 7% |
| k. Other features | 277 43% | 126 38% | 151 47% |
| None/don't know | - | - | - |
| Total mentions | 3411 526% | 1769 534% | 1642 516% |

Continued

MARYLANDER MARKETING RESEARCH      STUDY 402-040      JANUARY 2007
Table 4-1
Q.6 - Which, if any, of these features do you regularly use on your mobile phone?

|  | Total | Cell 1 | Cell 2 |
|---|---|---|---|
| Total mentions of items b through j | 2516 388% | 1312 396% | 1204 379% |

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 5-1
Q.7 - Which, if any, of these features do you think you will regularly use on your mobile phone in the near future?

|  | Total | Cell 1 | Cell 2 |
|---|---|---|---|
| Total | 649<br>100% | 331<br>100% | 318<br>100% |
| Mentioned one or more | 649<br>100% | 331<br>100% | 318<br>100% |
| Mentioned one or more of items b through j | 646<br>100% | 329<br>99% | 317<br>100% |
| a. Regular calling | 646<br>100% | 330<br>100% | 316<br>99% |
| b. Text messaging | 583<br>90% | 295<br>89% | 288<br>91% |
| c. Sending or receiving e-mails | 324<br>50% | 165<br>50% | 159<br>50% |
| d. Taking pictures or videos | 511<br>79% | 262<br>79% | 249<br>78% |
| e. Using Bluetooth | 357<br>55% | 195<br>59% | 162<br>51% |
| f. Downloading and listening to music | 242<br>37% | 137<br>41% | 105<br>33% |
| g. Downloading and/or playing games | 298<br>46% | 157<br>47% | 141<br>44% |
| h. Downloading ring tones | 338<br>52% | 183<br>55% | 155<br>49% |
| i. Getting news, sports, or stock updates | 219<br>34% | 115<br>35% | 104<br>33% |
| j. Listening to radio or watching television | 155<br>24% | 87<br>26% | 68<br>21% |
| k. Other features | 341<br>53% | 171<br>52% | 170<br>53% |
| None/don't know | - | - | - |
| Total mentions | 4319<br>665% | 2255<br>681% | 2064<br>649% |

Continued

MARYLANDER MARKETING RESEARCH      STUDY 402-040      JANUARY 2007
Table 5-1
Q.7 - Which, if any, of these features do you think you will regularly use on your mobile phone in the near future?

|  | Total | Cell 1 | Cell 2 |
|---|---|---|---|
| Total mentions of items b through j | 3220 496% | 1682 508% | 1538 484% |

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 6-1
Q.6/7 - Which, if any, of these features do you regularly use on your mobile phone/do you think you will regularly use on your mobile phone in the near future?

| | Total | Cell 1 | Cell 2 |
|---|---|---|---|
| Total | 649 100% | 331 100% | 318 100% |
| Mentioned one or more | 649 100% | 331 100% | 318 100% |
| Mentioned one or more of items b through j | 649 100% | 331 100% | 318 100% |
| a. Regular calling | 647 100% | 330 100% | 317 100% |
| b. Text messaging | 592 91% | 300 91% | 292 92% |
| c. Sending or receiving e-mails | 331 51% | 169 51% | 162 51% |
| d. Taking pictures or videos | 522 80% | 270 82% | 252 79% |
| e. Using Bluetooth | 359 55% | 197 60% | 162 51% |
| f. Downloading and listening to music | 251 39% | 141 43% | 110 35% |
| g. Downloading and/or playing games | 314 48% | 166 50% | 148 47% |
| h. Downloading ring tones | 366 57% | 201 61% | 167 53% |
| i. Getting news, sports, or stock updates | 225 35% | 118 36% | 107 34% |
| j. Listening to radio or watching television | 158 24% | 88 27% | 70 22% |
| k. Other features | 352 54% | 174 53% | 178 56% |
| None/don't know | - | - | - |
| Total mentions | 4416 680% | 2311 698% | 2105 662% |

Continued

MARYLANDER MARKETING RESEARCH      STUDY 402-040      JANUARY 2007
Table 6-1
Q.6/7 - Which, if any, of these features do you regularly use on your mobile phone/do you think you will regularly use on your mobile phone in the near future?

|  | Total | Cell 1 | Cell 2 |
|---|---|---|---|
| Total mentions of items b through j | 3295 508% | 1726 521% | 1569 493% |

MARYLANDER MARKETING RESEARCH          STUDY 402-040          JANUARY 2007
Table 7-1
Cell

|        | Total | Cell 1 | Cell 2 |
|--------|-------|--------|--------|
| Total  | 649   | 331    | 318    |
|        | 100%  | 100%   | 100%   |
| Cell 1 | 331   | 331    | -      |
|        | 51%   | 100%   |        |
| Cell 2 | 318   | -      | 318    |
|        | 49%   |        | 100%   |

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 8-1
Q.13 - What company or companies or brand or brands, if any, use this description?

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call us a phone company today (C) | Calling to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone (H) | Calling it to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today (M) | Calling to-morrow today (N) | Even more mobile than you expected (O) |
| Total | 649 100% | 649 100% | 649 100% | 649 100% | 649 100% | 331 100% | 331 100% | 331 100% | 331 100% | 331 100% | 318 100% | 318 100% | 318 100% | 318 100% | 318 100% |
| Verizon | 497 77% | 9 1% | 8 1% | 5 1% | 2 * | 256 77% | 5 2% | 4 1% | 3 1% | 1 * | 241 76% | 4 1% | 4 1% | 2 1% | 1 * |
| Sprint | 33 5% | 6 1% | 5 1% | 5 1% | 4 1% | 18 5% | 1 * | 1 * | 2 1% | - | 15 5% | 5 2% | 5 1% | 3 1% | 4 1% |
| Cingular | 29 4% | 9 1% | 2 * | 5 1% | 9 1% | 13 4% | 4 1% | 2 1% | 1 * | 3 1% | 16 5% | 5 2% | - | 4 1% | 6 2% |
| T-Mobile | 7 1% | 15 2% | 2 * | 3 * | 33 5% | 4 1% | 4 1% | 1 * | 2 1% | 16 5% | 3 1% | 11 3% | 1 * | 1 * | 17 5% |
| Nextel | 5 1% | 12 2% | 2 * | 2 * | 1 * | 3 1% | 7 2% | 1 * | 2 1% | 1 * | 2 1% | 5 2% | 1 * | - | - |
| Company/brand description/ recognized, but not named | 4 1% | 6 1% | 3 * | 1 * | 1 * | 1 * | 4 1% | 2 1% | 1 * | 1 * | 3 1% | 2 1% | 1 * | - | - |
| AT&T | 2 * | 3 * | 2 * | 9 1% | 3 * | 1 * | 2 1% | - | 2 1% | 2 1% | 2 * | 1 * | 2 1% | 7 2% | 1 * |
| Helio | - | - | 84 13% | 1 * | - | - | - | 40 12% | - | - | - | - | 44 14% | 1 * | - |
| Boost Mobile | - | 113 17% | 1 * | 1 * | 1 * | - | 54 16% | - | 1 * | 1 * | - | 59 19% | 1 * | - | - |
| Amp'd | - | 17 3% | 2 * | - | 2 * | - | 7 2% | 1 * | - | 1 * | - | 10 3% | 1 * | - | 1 * |
| Apple/iPhone/iPod | - | - | 6 1% | - | - | - | - | 6 2% | - | - | - | - | - | - | - |
| Blackberry | - | 1 * | 2 * | 2 * | 2 * | - | - | 2 1% | - | 1 * | - | 1 * | 1 * | 1 * | 1 * |

