QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Brian Cannon (Bar No. 193071)
  Doug Colt (Bar No. 210915)
  Andrea Pallios Roberts (Bar No. 228128)
    claudestern@quinnemanuel.com
    briancannon@quinnemanuel.com
    dougcolt@quinnemanuel.com
    andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

Attorneys for Defendant Palm, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

HELIO LLC

  Plaintiff,

vs.

PALM, INC.

  Defendant.

CASE NO. C 06 7754 SBA

**DECLARATION OF JULIE PATTERSON IN SUPPORT OF PALM'S OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

I, Julie Patterson, declare as follows:

1.   I am an account director at AKQA, an advertising agency. My responsibilities include acting as a liaison between clients and the agency and leading the development of advertising campaigns for my clients. In this position, I was personally involved in the development of Palm's "Not Just a Cell Phone. A Treo." campaign. I make this declaration in support of Palm's opposition to plaintiff's motion for a preliminary injunction. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. The development of Palm's "Not Just a Cell Phone. A Treo." theme line began over two years ago, in January 2005. At that time, AKQA developed the slogan "Not a Cell Phone. A Treo." and presented it to Palm. AKQA created fourteen advertising mockups at that time, each of which contained the tagline "Not a Cell Phone. A Treo."

3. In early 2006, Palm engaged AKQA to begin developing a campaign for its new smartphone, the Treo 680. As early as April 21, 2006, AKQA delivered a creative brief to Palm, identifying "Not a cell phone. A Treo." as the single-most important element of the campaign. Attached as Exhibit A is a true and correct copy of the April 21, 2006 creative brief delivered to Palm.

4. It was not until late July 2006 that the Palm team at AKQA became aware of Helio's "Don't Call it Phone" campaign and began to discuss it. It is possible that individual members were aware of Helio's campaign at an earlier date, but the team members did not pay attention to it until they began discussing it in late July. AKQA already had a meeting scheduled with Palm for August 2, 2006, and Helio's campaign was added to the agenda for that meeting. We decided to notify Palm, not because we were concerned that the two taglines sounded similar, but because we believed "Don't Call it a Phone" and "Not a Cell Phone. A Treo." might convey the same message, namely that the product being advertised was not a phone. We were aware that Palm was already concerned over whether the lack of an antenna on the Treo 680 would cause consumers to believe that it was not a phone.

5. Before we advised Palm of Helio's campaign, Palm had been considering whether to include the term "just" in its tagline to ensure that consumers would understand that the Treo 680 is a cell phone with additional capabilities, which was the intended message of the campaign.

6. In August 2006, we considered the possibility of developing alternative lines for Palm. We did not do so because we thought that Palm *should* develop a different campaign. AKQA simply wanted to be prepared in the event that Palm concluded that "Not *Just* a Cell Phone. A Treo." still conveyed the message that the Treo 680 was not a cell phone. (Emphasis added). Palm ultimately chose to proceed with the slogan "Not Just a Cell Phone. A Treo."

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: March 20, 2007

                                               */s/ Julie Patterson*
                                                  Julie Patterson