# EXHIBIT A

April 21, 2006
CREATIVE BRIEF



**Client:** Palm
**Project:** Camino Launch

**What is the assignment?**
Develop an advertising campaign, featuring Camino, to generate preference for Treo.

**Background**
This fall, Palm will launch Camino: the lower cost, streamlined Treo smartphone. This smaller, sub $200, antenna-free phone appears to meet all the criteria needed to appeal to an expanded market. Trouble is, this broader audience is more likely to be aware of Blackberry than Palm and they typically think that these 'email devices' are only for business execs.

**Who is the target? What do we know about them?**
The Mobile Class: They are slightly younger (25-39) and earn a slightly lower income (IEI $40K+). They are an ambitious, tech-friendly, cell-phone dependent, socially active, Internet connected audience. They expect to own a smartphone 'someday'.

They want technology that works for them, not technology that keeps them at work. Most will be at least a little concerned about the impact such a device will have on their personal lives. They fear that they will be increasingly accessible and, for now, that translates to an office leash. Business and productivity messages will fall on deaf ears or remind them why they haven't bought a smartphone yet.

They know this phone does email, what they don't know is what else it can do for them.

**What is the problem or need?**
Treo is seen as a laptop replacement for business professionals on the go. In order to grow its appeal (and market share), Palm will need to champion Treo as the leader in next generation cell phones.

**What's the one thing we want to communicate?**
Not a cell phone, a Treo.

**Desired Response**
"Makes my cell phone look like an 8-track."

**Why should they believe this?**
Treo does more than the average cell phone and it does it with ease. (See attachment.)

Attorneys' Eyes Only

AKQA000983

April 21, 2006
CREATIVE BRIEF

AKQA

**Brand Values**
Truly Useful, Simple, Empowering and Delightful

**Executional Considerations**
Palm Logo
Product reference: TBD

Attorneys' Eyes Only

AKQA000984