# EXHIBIT C



Deep Thunder    Precision Forecasting for Weather-sensitive Business Operations. Click here to lear



PDAStreet    WindowsMobileToday    Palm Blvd    Other PDAs    SmartPhoneToday

BlackBerryToday

Home | News | Reviews | Features | FREE Downloads | Forums | Compare PDA Prices | Compare SmartPhone Prices



**Site Resources**

About Us
Contact Us
Submit Software
Submit Content
Send Us Your Product
Get Our Newsletter
Advertising

Search Site



PDAStreet



**Wireless Partners**

Become a Wireless Partner

About the Double-Underlined Links

**Compare prices & save on:**

Check out HP's BladeSystem c-Class—an infrastructure that manages the day-to-day, so you can focus on the big picture.

PDAStreet.com > **News** > Treo 680: Lower Cost Model Targets Wider Audience

### Treo 680: Lower Cost Model Targets Wider Audience

By James Alan Miller
October 12, 2006

During the DigitalLife show in New York today, Palm introduced the Treo 680, its first Palm OS smartphone for GSM carriers in two years. The



Click to View

new model is the company's fourth Treo overall this year, however, following the Win Treo 700w/wx and Palm platform Treo 700p for CDMA carriers Sprint and Verizon W Microsoft-based GSM Treo 750v just made available through Vodafone in Europe.

CEO Ed Colligan emphasized througout the press conference introducing the 680 that the aimed mobile professionals like past Treos. But rather, as he put it, Palm wants to captur labels the mobile accomplisher market, which it said is 9x the size of the traditional smar audience.

Palm defines mobile accomplishers as college-educated cell phone owners who are freque and away from their PC, but still want to strike a balance between their work and person; thought about getting a smartphone before, but haven't because of fears it would be too use or expensive.

Although Palm didn't give any price specifics, Colligan said that when the 680 starts to er a month so, it will be the company's lowest-cost Treo yet. It will also be the easiest to us

**Home Theater**
- LCD TVs
- Plasma TVs
- Flat Panel TVs
- Video Projectors
- LCD Projectors
- HDTV Receivers
- Home Audio

**GPS**
- Garmin
- Magellan
- Lowrance
- TomTom
- Navman
- Marine GPS
- Handheld GPS

**Computer Printers**
- Canon
- Lexmark
- Inkjet
- Laser
- Photo Printers
- Toner Cartridges
- Inkjet Refills

**Mp3 Players**
- Ipod Nano
- Ipod Video
- Gigabeat
- Sansa
- Zen Micro
- Mp3 Transmitters
- Ipod Speakers



Compare Prices:





**More from Personal Technology Channel**

Microsoft Menu Will Have Six Flavors of Windows

"Suffice it say, with more functionality and more capabilities, it will be very competitively market than any other smartphone product today, relative to the kind of capabilities this bring," Colligan asserted. "We really tried to push the design to make it more phone like using the product, [you'll find] it's really a no compromise phone as well as an incredibly computer."



As with the 750v, the 680 loses the Treo's signature antenna, making it decidedly sleeker Treo 650, which it replaces. According to Colligan, the new smartphone's cellular-radio is powerful than the earlier model's anyway, so it should deliver even better performance.

Its GSM/GPRS radio is also quad-band (850/900/1800/1900), making it a world phone. P expects 20 international carriers will pick up the 680 by June 2007. With it, Colligan said I expand upon Palm's success in the U.S. and the Americas to around the world. Recent ru place Cingular Wireless as the operator which may deliver the 680, as well as a version o the U.S.

While the device sports 2.5G EDGE data cellular-data networking, it doesn't implement ar is there integrated Wi-Fi or support for Palm's expansion card that would add the capabili and Wi-Fi (yet to find its way into any Palm smartphone) are probably due to price consic

Another causality is the quality of the 680's camera, which drops down to VGA - the same from the 1.3-megapixel types offered by other Treos released this year.

Additional specifications include the same 320 x 320 pixel resolution touch screen as rece Treos, 64 MB user-available memory, a 312 MHz Intel PXA270 processor, and Bluetooth. lithium-ion battery is supposed to last up to 4 hours talk and 300 hours standy time.

Palm also said, at 4.4 x 2.3 x 0.8 inches (111.8 x 58.4 x 20.3 millimeters) and 5.5 ounce the 680 is the smallest Treo yet. This is due to the battery being smaller and the sculptin which, according to Palm, makes it fit more comfortably in the hand.

