DOCUMENT SUBJECT TO
PROTECTIVE ORDER AND PENDING
MOTION TO SEAL

Dockets.Justia.com