# DOCUMENT SUBJECT TO PROTECTIVE ORDER AND PENDING MOTION TO SEAL