# EXHIBIT 6

Dockets.Justia.com

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000001- P-E-HEL00000008 | 12/18/2006 | Attorney-Client Privilege / Work Product | Palm litigation. | Davis, Harold - Kirkpatrick & Lockhart - | | |
| P-E-HEL00000009- P-E-HEL00000021 | 12/18/2006 | Attorney-Client Privilege / Work Product | Palm litigation. | Trock, Kevin - Kirkpatrick & Lockhart - | | |
| P-E-HEL00000022- P-E-HEL00000029 | 12/18/2006 | Attorney-Client Privilege / Work Product | Palm litigation. | Davis, Harold - Kirkpatrick & Lockhart - | | |
| P-E-HEL00000030- P-E-HEL00000036 | 12/18/2006 | Attorney-Client Privilege / Work Product | Palm litigation. | Wheble, Kathryn - Kirkpatrick & | | |
| P-E-HEL00000037- P-E-HEL00000043 | 12/18/2006 | Attorney-Client Privilege / Work Product | Palm litigation. | Davis, Harold - Kirkpatrick & Lockhart - | | |
| P-E-HEL00000044- P-E-HEL00000045 | 07/10/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: draft marketing copy. Produced as E-HEL 25516-25517. | Kim, Ben - Helio - Attorney | Cordua, Julie - Helio; Weeks, Jessica - Helio | |
| P-E-HEL00000046- P-E-HEL00000092 | 03/18/2006 | Attorney-Client Privilege | Legal advice re: attached draft marketing copy. | Cordua, Julie - Helio | Kim, Ben - Hello - Attorney; Rossen, Jeremy - Helio - Attorney | Bauman, Laurent - Helio; Redsun, Stuart - Helio |
| P-E-HEL00000093- P-E-HEL00000100 | 10/12/2005 | Attorney-Client Privilege | Legal advice re: trademark search. | Tappin, Todd - Helio | Dayton, Sky - Helio; Redsun, Stuart - Helio | Wheble, Kathryn - Kirkpatrick & Lockhart - Outside Counsel |

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000101-<br>P-E-HEL00000136 | 03/27/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: Yahoo contract. Produced as E-HEL 25518-25553. | Kim, Ben - Helio -Attorney | Redsun, Stuart - Helio; Roberts, Gregory - Helio | Grossi, Michael - Helio |
| P-E-HEL00000137-<br>P-E-HEL00000174 | 02/13/2006 | Attorney-Client Privilege | Legal advice re: attached draft Yahoo agreement. | Kim, Ben - Helio - Attorney | Redsun, Stuart - Helio; Grossi, Michael - Helio | Tappin, Todd - Helio; Dayton, Sky - Helio; Bhyun, Howard - Helio |
| P-E-HEL00000175-<br>P-E-HEL00000211 | 02/08/2006 | Attorney-Client Privilege | Legal advice re: attached draft agreement Yahoo mobile internet agreement. | Kim, Ben - Helio - Attorney | Redsun, Stuart - Helio; Grossi, Michael - Helio | |
| P-E-HEL00000212-<br>P-E-HEL00000254 | 12/29/2005 | Attorney-Client Privilege | Legal advice re: attached draft Yahool mobile internet agreement. | Grossi, Michael - Helio | Redsun, Stuart - Helio | Rossen, Jeremy - Helio - Attorney; Vane, Jim |
| P-E-HEL00000255-<br>P-E-HEL00000337 | 12/02/2005 | Attorney-Client Privilege | Legal advice re: trademark approval. | Tappin, Todd - Helio | Dayton, Sky - Helio; Redsun, Stuart - Helio; Cordua, Julie - Helio | |
| P-E-HEL00000338-<br>P-E-HEL00000371 | 03/21/2006 | Attorney-Client Privilege | Legal advice re: website content. | Cordua, Julie - Helio | Blue, Jennifer - ZAAZ - Helio Agent/Contractor | Redsun, Stuart - Helio; Burman, Laurent - Helio |
| P-E-HEL00000372-<br>P-E-HEL00000413 | 04/01/2006 | Attorney-Client Privilege | Legal advice re: Yahool Mobile internet agreement. | Redsun, Stuart - Helio | Kim, Ben - Helio - Attorney; Rossen, Jeremy - Helio - Attorney; Tappin, Todd - Helio; Britt, Doug - Helio | Grossi, Michael - Helio; Lee, Jay - Helio; Koh, Eugene; Byhn, Howard - Helio; Sull, Wonhee - Helio |

