Helio LLC v. Palm, Inc.
Doc. 61 Att. 9

# EXHIBIT 9

Dockets.Justia.com

# DON'T CALL IT A PHONE.

HELIO

# DON'T CALL US A PHONE COMPANY.

This is our logo. We like it. That's why it's on all our stuff.

Phone companies sell plans and minutes. We're creating better ways to connect friends with friends. But since "Creating Better Ways to Connect Friends with Friends" is a weird name for the world's most innovative 3G nationwide mobile service, we've decided to just call ourselves Helio. Which works out, because the Web site is Helio.com and our phone number is 1-888-88-HELIO. Did we mention we're the only people on Earth who can bring you the addictive pleasure of MySpace Mobile™?

Well, we are.

Match the icon with its appropriate definition

A. Up to 90 minutes of video recording

B. Serious multiplayer gaming
C. Poison
D. Video, picture and text messaging
E. Paparazzi-strength 2-megapixel camera

F. Burning-fast 3G broadband Internet
G. Super-friendly member service
H. MP3 player and bangin' stereo speakers

answer key. 1-F, 2-D, 3-E, 4-G, 5-H, 6-B, 7-A, 8-C

Fig. 1
Bike equipped with laptop.

Fig. 2
Helio equipped with Optimized MySpace Mobile.

## WHAT IS MYSPACE MOBILE?

Before we invented MySpace Mobile, you needed figure 1. But now, well, there's figure 2. It's all you need to instantly photo-blog, comment, catch up, ogle, ignore, post, make friends, ditch friends, and do a bunch of other crazy virtual future stuff from anywhere you want. And that's rad.

## THE "ALL IN" WORD JUMBLE

Don't worry. The jumble is way harder to figure out than our "All In" pricing plan. In fact, the "All In" pricing plan is so easy, our accountants lobbied for a complicated jumble, just so they could still call themselves accountants. So, what is this "All In" program? It means that everything is included. Just pick how many minutes you want and you'll also receive all the 3G data you can handle. That's it. One price. One easy way to save some money.

LMIUDENTI
x2 x2

SAYE

RTEAG

COEHOIH

ANSWER:

Jumbles: Unlimited, Easy, Great, Hoochie (sorry ladies, we needed the letters)
Answer: No Hidden Charges

## SUGAR DADDY? OR POOL BOY?

The choice is yours. Every Helio gives you the power of gifting and begging. Will you be panhandling for video ringtones or dropping more games and full-motion wallpapers than a hijacked bit torrent server?

## WHAT'S OUR MEMBER SERVICE LIKE?

It's a technological wonderland of white-hat hackers, mobile device masters and video game whiz kids. How we convinced them to just sit there and tell you how to change your ringtone, we'll never know. But they are. And they're getting bored, so call them.

Who works for Helio?

A. B. C. D.

ANSWER: D

Do you want to talk? Call 1-888-88-HELIO

## HOW DO YOU KNOW IT'S A HELIO?

A real Helio is quite easy to spot. Just look for two or more of the following signs:

| | YES | NO |
|---|---|---|
| Is the air thick with a pervasive sense of envy and technolust? | | |
| Does someone's palm appear to be made of a ginormous screen? | | |
| Are people calling it a Helio? (This is a really good sign. Count as two.) | | |
| Does the device have a home screen equipped with a real-time feed of customizable news and information powered by Yahoo!®? | | |

LEGAL COPY: our lawyers made us do this.

Don't blame us for third-party content. Our super-rad 3G service is available in select locations from sea to shining sea. Service is subject to Helio's Membership Terms. Other restrictions do apply, but there aren't many. See your Helio representative for the few that do. Helio, the Helio logo and "Don't Call Us A Phone Company" are trademarks of Helio LLC and all other marks are the property of their respective owners. Yahoo!, Y! and the Yahoo! and Y! logos are registered trademarks of Yahoo! Inc. And congrats, you're the only person who's made it this far. ©2006 Helio LLC.

## WHAT HAPPENS IF I CALL IT A PHONE?

1. Someone might laugh at you.
2. Someone might sabotage you.
3. Someone might laugh at you. Then sabotage you.
4. Someone might laugh at you. And then sabotage you, while they're still laughing!
5. Or you'll just look like a moron. And no one will ever talk to you again. Or even send you a text message, dirty or otherwise. Seriously, it happens. We know a guy who knew a guy.

