# EXHIBIT 10

Dockets.Justia.com

# MARCO.  POLO.



**DON'T CALL IT A PHONE.**

Save your friends some searching with the latest in navigation technology, the new Drift. It has a unique on/off Buddy Beacon that lets your people see your location when you want. And it's the only place to get GPS-enabled Google Maps. Trust us, after a couple adventures with Drift, you wouldn't trade it in for all the tea in China.

www.helio.com



# DON'T CALL US A PHONE COMPANY



This is our logo.
We like it.
That's why it's on all our stuff

Phone companies sell plans and minutes. We're creating better ways to connect friends with friends. But since "Creating Better Ways to Connect Friends with Friends" is a weird name for the world's most innovative 3G nationwide mobile service, we've decided to just call ourselves Helio. Which works out, because the Web site is Helio.com and our phone number is 1-888-88-HELIO. Did we mention we're the only people on Earth who can bring you the addictive pleasure of MySpace Mobile®?

Well, we are.

**Match the icon with its appropriate definition**

A. Up to 90 minutes of video recording
B. Serious multiplayer gaming
C. Poison
D. Video, picture and text messaging
E. Paparazzi-strength 2-megapixel camera
F. Burning-fast 3G broadband internet
G. Super-friendly member service
H. MP3 player and bangin' stereo speakers

answer key: 1-F, 2-D, 3-E, 4-G, 5-H, 6-B, 7-A, 8-C


Fig. 1
Bike equipped with laptop

Fig. 2
Helio equipped with Optimized MySpace Mobile



## WHAT IS MYSPACE MOBILE?

Before we invented MySpace Mobile, you needed figure 1. But now, well, there's figure 2. It's all you need to instantly photo-blog, comment, catch up, ogle, ignore, post, make friends, ditch friends, and do a bunch of other crazy virtual future stuff from anywhere you want. And that's rad.

## SUGAR DADDY? OR POOL BOY?

The choice is yours. Every Helio gives you the power of gifting and begging. Will you be panhandling for video ringtones or dropping more games and full-motion wallpapers than a hijacked bit torrent server?

## HOW DO YOU KNOW IT'S A HELIO?

A real Helio is quite easy to spot. Just look for two or more of the following signs:

|   | YES | NO |
|---|---|---|
| Is the air thick with a pervasive sense of envy and technolust? | | |
| Does someone's palm appear to be made of a ginormous screen? | | |
| Are people calling it a Helio? (This is a really good sign. Count as two.) | | |
| Does the device have a home screen equipped with a real-time feed of customizable news and information powered by Yahoo!? | | |



## WHAT HAPPENS IF I CALL IT A PHONE?

1. Someone might laugh at you.
2. Someone might sabotage you.
3. Someone might laugh at you. Then sabotage you.
4. Someone might laugh at you. And then sabotage you, while they're still laughing!
5. Or you'll just look like a moron. And no one will ever talk to you again. Or even send you a text message, dirty or otherwise. Seriously, it happens. We know a guy who knew a guy.



● HELIO
● VERIZON
● CINGULAR
● EVERYBODY ELSE

The most advanced mobile technology in the world comes from Asia. That's why all these mobile companies import it to North America as soon as it comes out. Oh, wait. We're the only company that does that. See, we've got this nifty graph to prove it.

## WHAT IS OPTIMIZATION?

It's tech jargon for:
"Works better on your Helio than just about anything else."

**Optimized for:**
YAHOO!   myspace a place for friends   MTV
eBay   the ONION

(*See, we really don't think it's a phone company.)

## WHO NEEDS A HELIO?

● People who want the latest technology
● People who have friends
● People who have heads



## WHAT DO PUPPIES AND HELIO HAVE IN COMMON?

It's simple. Everyone loves puppies. Everyone loves Helio.

## IS HELIO™ A PHONE OR A PHONE COMPANY?

Haven't you learned anything yet? It's not a phone and it's not a phone company. It's both. And neither. Still confused? Then, let's just call it a philosophy. A philosophy that happens to fit in your pocket. Now report back to the section titled "Don't call us a phone company."

### IF IT'S NOT A PHONE, THEN WHAT IS IT?
● FUTURE MACHINE
● SOCIAL LUBRICANT
● BOOMBOX
● MAGIC FRIEND FINDER
● KING OF ALL THINGS
● CRUSHED UP ANGELS
● THE SECRET TO ETERNAL LIFE
● A REAL GOOD TIME
● IT'S A HELIO...DUH!

## THE "ALL IN" WORD JUMBLE

Don't worry. The jumble is way harder to figure out than our "All In" pricing plan. In fact, the "All In" pricing plan is so easy, our accountants lobbied for a complicated jumble, just so they could still call themselves accountants. So, what is this "All In" program? It means that everything is included. Just pick how many minutes you want and you'll also receive all the 3G data you can handle. That's it. One price. One easy way to save some money.

LMIUDENTI  x2 ☐☐☐☐☐☐☐☐☐ x2
SAYE ☐☐☐☐
RTEAG ☐☐☐☐☐
COEHOIH ☐☐☐☐☐☐☐

ANSWER: ☐☐ ☐☐☐☐☐☐ ☐☐☐☐☐☐☐

Jumbles: Unlimited, Easy, Great, Hoochie (sorry ladies, we needed the letters)
Answer: No Hidden Charges

## WHAT'S OUR MEMBER SERVICE LIKE?

It's a technological wonderland of white-hat hackers, mobile device masters and video game whiz kids. How we convinced them to just sit there and tell you how to change your ringtone, we'll never know. But they are. And they're getting bored, so call them.

Who works for Helio?

A.   B.   C.   D.

ANSWER: D

Do you want to talk? Call 1-888-88-HELIO

**LEGAL COPY:** our lawyers made us do this    Don't blame us for third-party content. Our supercool 3G service is available in select locations. Plans are subject to a Helio Membership Plan Agreement and are subject to change. See your Helio representative for the fine details. Helio, the Helio logo and "Don't Call Us A Phone Company" are trademarks of Helio LLC and mobile results are the property of their respective owners. Yahoo!, Y! and the Yahoo! and Y! logos are registered trademarks of Yahoo! Inc. And congrats, you're the only person who's made it this far. Woohoo for you.

**CHECK US OUT AT HELIO.COM OR GIVE US A RING AT 1-888-88-HELIO**

---



Not just a cell phone. A Treo.

The NEW Treo 680 smart device, exclusively at Cingular for only $199.99*

cingular   palm

Call 1-866-4CWS-B2B   Click www.cingular.com/treo680
Visit your nearest Cingular store