QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  Brian Cannon (Bar No. 193071)
  Doug Colt (Bar No. 210915)
  Andrea Pallios Roberts (Bar No. 228128)
    claudestern@quinnemanuel.com
    briancannon@quinnemanuel.com
    dougcolt@quinnemanuel.com
    andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendant Palm, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

HELIO LLC

   Plaintiff,

   vs.

PALM, INC.

   Defendant.

**CASE NO. C 06 7754 SBA**

**PALM'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(B) TO FILE UNDER SEAL DOCUMENTS DESIGNATED ATTORNEYS-EYES ONLY**

Defendant Palm, Inc. submits this administrative motion pursuant to Civil Local rule 79-5(b) for an order to seal the following documents attached to the Declaration of Doug Colt in support of Palm's opposition to plaintiff's motion for a preliminary injunction:

1. Exhibit 1 which is a true and correct copy of the transcript of the deposition of Julie Patterson.

2. Exhibit 2 which is a true and correct copy of the transcript of the deposition of Scott Hancock.

3. Exhibit 3 which is a true and correct copy of the transcript of the deposition of Michael Zemetra.

4.      Exhibit 4 which is a true and correct copy of the transcript of the deposition of Jae Lee.

5.      Exhibit 5 which is a true and correct copy of the transcript of the deposition of Jessica Weeks.

6.      Exhibit 7 which is a true and correct copy of a document marked E-HEL 1039-1041, an internal Helio email regarding consumer perception of its "Don't Call it Phone" campaign.

7.      Exhibit 8 which is a true and correct copy of a document marked E-HEL 1534, an internal Helio email regarding consumer perception of its "Don't Call it Phone" campaign.

8.      Exhibit 11 which is a true and correct copy of a document marked E-HEL 414-415, a DJ script for Helio's "Don't Call it a Phone" campaign.

9.      Exhibit 12 which is a true and correct copy of a document marked E-HEL 14405, a script for a Helio radio advertisement.

10.      Exhibit 13 which is a true and correct copy of a document marked E-HEL 18832, a script for a Helio radio advertisement.

11.      Exhibit 15 which is a true and correct copy of a document marked E-HEL 9306, an internal Helio email regarding its "Don't Call it a Phone" campaign.

12.      Exhibit 16 which is a true and correct copy of a document marked E-HEL 633, a Helio marketing document.

13.      Exhibit 17 which is a true and correct copy of a document marked E-HEL 114, an internal Helio email regarding page views online.

14.      Exhibit 18 which is a true and correct copy of E-HEL 1-11, a Helio advertising document.

Palm further requests an order to seal the following documents attached to the Declaration of Scott Hancock in support of Palm's opposition to plaintiff's motion for a preliminary injunction:

15.      Exhibit A which is a true and correct copy of mock-ups prepared by AKQA in January 2005 for Palm, bearing the theme line "Not a Cell Phone. A Treo."

1  Palm additional requests an order to seal the following document attached to the
2  Declaration of Julie Patterson in support of Palm's opposition to plaintiff's motion for a
3  preliminary injunction:
4      16.    Exhibit A which is a true and correct copy of an AKQA creative brief.
5  This motion is supported by the accompanying declaration of Doug Colt in Support of
6  Palm's Administrative Motion pursuant to Local Rule 79-5(b) to File Under Seal Documents
7  Designated Attorneys' Eyes Only.
8  The exhibits referenced herein contain material designated as "Attorneys' Eyes Only"
9  pursuant to a pending protective order.  Accordingly, pursuant to Local Rule 79-5(b), Palm is
10 concurrently lodging with the Court Exhibits .
11 As set forth in the Colt Declaration, Exhibits 1-5, 7-8, 11-13, and 15-18 of Mr. Colt's
12 declaration, Exhibit A to Mr. Hancock's declaration, and Exhibit A to Ms. Patterson's declaration
13 constitute "sealable" material within the meaning of Civil Local Rule 79-5(b).  Palm respectively
14 requests that the Court order these documents filed under seal.

15 DATED:  March 20 , 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Claude M. Stern
   Claude Stern
   Attorneys for Defendant Palm, Inc.