UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELIO LLC      Plaintiff, ) | No. C 06-07754 SBA |
| vs.                        ) | CLERK'S NOTICE |
| PALM INC.,                 ) | |
| Defendant.                 ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

**YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for March 29, 2007, at 2:45 p.m., has been continued to Tuesday, April 10, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 3/21/07

FOR THE COURT,
Richard W. Wieking, Clerk

By: _Saundra B Armstrong_
LISA R. CLARK
Courtroom Deputy

To:

Dockets.Justia.com