UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HELIO LLC     Plaintiff, | ) ) ) | No. C 06-07754 SBA |
| vs. | ) ) ) | CLERK'S NOTICE |
| PALM INC., Defendant. | ) ) ) ) ) | |

**Counsel for the Plaintiff is directed to serve a copy of this Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court)**

    **YOU ARE HEREBY NOTIFIED THAT** the Case Management Conference set for March 29, 2007, at 2:45 p.m., has been continued to Tuesday, April 10, 2007, at 1:00 p.m., to follow the hearing on the motion in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

DATED: 3/21/07

                                                            FOR THE COURT,
                                                            Richard W. Wieking, Clerk

                                                            By: *Sandra B Armstrong*
                                                                  LISA R. CLARK
                                                                  Courtroom Deputy

To:

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis LLP, 4 Embarcadero Center, 10th Floor, San Francisco, CA 94111.**

On **March 21, 2007**, I served the foregoing document(s):

**CLERK'S NOTICE**

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

COUNSEL FOR DEFENDANTS

Claude M. Stern
Brian Cannon
Doug Colt
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
claudestern@quinnemanuel.com
briancannon@quinnemanuel.com
dougcolt@quinnemanuel.com
(650) 801-5100 (fax)

[ ]   **BY ELECTRONIC SERVICE [Fed. R. Civ. P. Rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Kirkpatrick & Lockhart Nicholson Graham's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

[X]   **BY MAIL (By Following Office Business Practice):** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ]   **BY EXPRESS MAIL:** I deposited such envelope(s) in a post office, mailbox, subpost office, substation, mail chute or other like facility regularly maintained by the United States Postal Service for receipt of Express Mail in a sealed envelope, with Express Mail postage fully prepaid, addressed to the office of the addressee(s) as indicated above.

| | | |
|---|---|---|
| 1 | [ ] | **BY FACSIMILE:** The Court has ruled that service of this document by facsimile is acceptable. At __:__ __.m., I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (415) 249-1001 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmission report is attached hereto. |
| 6 | [ ] | **BY FEDERAL EXPRESS:** I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express. |
| 9 | [ ] | **BY PERSONAL SERVICE AT ATTORNEY'S OFFICE:** I caused such envelope to be hand-delivered to the offices of the addressee(s) as indicated above. A proof of service will be executed by process server upon completion. |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 21, 2007, at San Francisco, California.

*Catherine J. Williams*
Catherine J. Williams