1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    Brian Cannon (Bar No. 193071)
     Doug Colt (Bar No. 210915)
3    Andrea Pallios Roberts (Bar No. 228128)
       claudestern@quinnemanuel.com
4      briancannon@quinnemanuel.com
       dougcolt@quinnemanuel.com
5      andreaproberts@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
6  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
7  Facsimile:     (650) 801-5100

8  Attorneys for Defendant Palm, Inc.

9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13                                          **CASE NO. C 06 7754 SBA**

14  HELIO LLC                               _____

15            Plaintiff,                    **NOTICE OF MANUAL FILING**

16      vs.

17  PALM, INC.

18            Defendant.

19

20        PLEASE TAKE NOTICE that Exhibit 14 to the Declaration of Doug Colt in Support of

21  Defendant Palm's Opposition to Plaintiff's Motion for a Preliminary Injunction will be manually

22  filed.  Exhibit 14 is a CD containing media files which cannot feasibly be converted to electronic

23  format by scanning.

24  DATED:  March 21, 2007          QUINN EMANUEL URQUHART OLIVER &
                                    HEDGES, LLP
25

26

27            By /s/ Doug Colt
                 Doug Colt
28               Attorneys for Defendant Palm, Inc.

Dockets.Justia.com