1  **Deborah Bailey-Wells**   **(114630, deborah.bailey-wells@klgates.com)**
2  **Kevin C. Trock**         **(161787, kevin.trock@klgates.com)**
   **Harold H. Davis, Jr.**   **(235552, harold.davis@klgates.com)**
3  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
   55 Second St., Suite 1700
4  San Francisco, CA  94105
   Telephone   (415) 882-8200
5  Fax:        (415) 882-8220

6  Attorneys for Plaintiff HELIO, LLC

7

8                       UNITED STATES DISTRICT COURT FOR THE

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                  OAKLAND DIVISION

11

12  | HELIO, LLC, | Case No. C 06-7754 SBA |
13  |             |                        |
14  | Plaintiff,  | **[PROPOSED] ORDER GRANTING ORDER SHORTENING TIME** |
15  | vs.         |                        |
    |             | **Date Filed:  December 19, 2006** |
16  |             |                        |
17  | PALM INC.   |                        |
18  | Defendant.  |                        |

[PROPOSED] ORDER GRANTING OST; Case No. C 06-7754 SBA

Dockets.Justia.com

Having considered Plaintiff Helio LLC's Ex Parte Application for an Order Shortening Time to Hear its Motion to Dismiss, and finding good cause therefor,

**IT IS HEREBY ORDERED** that the hearing date on Plaintiff's Motion to Dismiss is set for April 10, 2007 and that the parties shall follow by the following briefing schedule:

1. Opening Brief:     March 21, 2007
2. Opposition Brief:  March 29, 2007
3. Reply Brief:       April 5, 2007

**SO ORDERED.**

Dated: _____

By: _____
UNITED STATES DISTRICT COURT JUDGE