1  **Deborah Bailey-Wells    (114630, deborah.bailey-wells@klgates.com)**
2  **Kevin C. Trock          (161787, kevin.trock@klgates.com)**
   **Harold H. Davis, Jr.    (235552, harold.davis@klgates.com)**
3  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
   55 Second St., Suite 1700
4  San Francisco, CA  94105
   Telephone    (415) 882-8200
5  Fax:         (415) 882-8220

6  Attorneys for Plaintiff HELIO LLC

7

8              UNITED STATES DISTRICT COURT FOR THE

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11

12  HELIO, LLC,                          Case No. C 06-7754 SBA

13           Plaintiff,                  **[PROPOSED] ORDER DISMISSING
                                         ACTION WITHOUT PREJUDICE**
14
         vs.
15

16  PALM INC.

17
             Defendant.
18

[PROPOSED] ORDER DISMISSING ACTION WITHOUT PREJUDICE
Case No. C 06-7754 SBA

Having considered Plaintiff Helio LLC's Motion to Dismiss the Court finds that good cause exists to dismiss this action without prejudice on the grounds that (1) Defendant Palm Inc. has begun to wind down the advertising campaign that is the subject of this lawsuit; (2) continuation of this litigation in light of Palm's decision would unnecessarily tax the resources of the parties and this court; and (3) Palm will not be prejudiced as a result of this dismissal.  Fed. R. Civ. P., Rule  41(a)(2).

It is **HEREBY ORDERED** that this action is dismissed without prejudice.


Dated:_____          Hon._____
               Judge Saundra B. Armstrong