1  **Deborah Bailey-Wells  (114630, deborah.bailey-wells@klgates.com)**
2  **Kevin C. Trock          (161787, kevin.trock@klgates.com)**
   **Harold H. Davis, Jr.    (235552, harold.davis@klgates.com)**
3  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
   55 Second St., Suite 1700
4  San Francisco, CA  94105
   Telephone   (415) 882-8200
5  Fax:         (415) 882-8220
6
   Attorneys for Plaintiff HELIO, LLC
7
8                UNITED STATES DISTRICT COURT FOR THE
9                    NORTHERN DISTRICT OF CALIFORNIA
10                             OAKLAND DIVISION
11
12  HELIO, LLC,                        | Case No. C 06-7754 SBA
13         Plaintiff,                  | [PROPOSED] ORDER GRANTING ORDER
14                                     | SHORTENING TIME
15         vs.                         | Date Filed:  December 19, 2006
16  PALM INC.
17
18         Defendant.

[PROPOSED] ORDER GRANTING OST; Case No. C 06-7754 SBA

1 | Having considered Plaintiff Helio LLC's Ex Parte Application for an Order Shortening Time to Hear its Motion to Dismiss, and finding good cause therefor,

**IT IS HEREBY ORDERED** that the hearing date on Plaintiff's Motion to Dismiss is set for April 10, 2007 and that the parties shall follow by the following briefing schedule:

1. Opening Brief: March 21, 2007
2. Opposition Brief: March 29, 2007
3. Reply Brief: April 5, 2007

**SO ORDERED.**

Dated: __3/23/07____

By: _____*Saundra B. Armstrong*_____
UNITED STATES DISTRICT COURT JUDGE

---

1

[PROPOSED] ORDER GRANTING OST; Case No. C 06-7754 SBA