# EXHIBIT A

Dockets.Justia.com

| | |
|---|---|
| From: | Brian Cannon |
| Sent: | Tuesday, January 16, 2007 6:16 PM |
| To: | Trock, Kevin C. |
| Cc: | Claude M. Stern; Doug Colt; 'Davis, Harold H. Jr.' |
| Subject: | Helio v Palm |

SUBJECT TO RULE 408

Kevin: we are still tracking down the information you emailed today about the Palm advertisement in the bus shelter in New York. Your email indicates that the image was taken on January 8, 2007. Do you know if that is when the poster went up, or that is just the date the photo was taken? Our understanding was that space for outdoor advertising was leased thru December 31, 2006, but Palm had no control over use of the space after that. In any event, we are still looking into it.

The information about the campaign that Claude mentioned in the phone call today is below. Although we are following up on your email (and in that process confirming our understanding), I wanted to provide you what we had:

Outdoor advertising: space leased thru 12/31/06
Interactive kiosks: thru Jan 2007
Print media:

1) Entertainment Weekly: 1 issue left -- 3/9 issue

2) Rolling Stone: 1 issue left -- 3/8 issue

3) Lucky Mag: 1 issue left -- March issue

4) Real Simple: 2 issues left -- April & May

5) Men's Health: 2 issues left -- March & May

6) GQ: 1 issue left -- April Issue

7) Sports Illustrated: 1 issue left -- 3/19

8) The Onion: 1 issue (1/1/07)

Regards,

Brian Cannon
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
Direct: (650) 801-5055
Main Phone: (650) 801-5000
Main Fax: (650) 801-5100
E-mail: briancannon@quinnemanuel.com
Web: www.quinnemanuel.com

The information contained in this e-mail message is intended only for the personal and confidential use of the

recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential.  If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

3/26/2007