# EXHIBIT B

1

2            UNITED STATES DISTRICT COURT FOR THE

3    NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

4

5  HELIO LLC,                      )
                Plaintiff,         )
6                                  )   Case No.:  C06-7754 SBA
   vs.                             )
7                                  )        VOLUME I
   PALM, INC.,                     )
8               Defendant.         )   Pages 1 to 183
   _____)
9

10

11

12            VIDEOTAPED DEPOSITION OF JULIE PATTERSON

13                   Friday, February 2, 2007

14

15

16

17

18

19  Reported by:

20  HEIDI BELTON, CSR #12885, RPR                  COPY

21  _____

22                  JAN BROWN & ASSOCIATES

23               CERTIFIED SHORTHAND REPORTERS

24    701 Battery Street, 3rd Floor, San Francisco, CA 94111

25                      (415) 981-3498

1

```
14:08:32   1   ultimately selected for that work?
14:08:33   2        A.   Yes.
14:08:34   3        Q.   Who was that?
14:08:35   4        A.   Young & Rubicam.
14:09:04   5        Q.   What was your understanding of the time period
14:09:06   6   during which this Palm advertising campaign was supposed
14:09:10   7   to run?
14:09:11   8             MR. COLT:  Objection.  Vague and ambiguous as to
14:09:13   9   the time; specifically the time of the understanding.
14:09:21  10             THE WITNESS:  Initially my understanding was
14:09:22  11   that the campaign was set to launch in either late
14:09:26  12   October -- either in October or early November.  And
14:09:31  13   potentially run into May of '07.
14:09:36  14   BY MR. TROCK:
14:09:36  15        Q.   What is your current understanding?
14:09:38  16        A.   My current understanding is that as a result of
14:09:41  17   a launch date slip, the campaign, certain elements of
14:09:45  18   it -- certain elements of the messaging went up in October
14:09:48  19   but the heavy media push began in late November.  And we
14:09:52  20   purchased media through December with the exception of a
14:09:55  21   couple of key placements.
14:09:58  22        Q.   What are those key placements?
14:10:01  23        A.   We had approximately, I'd say, 15 or less
14:10:08  24   out-of-home units.  So those could have been billboards or
14:10:12  25   bus shelters -- I'm not exactly sure what they are.  I
```

104

| | | |
|---|---|---|
| 14:10:16 | 1 | would assume billboards -- in Chicago, San Francisco, and |
| 14:10:19 | 2 | Los Angeles. And we also had two interactive bus shelter |
| 14:10:25 | 3 | units in San Francisco and one in Los Angeles that were to |
| 14:10:28 | 4 | stay up through January. |
| 14:10:35 | 5 | And lastly, our Orbitz contract runs -- I think |
| 14:10:41 | 6 | it's going to end in about a week. They're trying to |
| 14:10:44 | 7 | complete delivery. |
| 14:10:45 | 8 | Q.   So roughly mid-February? |
| 14:10:47 | 9 | A.   Yes. |
| 14:10:51 | 10 | Q.   Now when you say that these interactive bus |
| 14:10:59 | 11 | shelter units were to run through January, does that mean |
| 14:11:03 | 12 | through the end of January? |
| 14:11:10 | 13 | A.   Yes. I don't know if the physical structures |
| 14:11:10 | 14 | have been taken down yet. |
| 14:11:12 | 15 | Q.   Now, you mentioned that it's less than 15 |
| 14:11:15 | 16 | out-of-home purchases, which you presume were billboards |
| 14:11:20 | 17 | in these three cities? |
| 14:11:21 | 18 | A.   Yes. |
| 14:11:22 | 19 | Q.   Do you know through what time period they were |
| 14:11:24 | 20 | supposed to run? |
| 14:11:27 | 21 | A.   I believe -- I believe only Chicago and |
| 14:11:34 | 22 | San Francisco had placements through February. And I |
| 14:11:37 | 23 | believe LA's go through January. |
| 14:11:41 | 24 | Q.   So when you say through February -- |
| 14:11:44 | 25 | A.   End of month. |

| | | |
|---|---|---|
| 11:45 | 1 | Q. Through the end of month. |
| 14:11:46 | 2 | And LA through January is through the end of the |
| 14:11:50 | 3 | month? |
| 14:11:50 | 4 | A. I believe so, yes. |
| 14:12:03 | 5 | Q. Do you have an understanding of what happens to |
| 14:12:05 | 6 | the outdoor physical advertising once the media buy period |
| 14:12:13 | 7 | expires? |
| 14:12:16 | 8 | A. Typically if a new advertiser has purchased the |
| 14:12:22 | 9 | space, a new ad goes up. And if they don't, then it stays |
| 14:12:24 | 10 | up, the current ad stays up. |
| 14:12:27 | 11 | Q. Is there any media buys that you're aware of |
| 14:12:34 | 12 | that were scheduled to run after the end of December '06 |
| 12:41 | 13 | other than these out-of-home and interactive -- ones you |
| 14:12:48 | 14 | referred to as well as the Orbitz contract? |
| 14:12:53 | 15 | A. There were, I believe, some print insertions |
| 14:12:57 | 16 | that were in the January monthlies, which hit the shelves |
| 14:13:00 | 17 | in mid-December. But they have a shelf life, basically, |
| 14:13:06 | 18 | through the month of January. |
| 14:13:07 | 19 | Q. Which January monthlies are you referring to? |
| 14:13:09 | 20 | A. Honestly, I don't remember because Y & R ended |
| 14:13:13 | 21 | up placing the media. I know -- I can speak personally |
| 14:13:17 | 22 | that I just saw our ad in Lucky magazine. Because I was |
| 14:13:22 | 23 | reading the magazine myself. |
| 14:13:25 | 24 | Q. So do I understand that to mean that Young & |
| 13:29 | 25 | Rubicam had some involvement with the Palm advertising |

106

1   (The proceeding adjourned at 4:54 p.m.)
2
3   _____
4   **JULIE PATTERSON**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

182

```
 1  STATE OF CALIFORNIA    )    ss.
 2
 3          I hereby certify that the deponent in the
 4  forgoing deposition was by me duly sworn to testify to
 5  tell the truth, the whole truth and nothing but the truth
 6  in the within-entitled cause; that said deposition was
 7  taken at the time and place therein stated; that the
 8  deposition is a true record of the deponent's testimony as
 9  reported to the best of my ability by me, a duly certified
10  shorthand reporter and a disinterested person, and was
11  thereafter transcribed under my direction into typewriting
12  by computer.
13          I further certify that I am not interested in
14  the outcome of the said action, nor connected with, nor
15  related to any of the parties in said action, nor to their
16  respective counsel.
17          IN WITNESS WHEREOF, I have hereunto set my hand
18  this 11th day of February, 2007.
19
20
21          _____
22          HEIDI BELTON, CSR #12885, RPR
23
24
25
```

183