# EXHIBIT C

```
1

2           UNITED STATES DISTRICT COURT FOR THE

3       NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

4                          --oOo--

5   HELIO LLC,                        )
                                      )
6                  Plaintiffs,        )
                                      )
7           vs.                       )   No. C 06-7754
                                      )
8                                     )
    PALM INC.,                        )
9                                     )
                   Defendants.        )
10  _____ )

11

12

13             DEPOSITION OF SCOTT HANCOCK

14  DATE:      Tuesday, February 27, 2007

15  TIME:      9:54 a.m.

16  LOCATION:  Kirkpatrick & Lockhart
               55 Second Street
17             Suite 1700
               San Francisco, CA 94105-3493
18

19

20

21

22  REPORTED BY: Kenneth T. Brill
                 Registered Professional Reporter
23               Certified Shorthand Reporter No. 12797

24

25

                                                    Page 1
```

| | | |
|---|---|---|
| 1 | Q. If you go to Page 1658, can you tell us | 14:00:15 |
| 2 | what's being shown on this page? | 14:00:21 |
| 3 | A. This is what an ad could look like on | 14:00:24 |
| 4 | another site. | 14:00:25 |
| 5 | Q. And this is an Orbitz website; is that | 14:00:27 |
| 6 | correct? | 14:00:28 |
| 7 | A. Yes. | 14:00:28 |
| 8 | Q. And the slogan that's being used there is, | 14:00:31 |
| 9 | "Not a cell phone, a Treo"; is that right? | 14:00:34 |
| 10 | A. The theme line is "Not a cell phone, a | 14:00:36 |
| 11 | Treo" in this particular one, yes. | 14:00:52 |
| 12 | - - - | 14:00:52 |
| 13 | (Whereupon the document was marked, | 14:00:52 |
| 14 | for identification purposes, as Exhibit | 14:00:52 |
| 15 | Number Thirty-Six.) | 14:00:51 |
| 16 | - - - | 14:01:13 |
| 17 | BY MR. TROCK: | 14:01:14 |
| 18 | Q. Let me show you what's been marked as | 14:01:15 |
| 19 | Exhibit 36 by the court reporter, which is a | 14:01:18 |
| 20 | document titled, "Not just a Cell Phone Campaign, | 14:01:23 |
| 21 | Fall '06, October 9th, 2006." | 14:01:28 |
| 22 | Take a look at this, tell me whether or | 14:01:30 |
| 23 | not you recognize it. | 14:01:46 |
| 24 | A. Yes, I recognize it. | 14:01:47 |
| 25 | Q. Can you tell me what this is? | |

Page 102

```
 1      A.   It's another presentation on the -- on the      14:01:52
 2   campaign.                                                14:01:53
 3      Q.   Do you know who prepared this                    14:01:55
 4   presentation?                                            14:02:01
 5      A.   I don't know who prepared this version, it       14:02:04
 6   was worked on by myself and Page.                        14:02:07
 7      Q.   Okay.  So you worked on this one?                14:02:10
 8      A.   Yes.                                             14:02:11
 9      Q.   Okay.  If you look at Page 1434 for a            14:02:15
10   second.  It has Budget and Timing.  And under            14:02:22
11   November it says:  U.S. online and print to start        14:02:25
12   11/16/06 through 4/30/07.                                14:02:30
13           Do you see that?                                 14:02:30
14      A.   Yes.                                             14:02:31
15      Q.   Is that your understanding as the time of        14:02:32
16   when the online and print advertising was to run for     14:02:36
17   this campaign?                                           14:02:37
18      A.   That was the plan at that time, yes.             14:02:38
19      Q.   Okay.  And then in December, it indicates        14:02:45
20   that the U.S. out of home advertising in these           14:02:48
21   various markets was to start on December 1st.            14:02:51
22           Do you see that?                                 14:02:53
23      A.   Yes.                                             14:02:55
24      Q.   When was this out of home advertising            14:02:57
25   going to stop?
```

Page 103

```
 1      A.   I'm sorry, can you repeat that?              14:03:01
 2      Q.   When was this out of home advertising         14:03:03
 3 that's indicated here going to stop?                    14:03:13
 4      A.   The majority of it were -- was stopping at    14:03:15
 5 the end of -- or almost all of it stopping the end      14:03:18
 6 of December, so December 31st.                          14:03:20
 7      Q.   What happens to the outdoor advertisements    14:03:22
 8 when it stops?                                          14:03:24
 9           MR. STERN:  Objection, foundation.            14:03:27
10           THE WITNESS:  We no longer -- we're no        14:03:30
11 longer paying for it.                                   14:03:30
12 BY MR. TROCK:                                           14:03:31
13      Q.   What happens to the advertisement?            14:03:32
14      A.   The actual material?                          14:03:34
15      Q.   Yes.                                          14:03:36
16      A.   It's removed.                                 14:03:39
17      Q.   Okay.  Do you know when it gets removed?      14:03:48
18      A.   No.  My assumption is that it's removed       14:03:51
19 when the media company sells that space again.          14:03:55
20      Q.   So it's your understanding that it could      14:03:57
21 stay up until the space is sold for -- again            14:04:00
22 afterwards; is that right?                              14:04:02
23      A.   Yes.                                          14:04:08
24      Q.   So that could be for another month, two       14:04:12
25 months, or however long it takes that company to
```

Page 104

**Golden Gate Reporting**

1        CERTIFICATE OF REPORTER

2

3       I, KENNETH T. BRILL, a Certified Shorthand

4   Reporter, hereby certify that the witness in the

5   foregoing deposition was by me duly sworn to tell the

6   truth, the whole truth, and nothing but the truth in

7   the within-entitled cause;

8       That said deposition was taken down in

9   shorthand by me, a disinterested person, at the time

10  and place therein stated, and that the testimony of

11  the said witness was thereafter reduced to

12  typewriting, by computer, under my direction and

13  supervision;

14      I further certify that I am not of counsel

15  or attorney for either or any of the parties to the

16  said deposition, nor in any way interested in the

17  event of this cause, and that I am not related to any

18  of the parties hereto.

19

20

21

22

23

24      KENNETH T. BRILL
        CSR 12797
25

Page 128

```
1    A C K N O W L E D G E M E N T   O F   D E P O N E N T

2

3    I, SCOTT HANCOCK, do hereby acknowledge I have read

4    and examined the foregoing pages of testimony, and

5    the same is a true, correct and complete

6    transcription of the testimony given by me, and any

7    changes or corrections, if any, appear in the

8    attached errata sheet signed by me.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24   _____                      _____
25   DATE                            SCOTT HANCOCK
```

Page 129

```
 1   Golden Gate Reporting
     35 Mitchell Boulevard, Suite 8
 2   San Rafael, California 94903

 3

 4

 5               E R R A T A   S H E E T

 6   Case Name:    Helio LLC v. Palm, Inc.
     Witness Name: Scott Hancock
 7   Deposition Date: February 27, 2007

 8   Page No.         Line No.              Change

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   _____            _____

25   SCOTT HANCOCK                     DATE
```

Page 130