Deborah Bailey-Wells    (114630, deborah.bailey-wells@klgates.com)
Kevin C. Trock          (161787, kevin.trock@klgates.com)
Harold H. Davis, Jr.    (235552, harold.davis@klgates.com)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
55 Second St., Suite 1700
San Francisco, CA 94105
Telephone  (415) 882-8200
Fax:       (415) 882-8220

Attorneys for Plaintiff HELIO LLC

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HELIO, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PALM INC.<br><br>　　　　Defendant. | Case No. C 06-7754 SBA<br><br>**DECLARATION OF HAROLD H. DAVIS, JR. IN SUPPORT OF PLAINTIFF HELIO LLC'S MOTION TO DISMISS**<br><br>Judge:　Hon. Saundra B. Armstrong<br>Date:　April 10, 2007<br>Time:　1:00 PM |

DAVIS DECLARATION ISO HELIO'S MOTION TO DISMISS
Case No. C 06-7754 SBA

I, Harold H. Davis, do hereby declare as follows:

1. I am an attorney duly licensed to practice before the courts in the State of California and this Court, and am an associate with the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP ("KL Gates"), attorneys of record herein for Plaintiff Helio LLC. I am personally familiar with the facts set forth to competently testify to them if required to do so.

2. I submit this Declaration in support of Helio's Motion to Dismiss.

3. Palm asserts that Helio first knew of Palm's campaign "three weeks earlier than Helio originally claimed." This is a wholly deceptive statement and factually incorrect.

4. Palm's assertion is based on a typographical error on a privilege log sent to Palm's counsel. In that privilege log, there is an entry that bears an erroneous date of "11/18/2006". The actual date of the document is **December 18, 2006**.

5. Attached as Exhibit A to this declaration is a true and correct copy of the document marked P-E-HEL00001550 – 1560. As this document clearly shows, the date of the communication was **December 18, 2006** <u>not</u> November 18, 2006 as incorrectly entered on the privilege log.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of April, 2007 in San Francisco.

*/s/ Harold H. Davis, Jr.*
Harold H. Davis, Jr.

# EXHIBIT A

| | |
|---|---|
| **From:** | Osborne, Chanell <cosborne@klng.com> |
| **Sent:** | Monday, December 18, 2006 4:14 PM |
| **To:** | Jessica Weeks |
| **Cc:** | Trock, Kevin C. <ktrock@klng.com>; Bailey-Wells, Deborah <dbaileywells@klng.com>; Davis, Harold H. Jr. <hdavis@klng.com>; Wheble, Kathryn M. <kwheble@klng.com> |
| **Subject:** | Helio Matters |
| **Attach:** | SF-#1239.pdf |

**REDACTED**

P-E-HEL00001550

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REDACTED**

P-E-HEL00001551

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REDACTED

P-E-HEL00001552



P-E-HEL00001553

REDACTED

P-E-HEL00001554

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REDACTED**

P-E-HEL00001555



P-E-HEL00001556

1
2
3
4
5
6
7
8
9
10
11
12
13   **REDACTED**
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

P-E-HEL00001557

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REDACTED

P-E-HEL00001558

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REDACTED**

P-E-HEL00001559

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REDACTED**

P-E-HEL00001560