Deborah Bailey-Wells     (114630)
Kevin C. Trock     (161787)
Harold H. Davis, Jr.     (235552)
**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS LLP**
55 Second Street, Suite 1700
San Francisco, CA 94105
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
deborah.baileywells@klgates.com
kevin.trock@klgates.com
harold.davis@klgates.com

Attorneys for HELIO LLC

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| HELIO LLC, <br><br> Plaintiff, <br><br> vs. <br><br> PALM INC., <br><br> Defendant. | Case No. C 06-7754 SBA <br><br> **PROOF OF SERVICE** <br><br><br> **Date Filed: December 19, 2006** |

1

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis LLP, 55 Second Street, Suite 1700, San Francisco, CA 94105**.

On **April 5, 2007**, I served the foregoing document(s):

**PLAINTIFF HELIO LLC'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS WITHOUT PREJUDICE**

**DECLARATION OF HAROLD H. DAVIS, JR. IN SUPPORT OF PLAINTIFF HELIO LLC'S MOTION TO DISMISS**

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

**COUNSEL FOR DEFENDANTS**

Claude M. Stern
Brian Cannon
Doug Colt
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Dr., Suite 560
Redwood Shores, CA 94065
claudestern@quinnemanuel.com
briancannon@quinnemanuel.com
dougcolt@quinnemanuel.com
(650) 801-5100 (fax)

[ XX ] **BY ELECTRONIC SERVICE [Fed. R. Civ. P. Rule 5(b)(2)(a)]** by electronically mailing a true and correct copy through Kirkpatrick & Lockhart Preston Gates Ellis LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure Rule 5(b).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 5, 2007, at San Francisco, California.

*/s/ Margarita V. Reyes*
Margarita V. Reyes