**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

HELIO, LLC,

        Plaintiff,

v.

PALM, INC.,

        Defendant.

No. C 06-7754 SBA

**ORDER**

[Docket No. 63]

Defendant Palm, Inc.'s unopposed administrative motion to seal documents [Docket No. 63] is GRANTED.

IT IS SO ORDERED.

April _24_, 2007

Saundra Brown Armstrong
United States District Judge