1 | Deborah Bailey-Wells     (114630, deborah.bailey-wells@klgates.com)
2 | Kevin C. Trock          (161787, kevin.trock@klgates.com)
  | Harold H. Davis, Jr.    (235552, harold.davis@klgates.com)
3 | **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**
  | 55 Second St., Suite 1700
4 | San Francisco, CA  94105
  | Telephone    (415) 882-8200
5 | Fax:         (415) 882-8220

Attorneys for Plaintiff HELIO LLC

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| HELIO, LLC, | Case No. C 06-7754 SBA |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING HELIO'S ADMINISTRATIVE MOTION PURSUANT TO CIV. L.R. 79-5(b) TO FILE UNDER SEAL DOCUMENTS DESIGNATED ATTORNEYS' EYES ONLY |
| vs. | |
| PALM INC. | Date Filed: December 19, 2006 |
| Defendant. | |

[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION TO SEAL EXHIBITS
Case No. C 06-7754 SBA

1  Whereas the Court has considered Helio's Administrative Motion Pursuant to Civil L.
2  R. 79-5(b) To File Under Seal Documents Designated Attorneys' Eyes Only;
3  Whereas the Court has determined that the following documents are properly
4  sealable under Civil Local Rule 79-5:
5
6
7  Exhibits 4-6, 10-13, 15-29, 33-34, 36-37, 39 attached to the Davis Declaration in support of
8  Helio's Motion for a Preliminary Injunction
9
10  IT IS HEREBY ORDERED that the following documents be filed under seal:
11
12  Exhibits 4-6, 10-13, 15-29, 33-34, 36-37, 39 attached to the Davis Declaration in support of
13  Helio's Motion for a Preliminary Injunction

Dated: 4/24/07                    Hon. /s/ Saundra B. Armstrong
                                  Judge Saundra B. Armstrong

[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION TO SEAL EXHIBITS
Case No. C 06-7754 SBA