Continued

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 8-1
Q.13 - What company or companies or brand or brands, if any, use this description?

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Can you hear me now? (A) | Where you at? (B) | Don't call us to-morrow company today / Don't call it a phone (C) | Calling to-morrow company today (D) | Even more mobile than you expected today (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone today (H) | Calling to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us to-morrow company today (M) | Calling to-morrow company today (N) | Even more mobile than you expected (O) |
| Centennial | - | - | - | - | 1 * | - | - | - | - | 1 * | - | - | - | - | - |
| LG | - | - | 1 * | 2 * | - | - | - | - | - | - | - | - | - | 2 1% | - |
| Motorola | - | - | 2 * | - | 2 * | - | - | 1 * | - | 1 * | - | - | 1 * | - | 1 * |
| Nokia | - | 1 * | 2 * | - | 1 * | - | - | 2 1% | - | - | - | 1 * | - | - | 1 * |
| Samsung | - | - | - | 1 * | 1 * | - | - | - | - | - | - | - | - | 1 * | 1 * |
| Sidekick | - | 1 * | - | - | - | - | 1 * | - | - | - | - | - | - | - | - |
| Virgin | 1 * | 4 1% | - | - | 1 * | - | 1 * | - | - | 1 * | - | 3 1% | - | - | - |
| Vonage | - | 1 * | 6 1% | 1 * | - | - | - | - | - | - | - | 1 * | 6 2% | 1 * | - |
| All other companies/brands | 1 * | 4 1% | 9 1% | 2 * | 7 1% | - | 1 * | 3 1% | 1 * | 3 1% | 1 * | 3 1% | 6 2% | 1 * | 4 1% |
| All others | - | - | - | - | 1 * | - | - | - | - | - | - | - | - | - | 1 * |
| Nothing/none | - | 2 * | 2 * | 3 * | 1 * | - | - | 2 1% | 2 1% | 2 * | - | 2 1% | - | 1 * | 1 * |
| I don't know//I'm not sure | 72 11% | 448 69% | 510 79% | 608 94% | 577 89% | 35 11% | 242 73% | 262 79% | 314 95% | 297 90% | 37 12% | 206 65% | 248 78% | 294 92% | 280 88% |

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 9-1
Q.13 - What company or companies or brand or brands, if any, use this description? - Exclusive and correct mentions

|  | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Can you hear me now? (A) | Where you at? (B) | Don't call us company/Don't call it a phone (C) | Calling tomorrow a phone today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone/Don't call us company (H) | Calling tomorrow a phone today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us company/Don't call it a phone (M) | Calling tomorrow a phone today (N) | Even more mobile than you expected (O) |
| Total | 649 100% | 649 100% | 649 100% | 649 100% | 649 100% | 331 100% | 331 100% | 331 100% | 331 100% | 331 100% | 318 100% | 318 100% | 318 100% | 318 100% | 318 100% |
| Hello | - | - | 83 13% ABDE | - | - | - | - | 40 12% FGIJ | - | - | - | - | 43 14% KLNO | - | - |
| Verizon | 496 76% C | - | - | - | - | 255 77% H | - | - | - | - | 241 76% M | - | - | - | - |
| Boost | - | 112 17% C | - | - | - | - | 54 16% H | - | - | - | - | 58 18% M | - | - | - |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 10-1
Q.14 - Please explain fully why you feel that way?

|  | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone/Don't call us company today (C) | Calling to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone (H) | Calling to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us to-morrow a phone company today (M) | Calling morrow today (N) | Even more mobile than you expected (O) |
| Total | 649 100% | 649 100% | 649 100% | 649 100% | 649 100% | 331 100% | 331 100% | 331 100% | 331 100% | 331 100% | 318 100% | 318 100% | 318 100% | 318 100% | 318 100% |
| Mentioned one or more | 545 84% C | 179 28% C | 130 20% DE | 35 5% | 64 10% | 278 84% H | 77 23% H | 63 19% IJ | 14 4% | 28 8% | 267 84% M | 102 32% M | 67 21% NO | 21 7% | 36 11% |
| Seen/heard/know slogan/ad/commercial (Net) | 442 68% C | 132 20% C | 85 13% DE | 17 3% | 26 4% | 226 68% H | 64 19% H | 40 12% IJ | 8 2% | 10 3% | 216 68% M | 68 21% M | 45 14% NO | 9 3% | 16 5% |
| Seen/heard commercial | 141 22% C | 45 7% | 29 4% DE | 2 * | 5 1% | 77 23% H | 19 6% | 12 4% IJ | 1 * | 2 1% | 64 20% M | 26 8% | 17 5% NO | 1 * | 3 1% |
| Know/recognize/remember commercial | 101 16% C | 35 5% C | 16 2% DE | 3 * | 1 * | 47 14% H | 16 5% | 7 2% IJ | 1 * | 1 * | 54 17% M | 19 6% | 9 3% NO | 2 1% | – |
| Ads/commercials (unspecified) | 59 9% C | 19 3% | 16 2% DE | 1 * | 5 1% | 33 10% H | 11 3% | 8 2% I | – | 2 1% | 26 8% M | 8 3% | 8 3% N | 1 * | 3 1% |
| Seen/heard slogan | 53 8% C | 14 2% C | 4 1% | 1 * | 2 * | 31 9% H | 3 1% | 3 1% | – | 1 * | 22 7% M | 11 3% M | 1 * | 1 * | 1 * |
| Popular slogan/ad/commercial | 52 8% C | 3 * | – | – | 1 * | 23 7% H | 2 1% | – | – | – | 29 9% M | 1 * | – | – | 1 * |
| Know/recognize/remember slogan | 45 7% C | 12 2% | 12 2% DE | 3 * | – | 22 7% H | 8 2% | 5 2% J | 1 * | – | 23 7% M | 4 1% | 7 2% O | 2 1% | – |
| Seen/heard ad/advertising | 39 6% C | 12 2% D | 7 1% D | – | 4 1% | 24 7% H | 4 1% | 4 1% I | – | 1 * | 15 5% M | 8 3% M | 3 1% | – | 3 1% |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 10-1
Q.14 - Please explain fully why you feel that way?