The company is also giving consumers a choice of color for the first time. There's going to available in Graphite, Crimson, Arctic, and Copper.

Vista
ATI Says New AMD Chipset Is the Fastest Gaming Platform
Fujifilm FinePix S5200

### internet.commerce

Partner With Us
KVM over IP
Corporate Gifts
Cheap Cameras
Promotional Pens
Register Domain Name
Cheap Digital Camera
Web Hosting
2nd Mortgage
Mp3 Player Reviews
PDA Phones & Cases
Inbound Calls
Cheap Plane Tickets
Greeting Cards
Condos For Sale

### internet.com

Developer
International
Internet Lists
Internet News
Internet Resources
IT
Linux/Open Source
Personal Technology
Small Business
Windows Technology
xSP Resources
Search internet.com
Advertise
Corporate Info
Newsletters
Tech Jobs
E-mail Offers



### Software

To make the new Treo even easier to use, to help encourage feature phone users who thi are to hard to use to make the move up, Palm has upgraded the user interface and introc tab phone application. In addition, the Address Book and contacts are now built directly i application.



**5 Tab Phone App**

The full User Guide is on the device, knowledge base articles will sync down when needec recently-viewed feature has been added. So when you hold down the launcher key you ci several applications you used.

DataViz Documents To Go v8 is bundled for Microsoft Office document viewing and editin The e-mail app, VersaMail, has been upgraded as well, as has the picture/video software. included for playing MP3 files. It is upgradeable to the Deluxe version so you can play DR content.

At launch, Palm will offer an unlocked Treo 680 bundle featuring a 1 GB SD card, stereo I Pocket Tunes Deluxe with a free one month trial of Yahoo! Music Unlimited for a limited ti

The 680 supports both audio and visual streaming media in the WMA and WMV formats.

There's a Voice Memo application that even allows you to set what you record as a ringto



At the press conference, Palm showed off the new Google Maps application for the Palm compatible with the all Treo's built on the platform going back to the Treo 600. The free directions, local search, moveable/scalable maps, location satellite imagery and live traffi

There's also a threaded chat application that tracks an SMS conversation as if it was an I you can view everything in one place. TypePad is a mobile blogging tool from a company that allows you to, well, blog text and images from the Treo.


**SMS Threading**

Palm has also updated the Web browser, improving it "quite a bit on this version of the d said, for faster performance and more accurate delivery of content.

**Promotion**
To support the roll out of the Treo 680, Palm is going to roll out $25 million advertising a campaign. The main tag line will be 'Not Just A Cell Phone. A Treo.' "Because a Treo does you access to all the things you really care about," Colligan said.

The campaign will include partners like Yahoo!, eBay, Google, and Flickr. "So you'll see a places, google things." or "do you yahoo! like this?" or "flickr this" or "winning feels good example.



The purpose, Colligan said, is to "make sure people understand not only can they use thi lives, but they can also get access to all the things they care about wherever they are. A power that this product will do."

## Related Links:

- **Review: Palm Treo 700wx Improves on 700w For Sprint**
- **Treo 750v on Sale in UK, Germany**

- **Review: Treo 700p Perfects Smartphone Integration**
- **Review: Treo 700w - Windows Mobile, Palm Style**
- **Palm: Past, Present, Future**

**Printable Version**
**Email this Story to a Friend** **Add Your Opinion**

## User Opinions:

Be the first to add your opinion about this product
**Click HERE Now**!

**Add Your Opinion**

**PDA/Smartphone Newsletters**

| text | html |   | text | html |   |
|------|------|---|------|------|---|
| X    |      | WindowsMobileToday | X | | PDAStreet |
| X    |      | Palm Boulevard | X | | SmartPhoneToday |
| X    |      | BlackBerryToday |   | X | Pocket PC Wire |

**Other Personal Technology Newsletters**

| X | | Sharky Extreme | X | | WiFi Planet |

[enter email] [Join]

- Windows is a registered trademark of Microsoft Corp.
- BlackBerry is a registered trademark of Research in Motion Limited



**JupiterWeb networks:**

internet.com | EARTHWEB | (logo) | graphics.com

**Search JupiterWeb:** [_____] [go]

Jupitermedia Corporation has two divisions: JupiterImages and JupiterWeb

Jupitermedia Corporate Info

Copyright 2006 Jupitermedia Corporation All Rights Reserved.
Legal Notices, Licensing, Reprints, & Permissions, Privacy Policy.

Web Hosting | Newsletters | Tech Jobs | Shopping | E-mail Offers