Kirkpatrick & Lockhart Preston Gates Ellis LLP        02/27/2007

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000414-<br>P-E-HEL00000451 | 02/08/2006 | Attorney-Client Privilege | Legal advice re: Yahoo! Mobile internet agreement. | Kim, Ben - Helio - Attorney | Redsun, Stuart - Helio; Grossi, Michael - Helio | |
| P-E-HEL00000452-<br>P-E-HEL00000494 | 12/30/2005 | Attorney-Client Privilege | Legal advice re: Yahoo! Mobile internet agreement. | Redsun, Stuart - Helio | Grossi, Michael - Helio | Vane, Jim; Rossen, Jeremy - Helio - Attorney |
| P-E-HEL00000495-<br>P-E-HEL00000496 | 10/13/2005 | Attorney-Client Privilege | Legal advice re: trademark searches. | Redsun, Stuart - Helio | Dayton, Sky - Helio; Tappin, Todd - Helio | Wheble, Kathryn - Kirkpatrick & Lockhart - Outside Counsel |
| P-E-HEL00000497-<br>P-E-HEL00000498 | 10/03/2005 | Attorney-Client Privilege / Portion Redacted | Legal advice re: trademarks. Produced as E-HEL 25554-25555. | Wheble, Kathryn - Kirkpatrick & Lockhart - | Tappin, Todd - Helio | |
| P-E-HEL00000499-<br>P-E-HEL00000500 | 10/03/2005 | Attorney-Client Privilege / Portion Redacted | Legal advice re: trademarks. Produced as E-HEL 25556-25557. | Wheble, Kathryn - Kirkpatrick & Lockhart - | Tappin, Todd - Helio | |
| P-E-HEL00000501-<br>P-E-HEL00000506 | 07/05/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: agreements. Produced as E-HEL 25558-25563. | Magee, Mandy - Deutsch - PR Firm | Weeks, Jessica - Helio | Kuyoomjian, Diane - Deutsch - PR Firm; Sheehy, James Deutsch - PR Firm |
| P-E-HEL00000507-<br>P-E-HEL00000511 | 08/25/2006 | Attorney-Client Privilege | Legal advice re: draft Helio marketing copies. | Kim, Ben - Helio - Attorney | Weeks, Jessica - Helio; Roberts, Gregory - Helio | Rossen, Jeremy - Helio - Attorney |

## HELIO Privilege Log
### Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000512-P-E-HEL00000515 | 11/21/2006 | Attorney-Client Privilege | Legal advice re: draft Helio marketing copies. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney |
| P-E-HEL00000516-P-E-HEL00000521 | 10/25/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: draft Helio marketing copy. Produced as E-HEL 25564-25569. | Weeks, Jessica - Helio | Magee, Mandy - Deutsch - PR Firm | Kuyoomjian, Diane - Deutsch - PR Firm; Bartlett, Allegra - Deutsch - PR Firm |
| P-E-HEL00000522-P-E-HEL00000527 | 10/19/200 | Attorney-Client Privilege | Legal advice re: draft Helio marketing copies. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney; Roberts, Gregory - Helio |
| P-E-HEL00000528-P-E-HEL00000530 | 10/16/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: Helio Drift trademark. Produced as E-HEL 25570-25572. | Weeks, Jessica - Helio | Magee, Mandy - Deutsch - PR Firm; Roberts, Gregory - Helio | Bartlett, Allegra - Deutsch - PR Firm; Arevalo, Melissa - Deutsch - PR Firm |
| P-E-HEL00000531-P-E-HEL00000533 | 10/11/2006 | Attorney-Client Privilege | Legal advice re: draft Helio marketing copies. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney; Roberts, Gregory - Helio |

## HELIO Privilege Log
### Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000534-<br>P-E-HEL00000535 | 10/04/2006 | Attorney-Client Privilege | Legal advice re: draft Helio marketing copies. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney; Roberts, Gregory - Helio; Koh, Eugene |
| P-E-HEL00000536-<br>P-E-HEL00000539 | 10/02/2006 | Attorney-Client Privilege | Legal advice re: draft Helio marketing copies. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney; Roberts, Gregory - Helio |
| P-E-HEL00000540-<br>P-E-HEL00000543 | 09/25/2006 | Attorney-Client Privilege / Joint Defense / Common Interest | Legal advice re: draft Helio marketing copies. | Weeks, Jessica - Helio | Magee, Mandy - Deutsch - PR Firm | Kuyoomjian, Diane - Deutsch - PR Firm; Roberts, Gregory - Helio |
| P-E-HEL00000544-<br>P-E-HEL00000546 | 09/25/2006 | Attorney-Client Privilege / Joint Defense / Common Interest | Legal advice re: draft Helio marketing copies. | Weeks, Jessica - Helio | Magee, Mandy - Deutsch - PR Firm | Kuyoomjian, Diane - Deutsch - PR Firm; Roberts, Gregory - Helio |
| P-E-HEL00000547-<br>P-E-HEL00000548 | 09/22/2006 | Attorney-Client Privilege | Legal advice re: draft Helio marketing copies. | Weeks, Jessica - Helio | Magee, Mandy - Deutsch - PR Firm | Roberts, Gregory - Helio |
| P-E-HEL00000549-<br>P-E-HEL00000550 | 09/22/2006 | Attorney-Client Privilege | Legal advice re: draft Helio marketing copies. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | |

## HELIO Privilege Log
### Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000551-<br>P-E-HEL00000552 | 09/22/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy subject to Legal review / revision. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney;<br>Rossen, Jeremy - Helio - Attorney | Roberts, Gregory - Helio |
| P-E-HEL00000553-<br>P-E-HEL00000557 | 09/19/2006 | Attorney-Client Privilege /<br>Portion Redacted | Legal advice re: attached draft Helio marketing copy subject to Legal review / revision. Produced as E-HEL 25573-25577. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney;<br>Roberts, Gregory - Helio |
| P-E-HEL00000558-<br>P-E-HEL00000567 | 09/18/2006 | Attorney-Client Privilege /<br>Portion Redacted | Legal advice re: attached draft Helio marketing copy subject to Legal review / revision. Produced as E-HEL 25578-25587. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney;<br>Roberts, Gregory - Helio |
| P-E-HEL00000568-<br>P-E-HEL00000569 | | Attorney-Client Privilege | Legal advice re: Helio marketing copy. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | |
| P-E-HEL00000570-<br>P-E-HEL00000573 | 09/11/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy subject to Legal review / revision. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney;<br>Roberts, Gregory - Helio |
| P-E-HEL00000574-<br>P-E-HEL00000577 | 09/07/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy subject to Legal review / revision. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney;<br>Roberts, Gregory - Helio |

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000578-P-E-HEL00000581 | 09/01/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy subject to Legal review / revision. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney; Roberts, Gregory - Helio |
| P-E-HEL00000582-P-E-HEL00000587 | 08/21/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy subject to Legal review / revision. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney; Roberts, Gregory - Helio |
| P-E-HEL00000588-P-E-HEL00000595 | 08/15/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: attached draft Helio marketing copy subject to Legal review / revision. Produced as E-HEL 25588-25595. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Coccoloni, Uana - Helio |
| P-E-HEL00000596-P-E-HEL00000603 | 07/21/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: attached draft Helio marketing copies. Produced as E-HEL 25596-25603. | Hamon, Alison - Liquid Advertising - PR Firm | Beatty, Laura - Helio; Akerlof, Will - Liquid Advertising - PR Firm | |
| P-E-HEL00000604-P-E-HEL00000610 | 07/21/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: draft Helio marketing copy. Produced as E-HEL 25604-25610. | Hamon, Alison - Liquid Advertising - PR Firm | Beatty, Laura - Helio; Akerlof, Will - Liquid Advertising - PR Firm | |
| P-E-HEL00000611-P-E-HEL00000621 | 07/21/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: draft Helio marketing copy. Produced as E-HEL 25611-25621. | Hamon, Allison - Liquid Advertising - PR Firm | Beatty, Laura - Helio; Akerlof, Will - Liquid Advertising - PR Firm | |

## HELIO Privilege Log
### Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000622-<br>P-E-HEL00000623 | 06/30/2006 | Attorney-Client<br>Privilege /<br>Portion<br>Redacted | Legal advice re: draft Hello<br>marketing copy. Produced as<br>E-HEL 25622-25623. | Weeks,<br>Jessica - Hello | Magee, Mandy -<br>Deutsch - PR<br>Firm | Kuyoomjian,<br>Diane - Deutsch<br>- PR Firm;<br>Bartlett, Allegra -<br>Deutsch - PR<br>Firm |
| P-E-HEL00000624-<br>P-E-HEL00000627 | 06/30/2006 | Attorney-Client<br>Privilege | Legal advice re: draft Hello<br>marketing copy. | Weeks,<br>Jessica - Hello | Magee, Mandy -<br>Deutsch - PR<br>Firm | Kuyoomjian,<br>Diane - Deutsch<br>- PR Firm;<br>Bartlett, Allegra -<br>Deutsch - PR<br>Firm |
| P-E-HEL00000628-<br>P-E-HEL00000636 | 06/29/2006 | Attorney-Client<br>Privilege /<br>Portion<br>Redacted | Legal advice re: Hello<br>marketing copy subject to<br>Legal review / revision.<br>Produced as E-HEL 25624-<br>25632. | Weeks,<br>Jessica - Hello | Kim, Ben - Hello -<br>Attorney | Rossen,<br>Jeremy - Hello -<br>Attorney |
| P-E-HEL00000637-<br>P-E-HEL00000673 | 06/21/2006 | Attorney-Client<br>Privilege /<br>Portion<br>Redacted | Legal advice re: attached<br>draft spreadsheet and draft<br>Hello marketing copy.<br>Produced as E-HEL 25633- | Weeks,<br>Jessica - Hello | Kim, Ben - Hello -<br>Attorney | |