The most advanced mobile technology in the world comes from Asia. That's why all these mobile companies import it to North America as soon as it comes out. Oh, wait. We're the only company that does that. See, we've got this nifty graph to prove it.

## IS HELIO™ A PHONE OR A PHONE COMPANY?

Haven't you learned anything yet? It's not a phone and it's not a phone company. It's both. And neither. Still confused? Then, let's just call it a philosophy. A philosophy that happens to fit in your pocket. Now report back to the section titled "Don't call us a phone company."

## WHAT IS OPTIMIZATION?

It's tech jargon for:
"Works better on your Helio than just about anything else."

Optimized for:

(*See, we really don't think like a phone company.)

## WHO NEEDS A HELIO?

 People who want the latest technology.

 People who have friends.

 People who have heads.

## IF IT'S NOT A PHONE, THEN WHAT IS IT?

- FUTURE MACHINE
- SOCIAL LUBRICANT
- BOOMBOX
- MAGIC FRIEND FINDER
- KING OF ALL THINGS
- CRUSHED UP ANGELS
- THE SECRET TO ETERNAL LIFE
- A REAL GOOD TIME
- IT'S A HELIO...DUH!

## WHAT DO PUPPIES AND HELIO HAVE IN COMMON?

It's simple. Everyone loves puppies. Everyone loves Helio.

CHECK US OUT AT HELIO.COM OR GIVE US A RING AT 1-888-88-HELIO.



file:///P|/CLIENT%20FOLDERS/CLIENTS%20400%20-%20499/402%20Quinn%20Emmanuel%20L...0DECLARATION/402-041%20EXHIBITS/402-041%20Exhibit%20D%20-%20Helio-Friendar.jpg

FRIENDAR

DON'T CALL IT A PHONE.™

Friend + radar = Friendar. That's what you'll have when you go with Helio and our new Drift.™ It's the place to get the latest in navigation technology, like GPS-enabled Google Maps and our one-of-a-kind Buddy Beacon.™ Just turn on the Beacon and you'll show up on your buddy's Helio. Turn it off and you'll be....wait, where did you go? Stop. Seriously, I can't see you.

www.helio.com

HELIO

file:///P|/CLIENT%20FOLDERS/CLIENTS%20400%20-%20499/402%20Quinn%20Emma...TION/402-041%20EXHIBITS/402-041%20Exhibit%20D%20-%20Helio-Friendar.jpg3/19/2007 9:07:53 AM

file:///P|/CLIENT%20FOLDERS/CLIENTS%20400%20-%20499/402%20Quinn%20Emmanuel%20L...RATION/402-041%20EXHIBITS/402-041%20Exhibit%20D%20-%20Helio-Homie%20Device.jpg

# HOMIE DEVICE

SAMSUNG
HELIO
HELIO

## DON'T CALL IT A PHONE.™

Drop yourself some knowledge with our exclusive new Drift.™ It's the place to get the latest in navigation technology, like GPS-enabled Google Maps and our one-of-a-kind Buddy Beacon.™ Just flip on the Beacon when you want your people to find you and the dance floor. Then turn it off when you slip away to the V.I.P.

www.helio.com

Don't blame us for third-party content or services. Our super-advanced 3G service is available in select locations in the red states, the blue states and even the green states. Some of these features will depend on where you are. Buddy must be on Helio service to show location. Service is subject to Helio's Membership Terms. There are some restrictions, but not too many. See your Helio representative for the few that do. Helio, the Helio logo and "Don't Call It a Phone" are trademarks of Helio LLC and all other marks are the property of their respective owners. Yahoo!, Y! and the Yahoo! and Y! logos are registered trademarks of Yahoo! Inc. ©2006 Samsung Telecommunications America, L.P. Samsung is a registered trademark of Samsung Electronics America, Inc., and its related entities. Drift is a trademark of Helio LLC. Google and the Google logo are trademarks of Google Inc. in the United States and elsewhere. All rights reserved. For more information on Helio, visit www.helio.com. And congrats, you're the only person who's made it this far. ©2006 Helio LLC

file:///P|/CLIENT%20FOLDERS/CLIENTS%20400%20-%20499/402%20Quinn%20Emm...2-041%20EXHIBITS/402-041%20Exhibit%20D%20-%20Helio-Homie%20Device.jpg3/19/2007 9:08:31 AM