|  | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone/ Don't call us a phone company today (C) | Calling to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone (H) | Calling to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call it a phone company today (M) | Calling to-morrow today (N) | Even more mobile than you expected (O) |
| Know/recognize/remember ad/ advertising | 27 4% C | 4 1% | 5 1% DE | - | - | 13 4% H | 2 1% | 3 1% | - | - | 14 4% M | 2 1% | 2 1% | - | - |
| Seems/Looks/sounds like their ad/advertising | 7 1% | 4 1% | 4 1% | 8 1% | 8 1% | 6 2% | 2 1% | 2 1% | 4 1% | 3 1% | 1 * | - | 2 1% | 4 1% | 5 2% |
| Seen/heard slogan/ad/ commercial, but not sure of company/brand | 5 1% | 4 1% | 2 * | 1 * | 1 * | 2 1% | 4 1% | 1 * | 1 * | 1 * | 3 1% | - | 1 * | 1 * | 1 * |
| Identified Verizon | 42 6% C | 1 * | 2 * | 1 * | 2 * | 20 6% H | 1 * | 1 * | 1 * | 1 * | 22 7% M | - | 1 * | 1 * | 1 * |
| Seen/heard on television/radio | 17 3% C | 2 * | 7 1% DE | - | - | 7 2% | - | 4 1% GIJ | - | - | 10 3% M | 2 1% | 3 1% | - | - |
| Just know/remember it | 17 3% C | 3 * | 1 * | - | - | 8 2% H | 3 1% | 1 * | 1 * | - | 9 3% M | - | - | - | - |
| "Negatives about slogan/ad/ commercial (stupid, silly, not catchy, etc.)" | 17 3% C | 8 1% | 2 * | 3 * | - | 9 3% H | 1 * | 2 1% | 2 1% | - | 8 3% M | 7 2% M | - | 1 * | - |
| Comments on meaning/strategy of slogan/company | 14 2% | 14 2% | 16 2% D | 4 1% | 7 1% | 5 2% | 4 1% | 8 2% I | 8 2% I | 3 1% | 9 3% M | 10 3% M | 8 3% | 4 1% | 4 1% |
| Boost Mobile customer | 13 2% C | - | - | - | - | 8 2% H | - | - | - | - | 5 2% M | - | - | - | - |
| "Positives about slogan/ad/ commercial (cute, nice, catchy, etc.)" | 11 3% C | 6 1% | 4 1% D | 2 * | 2 * | 4 1% | 2 1% | 1 * | 1 * | 1 * | 7 2% M | 4 1% | 3 1% | 3 1% | 1 * |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH   STUDY 402-040   JANUARY 2007
Table 10-1
Q.14 - Please explain fully why you feel that way?

|  | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Can you hear me now? (A) | Where you at? (B) | Don't call us a phone company (C) | Calling it to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone (H) | Calling it to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today (M) | Calling us to-morrow today (N) | Even more mobile than you expected (O) |
| Identified other company/brand | 9 1% | 14 2% | 6 1% | 5 1% | 10 2% | 5 2% | 4 1% | 2 1% | 2 1% | 4 1% | 4 1% | 10 3% | 4 1% | 4 1% | 6 2% |
| Customer of company/brand (unspecified) | 9 1% C | - | - | - | - | 6 2% H | - | - | - | - | 3 1% | - | - | - | - |
| Know/recognize/remember from television/radio | 6 1% C | - | - | - | - | 4 1% H | - | - | - | - | 2 1% | - | - | - | - |
| Instinct/guess | 5 1% | 6 1% | 5 1% | 5 1% | 18 3% C | 1 * | - | 2 1% | 2 1% | 7 2% | 4 1% | 6 2% | 3 1% | 3 1% | 11 3% M |
| Don't know/recognize/remember slogan/ad/commercial | 5 1% C | - | - | - | - | 2 1% | - | - | - | - | 3 1% | - | - | - | - |
| It's unique | 4 1% C | 1 * | - | - | - | - | - | - | - | - | 4 1% M | 1 * | - | - | - |
| Logically only one company would use slogan/ad/commercial | 3 * | 3 * | 2 * | - | 1 * | 2 1% | 1 * | 1 * | - | - | 1 * | 2 1% | 1 * | 1 * | 1 * |
| Other company/brand customers | 3 * | - | - | - | - | 1 * | - | - | - | - | 2 1% | - | - | - | - |
| Generic/not associated with one company/brand | 2 * | - | - | - | 1 * | 2 1% | - | - | - | - | - | - | - | - | - |
| Identified Boost Mobile | 1 * | 14 2% C | - | - | - | - | 7 2% H | - | - | - | 1 * | 7 2% M | - | - | 1 * |
| Seems/looks/sounds familiar | 1 * | 4 1% | 2 * | 3 * | 2 * | 1 * | 1 * | - | 1 * | 2 1% | 1 * | 3 1% | 2 1% | 1 * | - |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 10-1
Q.14 - Please explain fully why you feel that way?

|  | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Can you hear me now? (A) | Where you at? (B) | Don't call us a phone/ Don't call it a company today (C) | Calling to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone today (H) | Calling to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today (M) | Calling to-morrow today (N) | Even more mobile than you expected (O) |
| Seems/looks/sounds familiar, but not sure of company/brand | 1 * | 1 * | - | - | - | 1 * | - | - | - | - | - | 1 * | - | - | - |
| Don't know/recognize/remember company/brand | 1 * | 1 * | 1 * | - | - | - | - | - | - | - | 1 * | 1 * | - | - | - |
| Seems like a slogan for one company | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Identified company/brand (unspecified) | - | 2 * | - | - | 1 * | 1 * | 2 1% | - | - | 1 * | - | - | - | - | - |
| Identified Helio | - | - | 6 1% ABE | 1 * | - | - | - | 2 1% | - | - | - | - | 4 1% KLO | 1 * | - |
| Comments on grammar or lifestyle connotations | - | 6 1% C | - | - | - | - | 2 1% | - | - | - | - | 4 1% M | - | - | - |
| Don't remember | - | - | 2 * | - | - | - | - | 1 * | - | - | - | - | 1 * | - | - |
| Have not/never seen/heard slogan/ad/commercial | - | - | 2 * | 1 * | 1 * | 1 * | - | 2 1% | 1 * | - | - | - | - | - | 1 * |
| All others (NEC) | - | 2 * | - | - | - | - | 1 * | - | - | - | - | 1 * | - | - | - |
| No answer/non sequitur | 12 2% C | 8 1% | 3 * | - | 2 * | 5 2% | 3 1% | 1 * | - | 2 1% | 7 2% | 5 2% | 2 1% | - | - |
| Nothing/none | - | - | 1 * | - | - | - | - | - | - | - | - | - | 1 * | - | - |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 10-1
Q.14 - Please explain fully why you feel that way?