## HELIO Privilege Log
### Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000674-<br>P-E-HEL00000675 | 06/20/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: OOH Creative Rotation. Produced as E-HEL 25670-25671. | Peyronel, Jesse - Deutsch - PR Firm | Weeks, Jessica - Helio | Kuyoomjian, Diane - Deutsch - PR Firm; Bartlett, Allegra - Deutsch - PR Firm; Arevalo, Melissa - Deutsch - PR Firm; Jacobs, Wendy - Deutsch - PR Firm |
| P-E-HEL00000676-<br>P-E-HEL00000717 | 06/16/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: MySpace nodes. Produced as E-HEL 25672-25713. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Cordua, Julie - Helio; Hennig, Kate - Helio |
| P-E-HEL00000718-<br>P-E-HEL00000719 | 06/08/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: Gatefold. Produced as E-HEL 25714-25715. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Cordua, Julie - Helio |
| P-E-HEL00000720-<br>P-E-HEL00000723 | 06/06/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: Gatefold. Produced as E-HEL 25716-25719. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney; Kim, Ben - Helio - Attorney | Cordua, Julie - Helio |
| P-E-HEL00000724-<br>P-E-HEL00000725 | 06/05/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: Gatefold. Produced as E-HEL 25720-25721. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney; Rossen, Jeremy - Helio - Attorney | Cordua, Julie - Helio |

## HELIO Privilege Log
### Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000726-P-E-HEL00000728 | 06/05/2006 | Attorney-Client Privilege / Portion Redacted | Legal re: Gatefold. Produced as E-HEL 25722-25724. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |
| P-E-HEL00000729-P-E-HEL00000730 | 06/03/2006 | Attorney-Client Privilege | Legal advice re: Gatefold. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney; Kim, Ben - Helio - Attorney | |
| P-E-HEL00000731-P-E-HEL00000731 | 05/09/2006 | Attorney-Client Privilege | Legal advice re: url purchase. | Weeks, Jessica - Helio | Marquez, Ron | Rossen, Jeremy - Helio - Attorney; Redsun, Stuart - Helio; Burman, Laurent - Helio |
| P-E-HEL00000732-P-E-HEL00000740 | 04/27/2006 | Attorney-Client Privilege | Legal advice re: co-op ads. | Weeks, Jessica - Helio | Lee, Jay - Helio; Kim, Ben - Helio - Attorney | Redsun, Stuart - Helio; Coccoloni, Uana - Helio |
| P-E-HEL00000741-P-E-HEL00000741 | 03/30/2006 | Attorney-Client Privilege | Legal advice re: advertising tagline. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | Redsun, Stuart - Helio |
| P-E-HEL00000742-P-E-HEL00000743 | 10/13/2005 | Attorney-Client Privilege / Portion Redacted | Legal advice re: EarthLink. Produced as E-HEL 25725-25726. | Weeks, Jessica - SK-Earthlink | Martin, Marc - Kirkpatrick & Lockhart - Outside Counsel | Hennig, Kate - SK-Earthlink |
| P-E-HEL00000744-P-E-HEL00000749 | 10/03/2005 | Attorney-Client Privilege / Portion Redacted | Attorney Work Product re: SI Rules. Produced as E-HEL 25727-25732. | Momentum WorldWide - Helio Agent / Contractor; | | |

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000750-<br>P-E-HEL00000752 | 10/07/2005 | Attorney-Client Privilege / Portion Redacted | Legal advice re: marketing copy. Produced as E-HEL 25733-25735. | Seagraves, Les - Earthlink - Attorney | Harding, Rob - Corp.Earthlink | Weeks, Jessica - SK-Earthlink |
| P-E-HEL00000753-<br>P-E-HEL00000756 | 10/07/2005 | Attorney-Client Privilege / Portion Redacted | Legal advice re: Hello marketing copy. Produced as E-HEL 25736-25739. | Seagraves, Les - Earthlink - Attorney | Harding, Rob - Corp.Earthlink | |
| P-E-HEL00000757-<br>P-E-HEL00000757 | 10/21/2005 | Attorney-Client Privilege | Legal advice re: draft Hello marketing copy. | Roberts, Gregory - SK-Earthlink | Owens, Victor - Corp.Earthlink | |
| P-E-HEL00000758-<br>P-E-HEL00000761 | 10/05/2005 | Attorney-Client Privilege / Portion Redacted | Legal advice re: Hello marketing copy. Produced as E-HEL 25740-25743. | Jones, Robyn - Momentum Worldwide - Hello Agent/Contractor | Rosenfeld, Ali - Corp.Earthlink; Catt, Miechele - Momentum Worldwide - Hello Agent/Contractor | Cuppari, Scott - Corp.Earthlink |
| P-E-HEL00000762-<br>P-E-HEL00000767 | 10/11/2005 | Attorney-Client Privilege / Portion Redacted | Legal advice re: Hello marketing. Produced as E-HEL 25744-25749. | Catt, Miechele - Momentum Worldwide - Hello Agent/Contractor | Jones, Robyn - Momentum Worldwide - Hello Agent/Contractor; Rosenfeld, Ali - Corp.Earthlink; Tregembo, Mollie - Corp.Earthlink | |
| P-E-HEL00000768-<br>P-E-HEL00000768 | 12/19/2006 | Attorney-Client Privilege | Legal advice re: Hello lawsuit. | Heineman, Rick - Hello | Rossen, Jeremy - Hello - Attorney | Hannon, Kieran - Hello; Weeks, Jessica - Helio |