|  | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone/ Don't call us to- company (C) | Calling tomorrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone? call us to- (H) | Calling tomorrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us to- a phone company (M) | Calling tomorrow today (N) | Even more mobile than you expected (O) |
| Don't know/not sure | · 20 3% C | 14 2% C | 5 1% | 6 1% | 6 1% | 13 4% | 9 3% | 5 2% | 3 1% | 4 1% | 7 2% M | 5 2% M | - | 3 1% | 2 1% |
| I don't know/I'm not sure what company or companies or brand or brands uses this description | 72 11% | 448 69% C | 510 79% AB | 608 94% C | 577 89% C | 35 11% | 242 73% | 262 79% F | 314 95% H | 297 90% H | 37 12% | 206 65% | 248 78% KL | 294 92% M | 280 88% M |
| Total mentions | 710 109% | 240 37% C | 153 24% DE | 42 6% | 72 11% | 363 110% | 100 30% H | 72 22% IJ | 16 5% | 30 9% | 347 109% | 140 44% M | 81 25% NO | 26 8% | 42 13% |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 11-1
Q.15a/15b - Do you think that this description is used by only one company or brand, by more than one company or brand, or not by any companies or brands, or are you not sure?

| | Total Statements | | | | | Cell 1 - Statements | | | | | | | Cell 2 - Statements | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone/ Don't call us a phone company today (C) | Calling tomorrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone (H) | Calling tomorrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today (M) | Calling us tomorrow today (N) | Even more mobile than you expected (O) |
| Total | 649 100% | 649 100% | 649 100% | 649 100% | 649 100% | 331 100% | 331 100% | 331 100% | 331 100% | 331 100% | 318 100% | 318 100% | 318 100% | 318 100% | 318 100% |
| The description is used by only one company or brand | 35 5% | 99 15% | 119 18% A | 110 17% A | 99 15% | 14 4% | 45 14% | 56 17% F | 63 19% | 46 14% | 21 7% | 54 17% | 63 20% K | 47 15% | 53 17% |
| The description is used by more than one company or brand | 6 1% | 12 2% | 19 3% A | 13 2% | 18 3% | 3 1% | 8 2% | 13 4% F | 8 2% | 7 2% | 3 1% | 4 1% | 6 2% | 5 2% | 11 3% |
| The description is not used by any companies or brands | 1 * | 69 11% | 52 8% A | 92 14% A C | 76 12% C | - | 41 12% | 29 9% F | 44 13% | 42 13% | 1 * | 28 9% | 23 7% K | 48 15% M | 34 11% |
| I don't know/I'm not sure | 30 5% | 268 41% | 320 49% AB | 393 61% C | 384 59% C | 18 5% | 148 45% | 164 50% F | 199 60% H | 202 61% H | 12 4% | 120 38% | 156 49% KL | 194 61% M | 182 57% M |
| Know what company or companies or brand or brands uses this description | 577 89% C | 201 31% C | 139 21% DE | 41 6% | 72 11% | 296 89% H | 72 22% | 69 21% IJ | 17 5% | 34 10% | 281 88% M | 112 35% M | 70 22% NO | 24 8% | 38 12% |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 12-1
Q.16 - Please explain fully why you feel that way?

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone/ Don't call us a phone company (C) | Calling to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone? (H) | Calling to-morrow a phone today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today (M) | Calling us to-morrow today (N) | Even more mobile than you expected (O) |
| Total | 649 100% | 649 100% | 649 100% | 649 100% | 649 100% | 331 100% | 331 100% | 331 100% | 331 100% | 331 100% | 318 100% | 318 100% | 318 100% | 318 100% | 318 100% |
| Mentioned one or more | 51 8% | 342 53% | 386 59% AB | 450 69% C | 427 66% C | 23 7% | 175 53% | 200 60% FG | 231 70% H | 219 66% H | 28 9% | 167 53% | 186 58% K | 219 69% K | 208 65% M |
| Seen/heard/know slogan/ad/ commercial (Net) | 23 4% | 47 7% | 40 6% | 18 3% | 23 4% | 6 2% | 23 7% | 19 6% EI | 8 2% | 13 4% | 17 5% | 24 8% | 21 7% NO | 10 3% | 10 3% |
| Seen/heard slogan/ad/ commercial, but not sure of company/brand | 18 3% | 32 5% | 28 4% DE | 12 2% | 13 2% | 5 2% | 15 5% | 11 3% | 6 2% | 8 2% | 13 4% | 17 5% | 17 5% NO | 6 2% | 5 2% |
| Seen/heard commercial | 2 * | 2 * | 1 * | - | 1 * | - | 1 * | 1 * | - | - | 2 1% | 1 * | - | - | 1 * |
| Seen/heard slogan | 1 * | 7 1% | 3 * | 3 * | 3 * | 1 * | 4 1% | 2 1% | - | 3 1% | 1 * | 3 1% | 1 * | 3 1% | - |
| Know/recognize/remember commercial | 1 * | 1 * | 1 * | - | - | - | - | 1 * | - | - | - | 1 * | - | - | - |
| Popular slogan/ad/ commercial | 1 * | 2 * | - | - | - | - | 1 * | - | - | - | - | 1 * | - | - | - |
| Know/recognize/remember slogan | - | 2 * | - | - | - | - | - | - | - | - | 1 * | 2 1% | - | - | - |
| Seen/heard ad/advertising | - | - | 3 * | 2 * | 2 * | - | - | 2 1% | 1 * | 1 * | - | - | 1 * | 1 * | 1 * |
| Know/recognize/remember ad/ advertising | - | - | 1 * | 1 * | 1 * | - | - | - | - | - | - | - | 1 * | - | 1 * |
| Seems/looks/sounds like their ad/advertising | - | 2 * | 2 * | - | 3 * | - | 2 1% | 1 * | - | 1 * | - | - | 1 * | 1 * | 2 1% |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 12-1
Q.16 - Please explain fully why you feel that way?