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000769-P-E-HEL00000773 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio lawsuit. | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel | Bailey-Wells, Deborah - Kirkpatrick & Lockhart - Outside Counsel; Davis, Harold - Kirkpatrick & Lockhart - Outside Counsel | Wheble, Kathryn - Kirkpatrick & Lockhart - Outside Counsel; Weeks, Jessica - Helio; Osborne, Chanell - Kirkpatrick & Lockhart |
| P-E-HEL00000774-P-E-HEL00000777 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio lawsuit. | Wheble, Kathryn - Kirkpatrick & Lockhart - Outside | Weeks, Jessica - Helio; Rossen, Jeremy - Helio - Attorney | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel |
| P-E-HEL00000778-P-E-HEL00000780 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio lawsuit. | Rossen, Jeremy - Helio - Attorney | Wheble, Kathryn - Kirkpatrick & Lockhart - Outside Counsel; Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel | Weeks, Jessica - Helio |
| P-E-HEL00000781-P-E-HEL00000781 | 12/16/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio marketing. | Heineman, Rick - Helio | Rossen, Jeremy - Helio - Attorney; Weeks, Jessica - Helio | Hannon, Kieran - Helio |

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000782-<br>P-E-HEL00000782 | 12/16/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio marketing. | Hannon, Kieran - Helio | Rossen, Jeremy - Helio - Attorney | Weeks, Jessica - Helio |
| P-E-HEL00000783-<br>P-E-HEL00000784 | 12/15/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio lawsuit. | Rossen, Jeremy - Helio - Attorney | Bailey-Wells, Deborah - Kirkpatrick & Lockhart; Davis, Harold - Kirkpatrick & Lockhart - Outside Counsel | Wheble, Kathryn - Kirkpatrick & Lockhart - Outside Counsel; Weeks, Jessica - Helio; Heineman, Rick - Helio |
| P-E-HEL00000785-<br>P-E-HEL00000788 | 12/14/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio marketing. | Heineman, Rick - Helio | Weeks, Jessica - Helio | |
| P-E-HEL00000789-<br>P-E-HEL00000809 | 12/14/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio marketing. | Heineman, Rick - Helio | Weeks, Jessica - Helio | |
| P-E-HEL00000810-<br>P-E-HEL00000811 | 12/14/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio marketing. | Hannon, Kieran - Helio | Weeks, Jessica - Helio | |
| P-E-HEL00000812-<br>P-E-HEL00000812 | 12/12/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio lawsuit. | Hannon, Kieran - Helio | Heineman, Rick - Helio; Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney |
| P-E-HEL00000813-<br>P-E-HEL00000816 | 08/25/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy. | Magee, Mandy - Deutsch - PR Firm | Kuyoomjian, Diane - Deutsch - PR Firm; Bartlett, Allegra - Deutsch - PR Firm; Roberts, Gregory - Helio | Weeks, Jessica - Helio |

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000817-<br>P-E-HEL00000819 | 10/17/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy. | Roberts, Gregory - Helio | Dayton, Sky - Helio | Rossen, Jeremy - Helio - Attorney; Weeks, Jessica - Helio |
| P-E-HEL00000820-<br>P-E-HEL00000820 | 12/21/2006 | Attorney-Client Privilege / Work Product | Legal advice in anticipation of litigation re: Helio lawsuit. | Heineman, Rick - Helio | Rossen, Jeremy - Helio - Attorney | Weeks, Jessica - Helio; Hannon, Kieran - Helio |
| P-E-HEL00000821-<br>P-E-HEL00000824 | 12/07/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: American Express copy. | Weeks, Jessica - Helio | Magee, Mandy - Deutsch - PR Firm; Bartlett, Allegra - Deutsch - PR Firm | Hunt, Jessica - Helio |
| P-E-HEL00000825-<br>P-E-HEL00000826 | 12/07/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy. | Kim, Ben - Helio - Attorney | Weeks, Jessica - Helio | Coccoloni, Liana - Helio; Rossen, Jeremy - Helio - Attorney; Hunt, Jessica - Helio |
| P-E-HEL00000827-<br>P-E-HEL00000829 | 10/11/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy. | Kim, Ben - Helio - | Weeks, Jessica - Helio | |
| P-E-HEL00000830-<br>P-E-HEL00000832 | 09/25/2006 | Attorney-Client Privilege / Joint Defense / Common Interest | Legal advice re: attached draft Helio marketing copy. | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney; Weeks, Jessica - Helio | Roberts, Gregory - Helio |