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone? / Don't call us company today (C) | Calling to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone? company (H) | Calling to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today (M) | Calling to-morrow today (N) | Even more mobile than you expected (O) |
| Ads/commercials (unspecified) | - | 2 / * | 2 / * | 1 / * | - | - | 1 / * | 2 / 1% | 1 / * | - | - | 1 / * | - | - | - |
| Logically only one company would use slogan/ad/commercial | 5 / 1% | 19 / 3% | 31 / 5% A | 44 / 7% | 39 / 6% | 3 / 1% | 11 / 3% | 16 / 5% F | 30 / 9% H | 21 / 6% | 2 / 1% | 8 / 3% | 15 / 5% K | 14 / 4% | 18 / 6% |
| Have not/never seen/heard slogan/ad/commercial | 5 / 1% | 125 / 19% | 161 / 25% AB | 201 / 31% C | 188 / 29% | 2 / 1% | 71 / 21% | 83 / 25% F | 101 / 31% | 96 / 29% | 3 / 1% | 54 / 17% | 78 / 25% KL | 100 / 31% | 92 / 29% |
| Comments on meaning/strategy of slogan/company | 3 / * | 18 / 3% | 28 / 4% AE | 18 / 3% | 11 / 2% | 2 / 1% | 6 / 2% | 18 / 5% FGIJ | 8 / 2% | 4 / 1% | 1 / * | 12 / 4% | 10 / 3% K | 10 / 3% | 7 / 2% |
| Just know/remember it | 2 / * | 1 / * | 2 / * | 4 / 1% | 4 / 1% | 1 / * | - | 1 / * | 1 / * | 3 / 1% | 2 / 1% | 1 / * | 1 / * | 1 / * | 1 / * |
| Identified Verizon | 2 / * | 3 / * | - | - | 1 / * | 1 / * | 2 / 1% | - | - | - | 1 / * | 1 / * | - | - | - |
| "Negatives about slogan/ad/ commercial (stupid, silly, not catchy, etc.)" | 2 / * | 32 / 5% C | 13 / 2% A | 25 / 4% C | 15 / 2% | 1 / * | 18 / 5% H | 8 / 2% F | 15 / 5% | 8 / 2% | 1 / * | 14 / 4% M | 5 / 2% | 10 / 3% | 7 / 2% |
| Generic/not associated with one company/brand | 2 / * | 9 / 1% | 6 / 1% | 10 / 2% | 17 / 3% C | 2 / 1% | 3 / 1% | 5 / 2% | 3 / 1% | 10 / 3% | - | 6 / 2% | 1 / * | 7 / 2% M | 7 / 2% M |
| Not familiar | 2 / * | 17 / 3% | 13 / 2% A | 21 / 3% | 28 / 4% C | 2 / 1% | 11 / 3% | 6 / 2% | 11 / 3% | 14 / 4% | - | 6 / 2% | 7 / 2% K | 10 / 3% | 14 / 4% |
| Don't know/recognize/remember company/brand | 2 / * | 7 / 1% | 8 / 1% | 12 / 2% | 14 / 2% | 2 / 1% | 4 / 1% | 7 / 2% | 2 / 1% | 8 / 2% | - | 3 / 1% | 1 / * | 10 / 3% M | 6 / 2% |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH     STUDY 402-040     JANUARY 2007
Table 12-1
Q.16 - Please explain fully why you feel that way?

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
| --- |---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call us a phone company today (C) | Calling it to-morrow today (D) | Even more mobile than you expected today (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone (H) | Calling it to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today (M) | Calling us to-morrow today (N) | Even more mobile than you expected (O) |
| Instinct/guess | 1 * | 4 1% | 5 1% | 5 1% | 3 * | 1 * | 1 * | 3 1% | 1 * | – | – | 3 1% | 3 1% | 2 1% | 3 1% |
| Seems/looks/sounds familiar | 1 * | 4 1% | 7 1% A | 13 2% | 12 2% | 1 * | 2 1% | 2 1% | 10 3% H | 5 2% | – | 2 1% | 5 2% K | 3 1% | 7 2% M |
| Seems/looks/sounds familiar, but not sure of company/brand | 1 * | 9 1% | 12 1% AE | 6 1% | 3 * | 1 * | 2 1% | 3 1% | 3 1% | 2 1% | 1 * | 7 2% | 9 3% KO | 3 1% | 1 * |
| Don't know/recognize/remember slogan/ad/commercial | 1 * | 25 4% | 28 4% A | 45 7% C | 37 6% | 1 * | 10 3% | 12 4% F | 18 5% | 19 6% | 1 * | 15 5% | 16 5% K | 27 8% | 18 6% |
| Seen/heard on television/radio | – | – | 1 * | 1 * | 1 * | – | – | – | 1 * | – | – | – | 1 * | – | 1 * |
| Seems like a slogan for one company | – | – | 2 * | 4 1% | 10 2% C | – | – | 1 * | 3 1% | 3 1% | – | 1 * | 1 * | 1 * | 7 2% M |
| Identified Helio | – | – | 1 * | – | – | – | – | 1 * | – | – | – | – | – | – | – |
| Identified other company/brand | – | 5 1% | 5 1% A | 6 1% | 9 1% | – | 2 1% | 3 1% | 4 1% | 6 2% | – | 3 1% | 2 1% | 2 1% | 3 1% |
| "Positives about slogan/ad/commercial (cute, nice, catchy, etc.)" | – | 2 * | 5 1% A | 9 1% | 6 1% | – | 1 * | 4 1% F | 4 1% | 5 2% | – | 1 * | 1 * | 5 2% | 1 * |
| It's funny | – | 1 * | 2 * | 4 1% | 4 1% | – | – | – | 2 1% | 2 1% | – | 1 * | 2 1% | 2 1% | 2 1% |
| It's unique | – | – | 1 * | 1 * | 1 * | – | – | – | – | 2 1% * | – | – | 1 * | – | – |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 12-1
Q.16 - Please explain fully why you feel that way?