**HELIO Privilege Log**
Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000833-<br>P-E-HEL00000836 | 06/30/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy. | Kim, Ben - Helio | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney; Roberts, Gregory - Helio |
| P-E-HEL00000837-<br>P-E-HEL00000839 | 01/19/2007 | Attorney-Client Privilege / Work Product | Legal advice in anticipation of litigation re: Helio LLC v. Palm Inc. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |
| P-E-HEL00000840-<br>P-E-HEL00000842 | 12/18/2006 | Attorney-Client Privilege / Work Product / Portion Redacted | Legal advice re: Palm trademark litigation. Produced as E-HEL 26245-26247. | Rossen, Jeremy - Helio - Attorney | Weeks, Jessica - Helio | |
| P-E-HEL00000843-<br>P-E-HEL00000848 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Weeks, Jessica - Helio | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel; Rossen, Jeremy - Helio - Outside Counsel | Bailey-Wells, Deborah - Kirkpatrick & Lockhart - Outside Counsel; Davis, Harold - Kirkpatrick & Lockhart - Outside Counsel; Wheble, Kathryn - Kirkpatrick & Lockhart - Outside Counsel |

## HELIO Privilege Log
### Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00000849-<br>P-E-HEL00000850 | 12/07/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy prepared by counsel and subject to Legal review / revision. | Weeks, Jessica - Helio | Magee, Mandy - Deutsch - PR Firm; Bartlett, Allegra - Deutsch - PR Firm | Hunt, Jessica - Helio |
| P-E-HEL00000851-<br>P-E-HEL00001093 | 12/05/2006 | Attorney-Client Privilege | Legal advice re: attached draft Helio marketing copy. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Coccoloni, Uana - Helio; Rossen, Jeremy - Helio - Attorney; Hunt, Jessica - Helio |
| P-E-HEL00001094-<br>P-E-HEL00001095 | 11/27/2006 | Attorney-Client Privilege | Legal advice re: Helio marketing copy. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Hunt, Jessica - Helio |
| P-E-HEL00001096-<br>P-E-HEL00001109 | 01/04/2007 | Attorney-Client Privilege / Work Product / Portion Redacted | Legal advice re: Palm subpoena. Produced as E-HEL 25248-26261. | Kuyoomjian, Diane - Deutsch - PR Firm | Weeks, Jessica - Helio; Hannon, Kieran - Helio | Lee, Cecilia - Deutsch - PR Firm; Sheldon, Michael - Deutsch PR Firm; Gordon, Marla - Kornstein Veisz - Deutsch Outside Counsel |
| P-E-HEL00001110-<br>P-E-HEL00001113 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Rossen, Jeremy - Helio - Attorney | Weeks, Jessica - Helio | |

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00001114-<br>P-E-HEL00001126 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Osborne, Chanell - Kirkpatrick & Lockhart | Rossen, Jeremy - Helio; Trock, Kevin - Hello - Attorney; Weeks, Jessica - Helio | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel; Bailey-Wells, Deborah - Kirkpatrick & Lockhart - Outside Counsel; Davis, Harold - Kirkpatrick & Lockhart - Outside Counsel; Wheble, Kathryn - Kirkpatrick & Lockhart - Outside Counsel |
| P-E-HEL00001127-<br>P-E-HEL00001138 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Rossen, Jeremy - Helio - Attorney | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel | Weeks, Jessica - Helio |
| P-E-HEL00001139-<br>P-E-HEL00001150 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Rossen, Jeremy - Helio - Attorney | Weeks, Jessica - Helio | |
| P-E-HEL00001151-<br>P-E-HEL00001161 | 12/18/2006 | Attorney-Client Privilege / Work Product | Attorney Work Product re: Helio v. Palm litigation. | Kirkpatrick & Lockhart - Outside | | |

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00001162-P-E-HEL00001172 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Kirkpatrick & Lockhart - Outside | | |
| P-E-HEL00001173-P-E-HEL00001175 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Rossen, Jeremy - Helio - Attorney | Weeks, Jessica - Helio | |
| P-E-HEL00001176-P-E-HEL00001177 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Bailey-Wells, Deborah - Kirkpatrick & Lockhart - Outside | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel | Rossen, Jeremy - Helio - Attorney; Weeks, Jessica - Helio |
| P-E-HEL00001178-P-E-HEL00001227 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Kirkpatrick & Lockhart - Outside | | |
| P-E-HEL00001228-P-E-HEL00001229 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Hannon, Kieran - Helio | Weeks, Jessica - Helio | |
| P-E-HEL00001230-P-E-HEL00001231 | 12/17/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Rossen, Jeremy - Helio - Attorney | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel; Wheble, Kathryn - Kirkpatrick & Lockhart - Outside Counsel | Tappin, Todd - Helio; Weeks, Jessica - Helio |
| P-E-HEL00001232-P-E-HEL00001257 | 12/17/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Rossen, Jeremy - Helio - Attorney | Weeks, Jessica - Helio; Hannon, Kieran - Helio | |