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call us a phone/ Don't call it company today (C) | Calling to-morrow today (D) | Even more mobile than you expected today (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone today (H) | Calling to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call a phone company at? today (M) | Calling us to-morrow company today (N) | Even more mobile than you expected (O) |
| Comments on grammar or lifestyle connotations | - | 29 4% C | - | - | - | - | 11 3% H | - | - | - | - | 18 6% M | - | - | - |
| Seems/Looks/sounds familiar, but not sure | - | 6 1% | 15 2% ABDE | 6 1% | 4 1% | - | 2 1% | 9 3% FGIJ | 2 1% | 1 * | - | 4 1% | 6 2% K | 4 1% | 3 1% |
| Don't recognize | - | . 1 * | 2 * | 5 1% | 7 1% | - | 1 * | 2 1% | 3 1% | 2 1% | - | - | - | 2 1% | 5 2% M |
| Don't remember | - | 8 1% | 5 1% A | 5 1% | 4 1% | - | 3 1% | 3 1% | 3 1% | 2 1% | - | 5 2% | 2 1% | 2 1% | 2 1% |
| Don't know if seen/heard slogan/ad/commercial | - | 6 1% | 5 1% A | 15 2% C | 10 2% | - | 3 1% | 2 1% | 8 2% | 4 1% | - | 3 1% | 3 1% | 7 2% | 6 2% |
| Don't know if used by any company/brand | - | 4 1% | 4 1% A | 6 1% | 3 * | - | 3 1% | 3 1% | 5 2% | 2 1% | 1 * | 1 * | 1 * | 1 * | 1 * |
| Not used by any company/brand | - | 9 1% | 4 1% A | 2 * | 2 * | - | 6 2% | 1 * | 1 * | 1 * | - | 3 1% | 3 1% | 1 * | 1 * |
| All others (NEC) | - | - | - | 1 * | 1 * | - | - | - | 1 * | - | - | - | - | - | - |
| No answer/non sequitur | 2 * | 6 1% | 11 2% A | 12 2% | 9 1% | 2 1% | 3 1% | 5 2% | 5 2% | 5 2% | - | 3 1% | 6 2% K | 7 2% | 4 1% |
| Nothing/none | 1 * | 1 * | 4 1% D | - | 1 * | - | - | - | - | - | 1 * | 1 * | 4 1% NO | - | - |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH     STUDY 402-040     JANUARY 2007
Table 12-1
Q.16 - Please explain fully why you feel that way?

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone/ Don't call us a phone company (C) | Calling tomorrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone (H) | Calling tomorrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today (M) | Calling tomorrow today (N) | Even more mobile than you expected (O) |
| Don't know/not sure | 18 3% | 99 15% | 109 17% A | 146 22% C | 140 22% C | 10 3% | 64 19% | 57 17% F | 78 24% H | 72 22% | 8 3% | 35 11% | 52 16% KL | 68 21% | 68 21% |
| Know what company or companies or brand or brands uses this description | 577 89% C | 201 31% C | 139 21% DE | 41 6% | 72 11% | 296 89% H | 89 27% | 69 21% IJ | 17 5% | 34 10% | 281 88% M | 112 35% M | 70 22% | 24 8% | 38 12% |
| Total mentions | 52 8% | 394 61% | 406 63% A | 486 75% C | 456 70% C | 23 7% | 197 60% | 213 64% F | 250 76% H | 233 70% | 29 9% | 197 62% | 193 61% K | 236 74% M | 223 70% M |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 13-1
Q.13/15a/15b - What company or companies or brand or brands, if any, use this description?/Do you think that this description is used by only one company or brand, by more than one company or brand, or not by any companies or brands, or are you not sure? - Exclusive and correct mentions

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone/ Don't call us to- company today (C) | Calling to-morrow today (D) | Even more mobile than you expected now? (E) | Can you hear me now? (F) | Where you at? (G) | Don't call a phone at? (H) | Calling to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us to- a phone company today (M) | Calling to-morrow today (N) | Even more mobile than you expected (O) |
| Total | 649 100% | 649 100% | 649 100% | 649 100% | 649 100% | 331 100% | 331 100% | 331 100% | 331 100% | 331 100% | 318 100% | 318 100% | 318 100% | 318 100% | 318 100% |
| Verizon or the description is used by only one company or brand | 531 82% C | – | – | – | – | 269 81% H | – | – | – | – | 262 82% M | – | – | – | – |
| Hello or the description is used by only one company or brand | – | – | 202 31% ABDE | – | – | – | – | 96 29% FGIJ | – | – | – | – | 106 33% KLNO | – | – |
| Boost or the description is used by only one company or brand | – | 211 33% C | – | – | – | – | 99 30% H | – | – | – | – | 112 35% M | – | – | – |
| The description is used by only one company or brand (no correct brand mention) | – | – | – | 110 17% C | 99 15% C | – | – | – | 63 19% H | 46 14% H | – | – | – | 47 15% M | 53 17% M |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) – C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 14-1
Q.14/16 - Please explain fully why you feel that way?

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone? Don't call us company today (C) | Calling to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone? call us company (H) | Calling to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us company today (M) | Calling to-morrow today (N) | Even more mobile than you expected (O) |
| Total | 649 100% | 649 100% | 649 100% | 649 100% | 649 100% | 331 100% | 331 100% | 331 100% | 331 100% | 331 100% | 318 100% | 318 100% | 318 100% | 318 100% | 318 100% |
| Mentioned one or more | 596 92% C | 521 80% C | 516 80% D | 485 75% | 491 76% | 301 91% H | 252 76% H | 263 79% | 245 74% | 247 75% | 295 93% M | 269 85% | 253 80% | 240 75% | 244 77% |
| Seen/heard/know slogan/ad/commercial (Net) | 465 72% C | 179 28% C | 125 19% DE | 35 5% | 49 8% | 232 70% H | 87 26% H | 59 18% IJ | 16 5% | 23 7% | 233 73% M | 92 29% M | 66 21% NO | 19 6% | 26 8% |
| Seen/heard commercial | 143 22% C | 47 7% C | 30 5% DE | 2 * | 6 1% | 77 23% H | 20 6% | 13 4% IJ | 1 * | 2 1% | 66 21% M | 27 8% | 17 5% NO | 1 * | 4 1% |
| Know/recognize/remember commercial | 102 16% C | 36 6% C | 17 3% DE | 3 * | 1 * | 48 15% H | 16 5% | 8 2% IJ | 1 * | 1 * | 54 17% M | 20 6% M | 9 3% NO | 2 1% | - |
| Ads/commercials (unspecified) | 59 9% C | 21 3% | 18 3% DE | 2 * | 5 1% | 33 10% H | 12 4% | 10 3% IJ | 1 * | 2 1% | 26 8% M | 9 3% | 8 3% N | 1 * | 3 1% |
| Seen/heard slogan | 54 8% C | 21 3% C | 7 1% | 4 1% | 5 1% | 31 9% H | 7 2% | 5 2% I | - | 4 1% | 23 7% M | 14 4% M | 2 1% | 4 1% | 1 * |
| Popular slogan/ad/commercial | 53 8% C | 5 1% | - | - | 1 * | 23 7% H | 3 1% | - | - | - | 30 9% M | 2 1% | - | - | 1 * |
| Know/recognize/remember slogan | 45 7% C | 14 2% | 12 2% DE | 3 * | 3 * | 22 7% H | 8 2% | 5 2% J | 1 * | - | 23 7% M | 6 2% | 7 2% O | 2 1% | 3 * |
| Seen/heard ad/advertising | 39 6% C | 12 2% C | 10 2% D | 2 * | 6 1% | 24 7% H | 4 1% | 6 2% J | 1 * | 2 1% | 15 5% M | 8 3% M | 4 1% | 1 * | 4 1% |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 14-1
Q.14/16 - Please explain fully why you feel that way?