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00001258-<br>P-E-HEL00001259 | 12/15/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney; Hannon, Kieran - Helio; Bailey-Wells, Deborah - Kirkpatrick & Lockhart - Outside Counsel |
| P-E-HEL00001260-<br>P-E-HEL00001261 | 12/14/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Heineman, Rick - Helio | Weeks, Jessica - Helio | |
| P-E-HEL00001262-<br>P-E-HEL00001272 | 11/14/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: Helio templates. Produced as E-HEL 26262-26272. | Kim, Ben - Helio - Attorney | Drews, Tamela - Helio | |
| P-E-HEL00001273-<br>P-E-HEL00001275 | 11/16/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: disclaimer. Produced as E-HEL 26273-26275. | Bartlett, Allegra - Deutsch - PR Firm | Weeks, Jessica - Helio | Magee, Mandy - Deutsch - PR Firm |
| P-E-HEL00001276-<br>P-E-HEL00001281 | 10/24/2006 | Attorney-Client Privilege | Legal advice re: attached draft marketing scripts. | Kim, Ben - Helio - Attorney | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney; Roberts, Gregory - Helio |
| P-E-HEL00001282-<br>P-E-HEL00001286 | 09/20/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: attached draft marketing copy. | Kim, Ben - Helio - Attorney | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney; Roberts, Gregory - Helio |

# HELIO Privilege Log
## Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00001287-<br>P-E-HEL00001295 | 09/07/2006 | Attorney-Client Privilege | Legal advice re: attached draft marketing copy. | Kim, Ben - Helio - | Weeks, Jessica - Helio | |
| P-E-HEL00001296-<br>P-E-HEL00001298 | 07/10/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: attached draft marketing copy. Produced as E-HEL 26276-26278. | Kim, Ben - Helio - Attorney | Cordua, Julie - Helio; Weeks, Jessica - Helio | |
| P-E-HEL00001299-<br>P-E-HEL00001301 | 06/06/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: attached draft marketing copy. Produced as E-HEL 26279-26281. | Kim, Ben - Helio - Attorney | Weeks, Jessica - Helio | Cordua, Julie - Helio; Rossen, Jeremy - Helio - Attorney; Bartlett, Allegra - Deutsch - PR Firm |
| P-E-HEL00001302-<br>P-E-HEL00001304 | 01/10/2007 | Attorney-Client Privilege / Work Product | Legal advice in anticipation of Palm litigation re: trademarks. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |
| P-E-HEL00001305-<br>P-E-HEL00001306 | 01/10/2007 | Attorney-Client Privilege / Work Product | Legal advise re: trademarks. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | Hannon, Kieran - Helio |
| P-E-HEL00001307-<br>P-E-HEL00001307 | 01/08/2007 | Attorney-Client Privilege / Work Product | Legal advise re: marketing slogans. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | Hannon, Kieran - Helio |
| P-E-HEL00001308-<br>P-E-HEL00001310 | 01/04/2007 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |
| P-E-HEL00001311-<br>P-E-HEL00001325 | 01/04/2007 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |
| P-E-HEL00001326-<br>P-E-HEL00001330 | 01/03/2007 | Attorney-Client Privilege / Work Product | Legal advice re: attached draft marketing copy. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |

# HELIO Privilege Log
## Hello, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00001331-<br>P-E-HEL00001344 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |
| P-E-HEL00001345-<br>P-E-HEL00001348 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Weeks, Jessica - Helio | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel | Osborne, Chanell - Kirkpatrick & Lockhart |
| P-E-HEL00001349-<br>P-E-HEL00001352 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |
| P-E-HEL00001353-<br>P-E-HEL00001354 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |
| P-E-HEL00001355-<br>P-E-HEL00001356 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |
| P-E-HEL00001357-<br>P-E-HEL00001367 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio v. Palm litigation. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |
| P-E-HEL00001368-<br>P-E-HEL00001370 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: marketing slogans. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | |
| P-E-HEL00001371-<br>P-E-HEL00001371 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: marketing slogans. | Weeks, Jessica - Helio | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel; Bailey-Wells, Deborah - Kirkpatrick & Lockhart - Outside Counsel | Rossen, Jeremy - Helio - Attorney |