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone/ Don't call us company (C) | Calling to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone at? (H) | Calling to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today (M) | Calling mobile morrow today (N) | Even more mobile than you expected (O) |
| Know/recognize/remember ad/ advertising | 27 4% C | 4 1% | 6 1% D | - | 1 * | 13 4% H | 2 1% | 3 1% | - | - | 14 4% M | 2 1% | 3 1% NO | - | 1 * |
| Seen/heard slogan/ad/ commercial, but not sure of company/brand | 23 4% | 36 6% | 30 5% DE | 13 2% | 14 2% | 7 2% | 19 6% | 12 4% | 7 2% | 9 3% | 16 5% | 17 5% | 18 6% NO | 6 2% | 5 2% |
| Seems/looks/sounds like their ad/advertising | 7 1% | 6 1% | 6 1% | 8 1% | 11 2% | 6 2% | 4 1% | 3 1% | 4 1% | 4 1% | 1 * | 2 1% | 3 1% | 4 1% | 7 2% |
| Identified Verizon | 44 7% C | 4 1% | 2 * | 1 * | 3 * | 21 6% H | 3 1% | 1 * | - | 2 1% | 23 7% M | 1 * | 1 * | 1 * | 1 * |
| Just know/remember it | 19 3% C | 4 1% | 3 * | 4 1% | 4 1% | 8 2% | 3 1% | 2 1% | 3 1% | 3 1% | 11 3% M | 1 * | 1 * | 1 * | 1 * |
| "Negatives about slogan/ad/ commercial (stupid, silly, not catchy, etc.)" | 19 3% | 40 6% C | 15 2% | 28 4% C | 15 2% | 10 3% | 19 6% | 10 3% | 17 5% | 8 2% | 9 3% | 21 7% M | 5 2% | 11 3% | 7 2% |
| Seen/heard on television/radio | 17 3% | 2 * | 8 1% DE | 1 * | 1 * | 7 2% | - | 4 1% GJ | 1 * | - | 10 3% | 2 1% | 4 1% N | - | 1 * |
| Comments on meaning/strategy of slogan/company | 17 3% | 32 5% | 44 7% ADE | 22 3% | 18 3% | 7 2% | 10 3% | 26 8% FGIJ | 8 2% | 7 2% | 10 3% | 22 7% | 18 6% | 14 4% | 11 3% |
| Boost Mobile customer | 13 2% C | - | - | - | - | 8 2% H | - | - | - | - | 5 2% M | - | - | - | - |
| "Positives about slogan/ad/ commercial (cute, nice, catchy, etc.)" | 11 2% | 8 1% | 9 1% | 9 1% | 8 1% | 4 1% | 3 1% | 5 2% | 5 1% | 6 2% | 7 2% | 5 2% | 4 1% | 5 2% | 2 1% |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 14-1
Q.14/16 - Please explain fully why you feel that way?

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone/ Don't call us company (C) | Calling us to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone? (H) | Calling it to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company (M) | Calling us to-morrow today (N) | Even more mobile than you expected (O) |
| Identified other company/brand | 9 1% | 19 3% | 11 2% | 11 2% | 19 3% | 5 2% | 6 2% | 5 2% | 5 2% | 10 3% | 4 1% | 13 4% | 6 2% | 6 2% | 9 3% |
| Customer of company/brand (unspecified) | 9 1% C | - | - | - | - | 6 2% H | - | - | - | - | 3 1% | - | - | - | - |
| Logically only one company would use slogan/ad/commercial | 8 1% | 22 3% | 33 5% A | 44 7% | 40 6% | 5 2% | 12 4% | 17 5% F | 30 9% H | 21 6% | 3 1% | 10 3% | 16 5% K | 14 4% | 19 6% |
| Know/recognize/remember from television/radio | 6 1% C | - | - | - | - | 4 1% H | - | - | - | - | 2 1% | - | - | - | - |
| Instinct/guess | 6 1% | 10 2% | 10 2% | 10 2% | 21 3% C | 2 1% | 1 * | 5 2% | 3 1% | 7 2% | 4 1% | 9 3% | 5 2% | 7 2% | 14 4% M |
| Don't know/recognize/remember slogan/ad/commercial | 6 1% | 25 4% | 28 4% A | 45 7% C | 37 6% | 2 1% | 10 3% | 12 4% F | 18 5% | 19 6% | 4 1% | 15 5% K | 16 5% K | 27 8% | 18 6% |
| Have not/never seen/heard slogan/ad/commercial | 5 1% | 125 19% | 163 25% AB | 202 31% C | 189 29% | 2 1% | 71 21% | 85 26% F | 102 31% | 96 29% | 3 1% | 54 17% | 78 25% KL | 100 31% | 93 29% |
| It's unique | 4 1% C | 1 * | - | - | 1 * | - | - | - | - | 1 * | 4 1% M | 1 * | - | - | - |
| Generic/not associated with one company/brand | 4 1% | 9 1% | 6 1% | 10 2% | 18 3% C | 1 * | 3 1% | 5 2% | 3 1% | 10 3% | - | 6 2% | 1 * | 7 2% M | 8 3% M |
| Other company/brand customers | 3 * | - | - | - | - | 1 * | - | - | - | - | 2 1% | - | - | - | - |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 14-1
Q.14/16 - Please explain fully why you feel that way?

| | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call us a phone/ Don't call it company/brand (C) | Calling to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone (H) | Calling to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today? (M) | Calling to-morrow today (N) | Even more mobile than you expected (O) |
| Don't know/recognize/remember company/brand | 3 * | 8 1% | 8 1% | 12 2% | 14 2% | 2 1% | 4 1% | 7 2% | 2 1% | 8 2% | 1 * | 4 1% | 1 * | 10 3% M | 6 2% |
| Seems/looks/sounds familiar | 2 * | 8 1% | 9 1% A | 16 2% | 14 2% | 1 * | 3 1% | 2 1% | 12 4% H | 7 2% | 1 * | 5 2% | 7 2% K | 4 1% | 7 2% |
| Seems/looks/sounds familiar, but not sure of company/brand | 2 * | 10 2% | 12 2% AE | 6 1% | 3 * | 1 * | 2 1% | 3 1% | 3 1% | 2 1% | 1 * | 8 3% | 9 3% KO | 3 1% | 1 * |
| Not familiar | 2 * | 17 3% | 13 2% A | 21 3% | 28 4% C | 2 1% | 11 3% | 6 2% | 11 3% | 14 4% | – | 6 2% | 7 2% K | 10 3% | 14 4% |
| Identified Boost Mobile | 1 * | 14 2% C | – | – | – | – | 7 2% H | – | – | – | 1 * | 7 2% M | – | – | – |
| Seems like a slogan for one company | – | – | 3 * | 4 1% | 10 2% | – | – | 1 * | 3 1% | 3 1% | – | – | 2 1% | 1 * | 7 2% |
| Identified company/brand (unspecified) | – | 2 * | – | – | 1 * | – | 2 1% | – | – | 1 * | – | – | – | – | – |
| Identified Helio | – | – | 7 1% ABDE | 1 * | – | – | – | 3 1% | – | – | – | – | 4 1% KLO | 1 * | 1 * |
| It's funny | – | 1 * | 2 * | 4 1% | 4 1% | – | – | – | 2 1% | 2 1% | – | 1 * | 2 1% | 2 1% | 2 1% |
| Comments on grammar or lifestyle connotations | – | 35 5% C | – | – | – | – | 13 4% H | – | – | – | – | 22 7% M | – | – | – |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 14-1
Q:14/16 - Please explain fully why you feel that way?