**HELIO Privilege Log**
Hello, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00001372-<br>P-E-HEL00001380 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Hello v. Palm litigation. | Weeks, Jessica - Hello | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel; Rossen, Jeremy - Hello - Outside Counsel | |
| P-E-HEL00001381-<br>P-E-HEL00001381 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: marketing slogans. | Weeks, Jessica - Hello | Rossen, Jeremy - Hello - Attorney | Hannon, Kieran - Hello |
| P-E-HEL00001382-<br>P-E-HEL00001386 | 12/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: marketing slogans. | Weeks, Jessica - Hello | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel; Wheble, Kathryn - Kirkpatrick & Lockhart - Outside Counsel; Rossen, Jeremy - Hello - Attorney | |
| P-E-HEL00001387-<br>P-E-HEL00001402 | 12/17/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Palm litigation. | Weeks, Jessica - Hello | Rossen, Jeremy - Hello - Attorney; Hannon, Keiran - Hello | |
| P-E-HEL00001403-<br>P-E-HEL00001405 | 12/17/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Palm litigation. | Weeks, Jessica - Hello | Rossen, Jeremy - Hello - Attorney | |

## HELIO Privilege Log
### Helio, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00001406-P-E-HEL00001522 | 12/15/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Palm litigation. | Weeks, Jessica - Helio | Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel; Bailey-Wells, Deborah - Kirkpatrick & Lockhart - Outside Counsel | Rossen, Jeremy - Helio - Attorney; Hannon, Kieran - Helio |
| P-E-HEL00001523-P-E-HEL00001526 | 12/14/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio / Palm matter. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | Hannon, Kieran - Helio |
| P-E-HEL00001527-P-E-HEL00001530 | 12/14/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Helio / Palm matter. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | Hannon, Kieran - Helio |
| P-E-HEL00001531-P-E-HEL00001537 | 12/14/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Treo. | Weeks, Jessica - Helio | Rossen, Jeremy - Helio - Attorney | Hannon, Kieran - Helio |
| P-E-HEL00001538-P-E-HEL00001540 | 11/16/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: Candy Shop. Produced as E-HEL 26282-26284. | Bartlett, Allegra - Deutsch - PR Firm | Weeks, Jessica - Helio | Magee, Mandy - Deutsch - PR Firm |
| P-E-HEL00001541-P-E-HEL00001542 | 11/14/2006 | Attorney-Client Privilege | Legal advice with attached draft Helio marketing copy re: outdoor board. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney |
| P-E-HEL00001543-P-E-HEL00001546 | 11/13/2006 | Attorney-Client Privilege | Legal advice with attached draft marketing lyrics re: Helio radio. | Weeks, Jessica - Helio | Kim, Ben - Helio - Attorney | Rossen, Jeremy - Helio - Attorney; Hunt, Jessica - Helio |

# HELIO Privilege Log
## Hello, LLC v. Palm, Inc.

| BATES RANGE | DATE | PRIVILEGE CLAIM | PRIVILEGE SUMMARY | AUTHOR | RECIPIENT | COPYEE |
|---|---|---|---|---|---|---|
| P-E-HEL00001547-<br>P-E-HEL00001549 | 11/13/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice with attached draft Hello marketing copy re: Grand Opening print. Produced as E-HEL 26285-26287. | Weeks, Jessica - Hello | Kim, Ben - Hello - Attorney | Rossen, Jeremy - Hello - Attorney; Hunt, Jessica - Hello |
| P-E-HEL00001550-<br>P-E-HEL00001560 | 11/18/2006 | Attorney-Client Privilege / Work Product | Legal advice re: Hello v. Palm litigation. | Osborne, Chanell - Kirkpatrick & Lockhart | Weeks, Jessica - Hello | Bailey-Wells, Deborah - Kirkpatrick & Lockhart - Outside Counsel; Davis, Harold - Kirkpatrick & Lockhart - Outside Counsel; Wheble, Kathryn - Kirkpatrick & Lockhart - Outside Counsel; Trock, Kevin - Kirkpatrick & Lockhart - Outside Counsel |
| P-E-HEL00001561-<br>P-E-HEL00001568 | 12/07/2006 | Attorney-Client Privilege / Portion Redacted | Legal advice re: draft marketing script. Produced as E-HEL 26295-26302. | Kim, Ben - Hello - Attorney | Weeks, Jessica - Hello | Coccoloni, Uana - Hello; Rossen, Jeremy - Hello - Attorney; Hunt, Jessica - Hello |

Deborah Bailey-Wells       (114630)
Kevin C. Trock             (161787)
Harold H. Davis, Jr.       (235552)
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone:   (415) 882-8200
Facsimile:   (415) 882-8220
deborah.baileywells@klgates.com
kevin.trock@klgates.com
harold.davis@klgates.com

Attorneys for HELIO LLC

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| HELIO LLC, | Case No. C 06-7754 SBA |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| PALM INC., | |
| Defendant. | **Date Filed:  December 19, 2006** |

1

PROOF OF SERVICE

transmission from a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmission report is attached hereto.

[ ]  **BY FEDERAL EXPRESS**: I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

[ ]  **BY PERSONAL SERVICE AT ATTORNEY'S OFFICE:** I caused such document to be hand-delivered to the addressee(s) as indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 27, 2007, at San Francisco, California.

_____
Harold H. Davis, Jr.

3

PROOF OF SERVICE