| | Total Statements | | | | | Cell 1 - Statements | | | | | | Cell 2 - Statements | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Can you hear me now? (A) | Where you at? (B) | Don't call us a phone company today / Don't call it a phone? (C) | Calling to-morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone? (H) | Calling it to-morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today (M) | Calling to-morrow today (N) | Even more mobile than you expected (O) |
| Seems/looks/sounds familiar, but not sure | - | 6 / 1% / * | 15 / 2% / ABDE | 6 / 1% | 4 / 1% | - | 2 / 1% | 9 / 3% / FGIJ | 2 / 1% | 1 / * | - | 4 / 1% | 6 / 2% / K | 4 / 1% | 3 / 1% |
| Don't recognize | - | 1 / * | 2 / * / A | 5 / 1% | 7 / 1% | - | 1 / * | 2 / 1% | 3 / 1% | 2 / 1% | - | - | - | 2 / 1% | 5 / 2% / M |
| Don't remember | - | 8 / 1% | 7 / 1% / A | 5 / 1% | 4 / 1% | - | 3 / 1% | 4 / 1% / F | 3 / 1% | 2 / 1% | - | 5 / 2% | 3 / 1% | 2 / 1% | 2 / 1% |
| Don't know if seen/heard slogan/ad/commercial | - | 6 / 1% | 5 / 1% / A | 15 / 2% / C | 10 / 2% | - | 3 / 1% | 2 / 1% | 8 / 2% | 4 / 1% | - | 3 / 1% | 3 / 1% | 7 / 2% | 6 / 2% |
| Don't know if used by any company/brand | - | 4 / 1% | 4 / 1% / A | 6 / 1% | 3 / * | - | 3 / 1% | 3 / 1% | 5 / 2% | 2 / 1% | - | 1 / * | 1 / * | 1 / * | 1 / * |
| Not used by any company/brand (NEC) | - | 9 / 1% | 4 / 1% / A | 2 / * | 2 / * | - | 6 / 2% | 1 / * | 1 / * | 1 / * | - | 3 / 1% | 3 / 1% | 1 / * | 1 / * |
| All others (NEC) | - | 2 / * | - | 1 / * | - | - | 1 / * | - | 1 / * | - | - | 1 / * | - | - | - |
| No answer/non sequitur | 14 / 2% | 14 / 2% | 14 / 2% | 12 / 2% | 11 / 2% | 7 / 2% | 6 / 2% | 6 / 2% | 5 / 2% | 7 / 2% | 7 / 2% | 8 / 3% | 8 / 3% | 7 / 2% | 4 / 1% |
| Nothing/none | 1 / * | 1 / * | 5 / 1% / D | - | 1 / * | - | - | - | - | 1 / * | 1 / * | 1 / * | 5 / 2% / NO | - | - |
| Don't know/not sure | 38 / 6% | 113 / 17% | 114 / 18% / A | 152 / 23% / C | 146 / 22% / C | 23 / 7% | 73 / 22% | 62 / 19% / F | 81 / 24% | 76 / 23% | 15 / 5% | 40 / 13% | 52 / 16% / K | 71 / 22% | 70 / 22% |

PROPORTION/MEANS: COLUMNS TESTED (95% CONFIDENCE LEVEL) - C/A, C/B, C/D, C/E, H/F, H/G, H/I, H/J, M/K, M/L, M/N, M/O
Continued

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table 14-1
Q.14/16 - Please explain fully why you feel that way?

|  | Total Statements | | | | | Cell 1 - Statements | | | | | Cell 2 - Statements | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Can you hear me now? (A) | Where you at? (B) | Don't call it a phone/ Don't call us a phone company (C) | Calling to- morrow today (D) | Even more mobile than you expected (E) | Can you hear me now? (F) | Where you at? (G) | Don't call it a phone today (H) | Calling to- morrow today (I) | Even more mobile than you expected (J) | Can you hear me now? (K) | Where you at? (L) | Don't call us a phone company today (M) | Calling to- morrow today (N) | Even more mobile than you expected (O) |
| Total mentions | 762 117% | 634 98% C | 559 86% DE | 528 81% | 528 81% | 386 117% | 297 90% | 285 86% IJ | 266 80% | 263 79% | 376 118% | 337 106% | 274 86% | 262 82% | 265 83% |

MARYLANDER MARKETING RESEARCH    STUDY 402-040    JANUARY 2007
Table of contents

Table 1      Q.1 - Gender

Table 2      Q.2 - Age

Table 3      Q.5 - How many times a day do you use your mobile phone for any purpose?

Table 4      Q.6 - Which, if any, of these features do you regularly use on your mobile phone?

Table 5      Q.7 - Which, if any, of these features do you think you will regularly use on your mobile phone in the near future?

Table 6      Q.6/7 - Which, if any, of these features do you regularly use on your mobile phone/do you think you will regularly use on your mobile phone in the near future?

Table 7      Cell

Table 8      Q.13 - What company or companies or brand or brands, if any, use this description?

Table 9      Q.13 - What company or companies or brand or brands, if any, use this description? - Exclusive and correct mentions

Table 10     Q.14 - Please explain fully why you feel that way?

Table 11     Q.15a/15b - Do you think that this description is used by only one company or brand, by more than one company or brand, or not by any companies or brands, or are you not sure?

Table 12     Q.16 - Please explain fully why you feel that way?

Table 13     Q.13/15a/15b - What company or companies or brand or brands, if any, use this description?/Do you think that this description is used by only one company or brand, by more than one company or brand, or not by any companies or brands, or are you not sure? - Exclusive and correct mentions

Table 14     Q.14/16 - Please explain fully why you feel that way?